Jeffrey L. Kodroff, 1818 Market Street, Suite 2500 Philadelphia, PA 19103
(215)496-0300

Clerk's Use Only
Initial for fee pd.:

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

2007 DEC 14  P 4:21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

NATHAN NYGREN,

                  CASE NO. 07-05793-HRL

    Plaintiff(s),

    v.

HEWLETT PACKARD COMPANY,

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Defendant(s).

Pursuant to Civil L.R. 11-3, Jeffrey L. Kodroff, an active member in good standing of the bar of Eastern District of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Nathan Nygren in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael F. Ram, 639 Front Street, 4th floor, San Francisco, CA 94111, (415)433-4949

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2007