*E-filed 12/18/07*

UNITED STATES DISTRICT COURT
Northern District of California
San Jose

NATHAN NYGREN,

CASE NO. 07-05793-HRL

Plaintiff(s),
v.

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

HEWLETT PACKARD COMPANY,

Defendant(s).
_____/

Jeffrey L. Kodroff, an active member in good standing of the bar of Eastern District of Pennsylvania whose business address and telephone number is 1818 Market Street, Suite 2500 Philadelphia, PA 19103, (215)496-0300 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nathan Nygren

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/18/07

_____
United States Magistrate Judge
Howard R. Lloyd