Clerk's Use Only

Initial for fee pd.:

Robert A. Particelli, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000

FILED
08 JAN -8 PM 2:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN NYGREN, individually and on behalf of all those similarly situated,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation.

Defendant(s).

CASE NO. 07-5793 HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Robert A. Particelli, an active member in good standing of the bar of The Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Hewlett-Packard Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Howard Holderness, Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105, Telephone: 415.442.1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/4/07

Robert A. Particelli