Clerk's Use Only
Initial for fee pd.:

John F. Schultz, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000

FILED
JAN -8 PM 2:45

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN NYGREN, individually and on behalf of all those similarly situated,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation.

Defendant(s).

CASE NO. 07-5793

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, John F. Schultz , an active member in good standing of the bar of The Commonwealth of Pennsylvania , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Hewlett-Packard Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Howard Holderness, Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105, Telephone: 415.442.1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/4/07

*John F. Schultz*