| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com | MICHAEL F. RAM (SBN 104805)<br>LEVY, RAM & OLSON<br>639 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mfr@lrolaw.com<br><br>Attorneys for Plaintiff |

JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice pending*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice pending*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice pending*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (HRL)<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Before: Hon. Howard R. Lloyd |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel that:

1.  On November 14, 2007, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case *Nathan Nygren, On Behalf of Himself and all Others Similarly Situated v. Hewlett-Packard Company*, Case No. 07-05793 HRL (the "Complaint").

2.  On November 16, 2007, Hewlett-Packard Company ("HP") filed a Waiver of Service of Summons in accordance with Rule 4, thus setting January 15, 2008 as the date on which HP would need to file an answer or motion under Rule 12.

3.  On January 10, 2008, the parties stipulated and agreed that HP's deadline to answer, move or otherwise respond to the Complaint would be extended from January 15, 2008 to February 14, 2008.

4.  This extension of time will not negatively impact any hearings, conferences or other dates that have been set by the Court.

5.  The filer of this document attests that concurrence in the filing of this document has been obtained form the other signatory. A proposed order is attached.

Dated: January 11, 2008        MORGAN, LEWIS & BOCKIUS LLP

By  /s/
Howard Holderness

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Dated: January 11, 2008        LEVY, RAM & OLSON

By  /s/
Michael F. Ram

Attorney For Plaintiff