HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice pending*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice pending*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice pending*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

*E-filed 1/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (HRL)<br><br>[PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER, MOVE OR RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Before:  Hon. Howard R. Lloyd |

CASE NO. 07-05793 (HRL)

1   PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on January 11, 2008, IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move or otherwise respond to the Complaint in this matter is extended to February 14, 2008.

DATED: January 14, 2008

_____
Howard R. Lloyd
United States Magistrate Judge

/