*E-filed 1/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATHAN NYGREN, individually and on behalf of all those similarly situated

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY, a Delaware corporation.

Defendant(s).

CASE NO. 07-5793 HRL

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John F. Schultz, an active member in good standing of the bar of _____ whose business address and telephone number (particular court to which applicant is admitted) is

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103, Telephone: 215.963.5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hewlett-Packard Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/14/08

United States Magistrate Judge
Howard R. Lloyd