1  HOWARD HOLDERNESS (SBN 169814)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105
3  Telephone: 415.442.1000
   Facsimile: 415.442.1001
4  E-mail: hholderness@morganlewis.com

5  JOHN F. SCHULTZ (PAB 67331)
6  (*Pro Hac Vice*)
   ROBERT A. PARTICELLI (PAB 82651)
7  (*Pro Hac Vice*)
   BARRY L. McCOY (PAB 88117)
8  (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
9  1701 Market Street
   Philadelphia, PA 19103
10 Telephone: 215.963.5000
   Facsimile: 215.963.5001
11 E-mail: john.schultz@morganlewis.com
   E-mail: rparticelli@morganlewis.com
12 E-mail: bmccoy@morganlewis.com

13 Attorneys for Defendant
14 HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

ROBERT M. ROSEMAN
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile: 215.496.6611
E-mail: rroseman@srk-law.com

Attorneys for Plaintiff

15           UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA

17              SAN JOSE DIVISION

18

19 NATHAN NYGREN, individually and on
   behalf of all those similarly situated,

20              Plaintiff,

21      vs.

22 HEWLETT-PACKARD COMPANY,

23              Defendant.

Case No. 07-05793 (HRL)

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Before:  Hon. Howard R. Lloyd

24

25      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

26 captioned matter, and by and between their undersigned counsel that:

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

CASE NO. 07-05793 (HRL)

1.     On November 14, 2007, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case *Nathan Nygren, On Behalf of Himself and all Others Similarly Situated v. Hewlett-Packard Company*, Case No. 07-05793 HRL (the "Complaint").

2.     On November 16, 2007, Hewlett-Packard Company ("HP") filed a Waiver of Service of Summons in accordance with Rule 4, thus setting January 15, 2008 as the date on which HP would need to file an answer or motion under Rule 12.

3.     On January 10, 2008, the parties stipulated and agreed that HP's deadline to answer, move or otherwise respond to the Complaint would be extended from January 15, 2008 to February 14, 2008.

4.     On February 13, 2008, Plaintiff informed HP that it intends to file an Amended Complaint.  As a result, the parties agree and stipulate as follows:

(a)     HP does not need to respond to Plaintiff's original complaint;

(b)     HP has thirty (30) days from the date of the filing of Plaintiff's amended complaint to answer, move pursuant to Rule 12(b) or otherwise respond to Plaintiff's amended complaint.

5.     This extension will not negatively impact any hearings, conferences or other dates that have been set by the Court.

6.     The filer of this document attests that concurrence in the filing of this document has been obtained form the other signatory.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1    Dated:  February 13, 2008              MORGAN, LEWIS & BOCKIUS LLP

2                                            By:_____/s/_____

3                                               Barry L. McCoy (*pro hac vice*)

4                                            Attorneys for Defendant
                                             HEWLETT-PACKARD COMPANY
5

6    Dated:  February 13, 2008              LEVY, RAM & OLSON
                                             EDELSON & ASSOCIATES, LLC
7                                            SPECTOR, ROSEMAN & KODROFF, P.C.

8                                            By:_____/s/_____

9                                               Michael F. Ram

10                                           Attorneys For Plaintiff

11                              **[PROPOSED] ORDER**

12          PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED

13   that Defendant Hewlett-Packard Company does not need to respond to Plaintiff's original

14   complaint filed on November 14, 2007.  It is further ordered that HP will have thirty (30) days

15   from the date Plaintiff files his amended complaint to answer, move or otherwise respond to that

16

17   amended complaint.

18

19   DATED:  February ___, 2008              _____

20                                           Howard R. Lloyd
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW