HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JEFFREY L. KODROFF
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile: 215.496.6611
E-mail: rroseman@srk-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PLEADING DEADLINES AND RESETTING THE DATE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Before: Hon. Howard R. Lloyd |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel that:

1.     On November 14, 2007, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case *Nathan Nygren, On Behalf of Himself and all Others Similarly Situated v. Hewlett-Packard Company*, Case No. 07-05793 HRL (the "Complaint").

2.     On November 16, 2007, Hewlett-Packard Company ("HP") filed a Waiver of Service of Summons in accordance with Rule 4, thus setting January 15, 2008 as the date on which HP would need to file an answer or motion under Rule 12.

3.     On January 10, 2008, the parties stipulated and agreed that HP's deadline to answer, move or otherwise respond to the Complaint would be extended from January 15, 2008 to February 14, 2008.

4.     On February 13, 2008, Plaintiff informed HP that it intends to file an Amended Complaint. As a result, the parties agree and stipulate that HP does not need to respond to Plaintiff's original complaint.

5.     The parties further agree and stipulate to the following schedule for the filing and submission of pleadings and/or Rule 12 motions:

(a)     Plaintiff will file his amended complaint by no later than February 28, 2008;

(b)     HP shall have thirty (30) days from the date of the filing of Plaintiff's amended complaint to answer, move pursuant to Rule 12(b) or otherwise respond to Plaintiff's amended complaint.

6.     In light of the above-proposed schedule for the filing of pleadings and/or motions pursuant to Rule 12, the parties further stipulate and agree, subject to approval from the Court, to: (a) reset the case management conference currently scheduled on March 4, 2008 to April 1, 2008 at 1:30 p.m.; and (b) reset the date for the submission of the parties' case management statement

and Rule 26(f) report to March 18, 2008.

7. The filer of this document attests that concurrence in the filing of this document has been obtained form the other signatory.

Dated: February 14, 2008                    MORGAN, LEWIS & BOCKIUS LLP

                                            By:     /s/
                                                Barry L. McCoy (*pro hac vice*)

                                            Attorneys for Defendant
                                            HEWLETT-PACKARD COMPANY

Dated: February 14, 2008                    LEVY, RAM & OLSON
                                            EDELSON & ASSOCIATES, LLC
                                            SPECTOR, ROSEMAN & KODROFF, P.C.

                                            By:     /s/
                                                Michael F. Ram

                                            Attorneys For Plaintiff

## [PROPOSED] ORDER

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company does not need to respond to Plaintiff's original complaint filed on November 14, 2007.  It is further ordered that:

(a) Plaintiff shall file an amended complaint by no later than February 28, 2008;

(b) HP will have thirty (30) days from the date Plaintiff files his amended complaint to answer, move or otherwise respond to that amended complaint;

(c) the case management conference currently scheduled for March 4, 2008 is reset to April 1, 2008 at 1:30 p.m., and the parties' case management statement and Rule 26(f) report is due on March 18, 2008.

DATED: February ___, 2008

                                            _____
                                            Howard R. Lloyd
                                            United States Magistrate Judge