1

2

3

4                                                        *E-filed 2/20/08*

5

6

7

8

9

10

11

12

13

14

15                  UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

18

19   NATHAN NYGREN, individually and on        Case No. 07-05793 (HRL)
     behalf of all those similarly situated,

20                                             **STIPULATION AND AMENDED**
                 Plaintiff,                    **ORDER SETTING PLEADING**
21                                             **DEADLINES AND RESETTING THE**
            vs.                                **DATE OF THE CASE MANAGEMENT**
22                                             **CONFERENCE**
     HEWLETT-PACKARD COMPANY,
23                                             Before:  Hon. Howard R. Lloyd
                 Defendant.

24

25         IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

26   captioned matter, and by and between their undersigned counsel that:

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
                                                        CASE NO. 07-05793 (HRL)

1.    On November 14, 2007, Plaintiff filed a complaint in the United States District Court for the Northern District of California to initiate the case *Nathan Nygren, On Behalf of Himself and all Others Similarly Situated v. Hewlett-Packard Company*, Case No. 07-05793 HRL (the "Complaint").

2.    On November 16, 2007, Hewlett-Packard Company ("HP") filed a Waiver of Service of Summons in accordance with Rule 4, thus setting January 15, 2008 as the date on which HP would need to file an answer or motion under Rule 12.

3.    On January 10, 2008, the parties stipulated and agreed that HP's deadline to answer, move or otherwise respond to the Complaint would be extended from January 15, 2008 to February 14, 2008.

4.    On February 13, 2008, Plaintiff informed HP that it intends to file an Amended Complaint.  As a result, the parties agree and stipulate that HP does not need to respond to Plaintiff's original complaint.

5.    The parties further agree and stipulate to the following schedule for the filing and submission of pleadings and/or Rule 12 motions:

(a)    Plaintiff will file his amended complaint by no later than February 28, 2008;

(b)    HP shall have thirty (30) days from the date of the filing of Plaintiff's amended complaint to answer, move pursuant to Rule 12(b) or otherwise respond to Plaintiff's amended complaint.

6.    In light of the above-proposed schedule for the filing of pleadings and/or motions pursuant to Rule 12, the parties further stipulate and agree, subject to approval from the Court, to: (a) reset the case management conference currently scheduled on March 4, 2008 to April 1, 2008 at 1:30 p.m.; and (b) reset the date for the submission of the parties' case management statement

1   and Rule 26(f) report to March 18, 2008.

2       7.    The filer of this document attests that concurrence in the filing of this document

3   has been obtained form the other signatory.

4

5   Dated:  February 14, 2008                    MORGAN, LEWIS & BOCKIUS LLP

6                                                By:_____/s/_____

7                                                    Barry L. McCoy (*pro hac vice*)

8                                                Attorneys for Defendant
                                                 HEWLETT-PACKARD COMPANY
9

10  Dated:  February 14, 2008                    LEVY, RAM & OLSON
                                                 EDELSON & ASSOCIATES, LLC
11                                               SPECTOR, ROSEMAN & KODROFF, P.C.

12                                               By:_____/s/_____
                                                     Michael F. Ram
13

14                                               Attorneys For Plaintiff

15                                      **ORDER**

16      PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED

17  that Defendant Hewlett-Packard Company does not need to respond to Plaintiff's original

18  complaint filed on November 14, 2007.  It is further ordered that:

19      (a)    Plaintiff shall file an amended complaint by no later than February 28, 2008;

20      (b)    HP will have thirty (30) days from the date Plaintiff files his amended complaint to

21  answer, move or otherwise respond to that amended complaint;

22      (c) the Case Management Conference currently scheduled for March 4, 2008 is reset to April 1,

23  2008 at 1:30 p.m.  The case management statement and Rule 26(f) report are due on March 18, 2008.

24      **(d) Further, the parties shall file and serve either a Consent to Proceed Before a U.S.
    Magistrate Judge or a Request for Reassignment no later than March 18, 2008.**

25

26  DATED:  February _20_, 2008

27                                               _____

28                                               Howard R. Lloyd
                                                 United States Magistrate Judge

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW