# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Nygren,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Hewlett-Packard Company,<br><br>                    Defendant(s). | 07-05793 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael A. Duncheon**
Hanson Bridgett Marcus Vlahos & Rudy
425 Market St., 26th Fl.
San Francisco, CA 94105
415-777-3200
mduncheon@hansonbridget.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05793 HRL MED                          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 28, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05793 HRL MED                               - 2 -