Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901 telephone (215)230-8043

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2008 FEB 29 P 12: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

NATHAN NYGREN, individually and on behalf of all those similarly situated

Plaintiff(s),

v.

HEWLETT PACKARD COMPANY,

Defendant(s).

CASE NO. 07-05793-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Marc H. Edelson, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Nathan Nygren in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael F. Ram  Levy, Ram & Olson
639 Front Street, 4th Floor San Francisco, CA 94111  Tel: 415-433-4949

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/18/08