UNITED STATES DISTRICT COURT

Northern District of California

NATHAN NYGREN, individually and on behalf of all those similarly situated

Plaintiff(s),

v.

HEWLETT PACKARD COMPANY,

Defendant(s).

CASE NO. 07-05793-HRL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Marc H. Edelson, an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901, telephone (215) 230-8043

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nathan Nygren.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge