*E-filed 3/3/08*

# UNITED STATES DISTRICT COURT
## Northern District of California

NATHAN NYGREN, individually and on behalf of all those similarly situated

CASE NO. 07-05793-HRL

Plaintiff(s),

v.

HEWLETT PACKARD COMPANY,

Defendant(s).

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Marc H. Edelson , an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901, telephone (215) 230-8043

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nathan Nygren.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/29/08

United States Magistrate Judge
Howard R. Lloyd