

MICHAEL A. DUNCHEON
PARTNER
DIRECT DIAL 415 995 5015
REPLY TO SAN FRANCISCO
E-MAIL mduncheon@hansonbridgett.com

March 17, 2008

**VIA EMAIL AND REGULAR MAIL**

Michael F. Ram, Esq.
Levy, Ram & Olson
639 Front Street, 4th Floor
San Francisco, CA 94111
mfr@lrolaw.com

Robert M. Roseman, Esq.
Jeffrey L. Kodroff, Esq.
David Felderman, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
rroseman@srk-law.com
jkodroff@srk-law.com
dfelderman@srk-law.com

Howard Holderness, III
Morgan, Lewis & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
hholderness@morganlewis.com

Marc H. Edelson, Esq.
Edelson & Associates, LLC
45 W. Court Street
Doylestown, PA 18901
medelson@hofedlaw.com

John F. Schultz, Esq.
Robert A. Particelli, Esq.
Barry McCoy, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
john.schultz@morganlewis.com
rparticelli@morganlewis.com

Re:   **Nygren v. Hewlett-Packard Company**
      United States District Court Action No. C07 05793 HRL

Dear Counsel:

As you know, I have been appointed mediator in the above-referenced matter.

In accordance with A.D.R. L.R. 6-6, I will conduct a telephone conference on Friday, March 21, 2008 at 10:00 a.m. Pacific time. The dial-in number for the call is (877) 699-4786 and the pass code is 415-995-5015. I anticipate the conference will last approximately one-half hour. If this date and time are inconvenient, please confer and call my assistant Melinda Less at (415) 995-5126 to reschedule.

Hanson Bridgett LLP
425 Market Street, 26th Floor, San Francisco, CA  94105   hansonbridgett.com

1434030.1

All Counsel
March 17, 2008
Page 2

During the conference call, we will discuss the following matters:

- The procedures to be followed;

- The nature of the case;

- Appropriate dates for the mediation and anticipated length of the session;

- The parties who will be present at the session;

- Ideas to improve the effectiveness of the mediation session, or matters that could pose impediments;

- Requirements for your written mediation statements; and

- Any questions you have regarding the mediation program.

My conflicts check of our firm's records revealed no conflicts of interest that would prohibit me from serving as mediator or that require disclosure. However, please do your own due diligence, and let me now if there are any issues.

Please be advised that the first 4 hours of my time is pro bono and each additional hour during the first day is billed at $200 per hour, to be divided among the parties. If the mediation continues beyond one day, my rate is $540 per hour. Under the rules, no party is obligated to participate in the mediation beyond the initial 4 hours.

I look forward to assisting you on this case. If there are any questions that arise before the conference call, please let me know.

Yours very truly,

*Michael A Duncheon*

Michael A. Duncheon

MAD:ml

cc:   Alice M. Fiel, U.S.D.C. ADR Case Administrator
      Alice_Fiel@cand.uscourts.gov

1434030.1