LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
medelson@hofedlaw.com
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

SPECTOR, ROSEMAN & KODROFF, P.C.
John A. Macoretta
JMacoretta@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 07-05793 HRL<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br><u>DEMAND FOR JURY TRIAL</u> |

/ / /

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Plaintiffs and the Class, certifies that as of this date, Plaintiffs are aware of no one with a known direct pecuniary interest in the outcome of this case, other than the named parties to this action and the defendant's shareholders.  This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated: March 18, 2008                    LEVY, RAM & OLSON


By:     */s/ Michael F. Ram*
Michael F. Ram
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
medelson@hofedlaw.com
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

SPECTOR, ROSEMAN & KODROFF, P.C.
John A. Macoretta
JMacoretta@srk-law.com
Jeffrey L. Kodroff (*Pro Hac Vice*)
jkodroff@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Plaintiffs and the Class*