UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nathan Nygren and Stephen Shifflette, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

Hewlett-Packard Company,

    Defendant(s).

No. C -07-05793 (HRL)

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 18, 2008

Signature _Robert Parturelli_

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")