UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATHAN NYGREN,

        Plaintiff,

  v.

HEWLETT PACKARD COMPANY et al,

        Defendant.
                                   /

Case Number: CV07-05793 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert M. Roseman
Attorney at Law
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Dated: March 24, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk