HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**CERTIFICATE OF INTERESTED PERSONS**<br><br>Honorable James Ware |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned counsel for Hewlett-Packard Company certifies that, as of this date, Defendant Hewlett-Packard Company believes that Quanta

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**CERTIFICATE OF INTERESTED PERSONS**

**(CASE NO. 07-05793)**

1    Computer Corporation and/or Nvidia, Inc. may have a financial interest in the subject matter in

2    controversy.  Hewlett-Packard Company is aware of no other parties with a financial interest in

3    this lawsuit.  This representation is made to enable the Court to evaluate possible disqualification

4    or recusal.

5

6    Dated: March 26, 2008                                MORGAN, LEWIS & BOCKIUS LLP

7

8

9                                                              ____/s/Robert A. Particelli_____
                                                             Robert A. Particelli (*pro hac vice*)
10                                                            1701 Market Street
                                                             Philadelphia, PA 19103
11                                                            Telephone: 215.963.5000
                                                             Facsimile: 215.963.5001
12

13                                                            Attorneys for
                                                             HEWLETT-PACKARD COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF INTERESTED
PERSONS**                                2                        **(CASE NO. 07-05793)**