HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JOHN A. MACORETTA
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile:   215.496.6611
E-mail:  jmacoretta@srk-law.com

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINES**<br><br>Honorable James Ware |

WHEREAS, on February 12, 2008, the parties filed a Stipulation Selecting ADR Process and selected mediation;

WHEREAS, the Court entered an Order on February 12, 2008 that gave the parties 90

1  days, or until May 12, 2008, to mediate the case in accordance with ADR Local Rule 6;

2  WHEREAS, the ADR Case Administrator assigned mediator Michael Duncheon to the

3  lawsuit on February 28, 2008;

4  WHEREAS, on March 26, 2008, Mr. Duncheon recused himself from serving as

5  mediator;

6  WHEREAS, the parties were informed that the ADR Unit would be appointing a new

7  mediator as soon as possible, but that the parties should seek an extension of the 90 day period to

8  hold the first mediation session;

9  WHEREAS, in light of these developments, the parties have agreed to extend the

10  mediation deadline of May 12, 2008 to August 14, 2008;

11  NOW THEREFORE, Plaintiff and Defendant, through their respective counsel of record

12  and subject to approval by the Court, hereby stipulate to extend the deadline to mediate to August

13  14, 2008.

14

15  \_\_\_\_/s/Robert A. Particelli_____
JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

\_\_\_\_/s/Michael Ram_____
MARC EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

JOHN A. MACORETTA
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile:  215.496.6611
E-mail:  jmacoretta@srk-law.com

Attorneys for PLAINTIFFS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINES**       2       (**CASE NO. 07-05793**)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's February 12, 2008 Order has been extended to August 14, 2008.

DATED: March \_\_\_\_, 2008

Honorable James Ware
U.S. District Court Judge