# EXHIBIT "A"



» Return to original page

# HP Pavilion dv2000/dv6000/dv9000 and Compaq Presario v3000/ Series Notebook PCs - HP Limited Warranty Service Enhancement

HP has identified a hardware issue with certain HP Pavilion dv2000/dv6000/dv9000 and Compaq Presario V3000/V6000 series notebook PCs, and has also released a new BIOS for these notebook PCs, version F.39 for dv2000/V3000, and version F.3D for dv6000/dv9000/V6000.

> **NOTE:** If you are a customer in Canada with an HP Notebook model DV2412CA or DV2404CA, **do not** update the notebook to BIOS version F.39.

If you own an HP Pavilion dv2000, HP Pavilion dv6000, HP Pavilion dv9000 or Compaq Presario V3000, Compaq Presario V6000 series computer, are experiencing no symptoms on your computer, and would like to obtain more information about updating your system to the new BIOS release, please go to the "Update the BIOS to the latest version" section on this page. If you are experiencing one or more symptoms listed below, and your computer meets the product criteria listed below, contact HP to determine whether you are eligible for a free repair.

> **NOTE:** This service enhancement program is available in North America for 24 months after the start of your original standard limited warranty for issues listed below; otherwise your current standard limited warranty applies. Customers who already have a 24 month or longer warranty period will be covered under their existing standard HP Limited Warranty.

## Determine whether your computer is eligible for free repair

Follow the steps below to determine whether your computer is eligible for a free repair:

### Step 1: Identify your notebook series and product number

Using the Service Tag on your notebook, determine if your notebook is one of the series in the table below.

1. Click on your series in the table to see the complete list of included notebook product numbers.

    > **NOTE:** After clicking on the link in the table you will be taken to a different Web page.

2. If the product number of your notebook is listed in that table then return to this page and continue to Step 2 for further instructions.

3. If the product number of your notebook is not listed in that table then your notebook PC is not included in the Limited Warranty Service Enhancement program.

| HP Pavilion notebook PC series | Compaq Presario notebook PC series |
|---|---|
| dv20xx | v30xx |

| | |
|---|---|
| dv21xx | v31xx |
| dv22xx | v32xx |
| dv23xx | v33xx |
| dv24xx | v34xx |
| dv60xx | v60xx |
| dv61xx | v61xx |
| dv62xx | v62xx |
| dv63xx | v63xx |
| dv64xx | v64xx |
| dv90xx | |
| dv92xx | |
| dv93xx | |
| dv94xx | |

**Where are the notebook series and product number located?**

The service tag, located on the bottom of the notebook PC, contains the notebook PC series and product number.



1 - Product number

2 - Series

## Step 2: Identify the symptoms

If your computer's product number is listed above, and the notebook PC experiences one or more of the symptoms listed below, contact HP during the Duration of the HP Limited Warranty Service Enhancement to determine whether you are eligible for a free repair.

The following symptoms apply to Pavilion dv2000 and Presario v3000 notebooks:

- The notebook does not detect wireless networks and the wireless adapter is not detected in the Device Manager.
- There is no video on the computer LCD panel or external monitor.

The following symptoms apply to the dv6000, dv9000 and v6000 series notebooks:

- The notebook does not detect wireless networks and the wireless adapter is not detected in the Device Manager.
- There is no video on the computer LCD panel or external monitor.

- The notebook has no power and no active LEDs.
- The notebook does not start.
- The battery charge indicator light does not turn on when the battery is installed and the AC adapter is connected.
- The notebook issues a single beep during boot indicating no power.
- The external monitor functions but there is no image on the notebook LCD panel.

## Service enhancements and free shipping

- **Free shipping**

  If your notebook needs to be returned to HP for repair, the shipping costs are free. HP will immediately send you a postage paid container in which to send in your computer, and we will pay the return shipping.

- **Post-service warranty**

  After HP repairs your notebook, you will continue to be covered by the HP Limited Warranty Service Enhancement program for 24 months after the start of your original standard limited warranty, or 90 days after receiving your free repair, whichever is later.

## Service

After HP receives your notebook PC, HP will use its best efforts to repair and ship your notebook to you within 10 to 14 business days.

## Contacting HP

To contact HP in North America call 1-866-671-7362 from 6:00 am to 11:00 pm MST, 7 days a week.

> **NOTE:** This service enhancement program does not affect your current standard limited warranty. If you are experiencing issues or concerns other than those listed above, your current standard limited warranty applies. In the event your notebook has been serviced for one of the above issues and you have been charged for service please contact HP to determine if you are eligible for cost re-imbursement.

## Update the BIOS to the latest version

The new BIOS release for your notebook PC is preventative in nature to reduce the likelihood of future system issues. The BIOS updates the fan control algorithm of the system, and turns the fan on at low volume while your notebook PC is operational. If you are currently experiencing any symptoms on your notebook PC, please contact HP for support.

### Determine the correct version for your notebook PC from the table below

| Notebook PC Series | BIOS Version |
|---|---|
| dv2000/V3000 | F.39 or later |
| dv6000/dv9000/V6000 | F.3D or later |

**NOTE:** If you are a customer in Canada with an HP Notebook model DV2412CA

or DV2404CA, **do not** update the notebook to BIOS version F.39.

