# EXHIBIT "B"

NATE NYGREN        Oct 23, 2007 17:04:07 GMT    Unassigned

Anna, I was running that BIOS version before my problems began. Everybody in this forum has gone through the BIOS update already and it's never worked on this issue... just read the posts. :-)

We've already contacted HP and no TRUE fix is available. I, speaking for myself, refuse to send it in for a motherboard replacement because I'll only get another lemon, prone to the same issues this one was. If you read the posts and the other forum I linked to, all people who've had mainboards replaced experience the same issue months later. Now, use deductive reasoning and tell me that's not a flaw with these models?

How about you exegete all the posts like I did before you eisegete what you think you know about the issue.

-Nate

KahlerJ

Nov 16, 2007 17:24:44 GMT   Unassigned

Hi folks.

I just want to highlight that the program notice has been posted regarding this wireless issue. If you are out of warranty and your product experiences the issue and falls in the defined product and serial number range, we will provide a repair at no charge in accordance with the following document.

http://h10025.www1.hp.com/ewfrf/wc/document?docname=c01087277&lc=en&cc=us&dlc=en&product=1842189&lang=en

There is a list of FAQs in the program document. I would encourage you to read through those details. There is a special phone number for those of you who are out of warranty but now qualify for this service. This number is for US and Canada only. We have set aside special agents who can focus on this issue only, so we would expect a smoother experience for you if you fall into this category.

Jim

NATE NYGREN   Nov 21, 2007 09:27:28 GMT   Unassigned

So get this, the other day I get a call from a Matthew Meyers of HP's Escalation team. He tells me that HP has assigned him to this issue and he's re-opened my case to see if I'd like to send in my notebook for repair.

First question I ask is, does HP know what the issue is and why it is happening? He said that they need to see my notebook to diagnose it. I reply that they've had plenty of others come in with the same issue and haven't they diagnosed those?? His response... "It's possible that your issue has a different cause, so we need to have your machine in to diagnose it's problem." I argue that HP doesn't even know what was wrong on the other boards, to my knowledge, so why assume that all these hundreds of machines having the same symptoms are so different in the actual cause?

People, don't fall for this BAD line of reasoning. Possibility and probability are two vastly different things. I suppose it's possible that aliens are breaking our PCI Express Bus when we're not looking, but it's not probable :-) Probability has to do with statistical averages and unless HP can show me that on average the causes of the issue are different in each machine, then there's no reason to presuppose that my issue is cause by anything different than what went wrong in the other machines. So my question about diagnosing the boards that they've already replaced is still valid. I asked Matthew what they've found out on those boards and he simply replied that he didn't work with the technicians so he doesn't know. Yet he was insistent that they need to diagnose mine.

I asked Matthew if he'd read through these forums, now that HP has assinged him to be the expert in handling these calls. Nope, he hasn't. Unbelievable....

HP still doesn't have a certain fix and I still refuse to send my machine in without some certainty that the source of the issue will be remedied.