## Identify the current version of the BIOS

To determine the version of the current BIOS on the computer, perform the following steps:

1. Press the `power` button to turn on the PC.

2. When the HP or Compaq logo appears, press `F10` to enter the BIOS Setup.

3. When the Main menu is displayed, make note of the BIOS version. You will need this information to determine if a newer revision is available.

4. To exit the BIOS setup, press `F10`, select **Yes**, and then press `Enter`.

If the BIOS version listed is earlier than the version listed in the table above, then continue to the next section for instructions on updating the BIOS.

## Obtain and install the latest version

To install the latest version of the BIOS for your notebook, follow the instructions below. You may want to print the instructions prior to the installation.

> **NOTE:** It is recommended that the notebook PC is connected with an AC adapter and connected to the Internet via an Ethernet cable as interruptions in power or wireless connections may result in the download failing to install.

1. Open a browser and go to the HP Software & Drivers web site.

2. On the Support & Drivers page, type the model number in the Search field and then press `Enter`.

3. Select the operating system currently installed on the notebook.

4. In the BIOS section, click **WinFlash for HP Notebook System BIOS**. The Version should be listed as the one identified in the table above or later.

5. Click the **Download only** button on the page to begin the download of the BIOS update. Save the file to a convenient folder on the PC.

6. Double-click the downloaded file to start the installation. Follow all prompts and restart the notebook when requested by the installation. Do not turn off the notebook until prompted to do so.

If the BIOS version identified in the table above or later is not available on the Software and Driver downloads page then contact HP support for assistance.

## Frequently asked questions

- **When should I contact HP for my free repair?**

  You should only call HP for this free repair if your notebook computer is experiencing one of the symptoms and is one of the notebooks listed in the Product Numbers Included document.

- **I am experiencing one of the symptoms, but my product number is not listed. Is there any possibility that my notebook PC has the same issue?**

To date, the only products affected are listed in Step 1 of this document. If you continue to experience symptoms with your notebook PC please contact your HP in country support center.

- **If my notebook is not experiencing any of the symptoms described in the support article but is part of the program because it is a listed notebook in the Product Numbers Included document can I call HP to obtain a free repair?**

  No. Only notebooks that are experiencing one or more of the symptoms described in the support article are eligible for a free repair.

- **If my notebook is functioning properly will I experience these symptoms in the future?**

  Your notebook may experience some of the symptoms listed in the support article at a future date. However, certain notebooks may not display these symptoms at all. You have up to 24 months after the start of your original standard limited warranty entitlement to get your notebook repaired if it is listed in the Product Numbers Included document and displays one or more than one of the symptoms listed in the support article.

- **Can I continue to use my notebook if I do not experience a failure?**

  Absolutely. If your notebook is not experiencing any of the symptoms listed in the support article you can continue using your notebook.

- **I have more than one notebook that may be included in this program because they are listed in the Product Numbers Included document. Will HP provide free repair for all of my notebooks that may be included in this program?**

  Yes. HP will provide a free repair for each notebook that meets the conditions described in the support article for inclusion in this program and experiences one or more of the symptoms described either during your normal limited warranty period or for a period of 24 months after the start of your original standard limited warranty.

- **What is the benefit gained from updating to this new system BIOS?**

  The BIOS updates the fan control algorithm of the system to reduce the likelihood of future system issues. This BIOS release is preventative in nature.

- **What kind of issues will I experience if I do not update with this new system BIOS?**

  You may not experience any issues if you do not update with this new BIOS; however, HP strongly recommends that you do since this BIOS release is preventative in nature and may reduce the likelihood of future system issues.

- **I just recently updated to the new BIOS and everything works fine, but now my notebook fan remains on whenever my notebook PC is on. Why is that?**

  The BIOS updates the fan control algorithm of the system and turns the fan on at a lower, constant speed. This is normal functionality for this BIOS.

- **Will I experience any issues with my system because the fan remains on for an extended period of time?**

  No, you should not experience issues with your system because the fan remains on for any extended period of time.

- **Will there be a future BIOS release that does not make my notebook fan remain on for an extended period of time?**

  HP will update our fan control algorithm as needed. The latest BIOS results in a sound profile at idle which is well within the design requirements.

- **I do not see the previous BIOS version on the HP Support Web? What happened to the previous versions of the BIOS?**

  In order to eliminate any confusion on which BIOS version is the latest, only the latest version is available on the Web.

  > **NOTE:** The current version of the BIOS contains all content/modifications from the previous BIOS versions.

- **What should I do if my notebook PC is already experiencing symptoms?**

  If your HP Pavilion or Compaq Presario notebook PC is already exhibiting one or more of the symptoms described, please call your local HP technical support team for assistance. Do not flash (install) any BIOS if your notebook PC is already exhibiting one or more of the symptoms described.

- **If I'm not experiencing the symptoms described and flash the new BIOS that HP recommends, is my personal data at risk of corruption or loss?**

  The HP BIOS flash process is simple, secure and does not pose a risk of data loss. However, if power is interrupted during the BIOS flash process, the notebook PC system board can be altered in a manner that would prevent the notebook from functioning and require the system board be replaced.

**Quick find your product**

Enter a product number
(e.g. Deskjet 990cse, Pavilion 7955)

How do I find my product number?

» Return to original page

Privacy statement        Using this site means you agree to its terms        Feedback to Webmaste
© 2008 Hewlett-Packard Development Company, L.P.