# EXHIBIT "C"

# Worldwide Limited Warranty and Technical Support



invent

English ............................................................................... 1

Canadien-français .............................................................. 9

# LIMITED WARRANTY AND TECHNICAL SUPPORT

## United States and Canada

This document includes Limited Warranty information for computer products purchased in the United States and Canada.

## Product Limited Warranty Periods

| Product | Duration of Warranty Period |
| --- | --- |
| HP computer | 1 year |
| Included HP accessories and batteries | 1 year |
| Non-HP accessories | Not warranted by HP. Refer to manufacturer's warranty. |

## General Terms

THIS LIMITED WARRANTY APPLIES TO THE HP BRANDED HARDWARE PRODUCTS SOLD BY OR LEASED FROM HEWLETT-PACKARD COMPANY, ITS SUBSIDIARIES, AFFILIATES, AUTHORIZED RESELLERS, OR COUNTRY DISTRIBUTORS (COLLECTIVELY REFERRED TO IN THIS LIMITED WARRANTY AS "HP"). EXCEPT AS EXPRESSLY SET FORTH IN THIS LIMITED WARRANTY, HP MAKES NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. HP EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS NOT STATED IN THIS LIMITED WARRANTY. ANY IMPLIED WARRANTIES THAT MAY BE IMPOSED BY LAW ARE LIMITED IN DURATION TO THE LIMITED WARRANTY PERIOD. SOME STATES OR COUNTRIES DO NOT ALLOW A LIMITATION ON HOW LONG AN IMPLIED WARRANTY LASTS OR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR CONSUMER PRODUCTS. IN SUCH STATES OR COUNTRIES, SOME EXCLUSIONS OR LIMITATIONS OF THIS LIMITED WARRANTY MAY NOT APPLY TO YOU.

HP'S LIMITED WARRANTY IS VALID IN ANY COUNTRY OR LOCALITY WHERE HP HAS A SUPPORT PRESENCE FOR THIS PRODUCT AND WHERE HP HAS MARKETED THIS PRODUCT. THE LEVEL OF WARRANTY SERVICE YOU RECEIVE MAY VARY ACCORDING TO LOCAL STANDARDS. HP WILL NOT ALTER FORM, FIT, OR FUNCTION OF THE PRODUCT TO MAKE IT OPERATE IN A COUNTRY FOR WHICH IT WAS NEVER INTENDED TO FUNCTION FOR LEGAL OR REGULATORY REASONS.

1

HP warrants that the HP hardware product and all the internal components of the product that you have purchased or leased from HP are free from defects in materials and workmanship under normal use during the Limited Warranty Period. The Limited Warranty Period starts on the date of purchase or lease from HP. Your dated sales or delivery receipt, showing the date of purchase or lease of the product, is your proof of the purchase or lease date. You may be required to provide proof of purchase or lease as a condition of receiving warranty service. You are entitled to warranty service according to the terms and conditions of this document if a repair to your HP branded hardware is required within the Limited Warranty Period. This Limited Warranty extends only to the original purchaser or lessee of this HP branded product and is not transferable to anyone who obtains ownership of the HP branded product from the original purchaser or lessee.

HP products are manufactured using new materials or new and used materials equivalent to new in performance and reliability. Replacement parts may be new or equivalent to new. During the Limited Warranty Period, HP will repair or replace the defective component parts or the hardware product. All component parts or hardware products removed under this Limited Warranty become the property of HP. The replacement part or product takes on either the Limited Warranty status of the removed part or product or the ninety (90) day limited warranty of the spare part. In the unlikely event that your HP product has a recurring failure, HP, at its discretion, may elect to provide you with a replacement unit of HP's choosing that is at least equivalent to your HP branded product in hardware performance. HP reserves the right to elect, at its sole discretion, to give you a refund of your purchase price or lease payments (less interest) instead of a replacement. This is your exclusive remedy for defective products.

YOU SHOULD MAKE PERIODIC BACKUP COPIES OF THE DATA STORED ON YOUR HARD DRIVE OR OTHER STORAGE DEVICES AS A PRECAUTION AGAINST POSSIBLE FAILURES, ALTERATION, OR LOSS OF THE DATA. BEFORE RETURNING ANY UNIT FOR SERVICE, BE SURE TO BACK UP DATA AND REMOVE ANY CONFIDENTIAL, PROPRIETARY, OR PERSONAL INFORMATION. HP IS NOT RESPONSIBLE FOR DAMAGE TO OR LOSS OF ANY PROGRAMS, DATA, OR REMOVABLE STORAGE MEDIA. HP IS NOT RESPONSIBLE FOR THE RESTORATION OR REINSTALLATION OF ANY PROGRAMS OR DATA OTHER THAN SOFTWARE INSTALLED BY HP WHEN THE PRODUCT WAS MANUFACTURED.

HP does not warrant that the operation of this product will be uninterrupted or error-free. HP is not responsible for damage that occurs as a result of your failure to follow the instructions that came with the HP branded product.

This Limited Warranty does not apply to expendable parts. This Limited Warranty does not extend to any product from which the serial number has been removed or that has been damaged or rendered defective (a) as a result of accident, misuse, abuse, or other external causes; (b) by operation outside the usage parameters stated in the user documentation that shipped with the product; (c) by the use of parts not manufactured or sold by HP; or (d) by modification or service by anyone other than (i) HP, (ii) an HP authorized service provider, or (iii) your own installation of end-user replaceable HP or HP approved parts, if available for your product in the servicing country.

These terms and conditions constitute the complete and exclusive warranty agreement between you and HP regarding the HP branded product you have purchased or leased. These terms and conditions supersede any prior agreements or representations—including representations made in HP sales literature or advice given to you by HP or an agent or employee of HP—that may have been made in connection with your purchase or lease of the HP branded product. No change to the conditions of this Limited Warranty is valid unless it is made in writing and signed by an authorized representative of HP.

As with all batteries, the maximum capacity of this battery will decrease with time or use. The battery warranty does not cover changes in battery capacity. Your battery is only warranted from defects in materials or workmanship resulting in failure. To determine whether your battery has had a warranted failure, you may be required to run an HP diagnostic.

Battery life is not warranted and will vary depending on product configuration and usage, including but not limited to product model, applications running, power management settings, and product features.

## Limitation of Liability

IF YOUR HP BRANDED HARDWARE PRODUCT FAILS TO WORK AS WARRANTED ABOVE, YOUR SOLE AND EXCLUSIVE REMEDY SHALL BE REPAIR OR REPLACEMENT. HP'S MAXIMUM LIABILITY UNDER THIS LIMITED WARRANTY IS EXPRESSLY LIMITED TO THE LESSER OF THE PRICE YOU HAVE PAID FOR THE

3

PRODUCT OR THE COST OF REPAIR OR REPLACEMENT OF ANY HARDWARE COMPONENTS THAT MALFUNCTION IN CONDITIONS OF NORMAL USE.

HP IS NOT LIABLE FOR ANY DAMAGES CAUSED BY THE PRODUCT OR THE FAILURE OF THE PRODUCT TO PERFORM, INCLUDING ANY LOST PROFITS OR SAVINGS OR SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES. HP IS NOT LIABLE FOR ANY CLAIM MADE BY A THIRD PARTY OR MADE BY YOU FOR A THIRD PARTY.

THIS LIMITATION OF LIABILITY APPLIES WHETHER DAMAGES ARE SOUGHT, OR A CLAIM MADE, UNDER THIS LIMITED WARRANTY OR AS A TORT CLAIM (INCLUDING NEGLIGENCE AND STRICT PRODUCT LIABILITY), A CONTRACT CLAIM, OR ANY OTHER CLAIM. THIS LIMITATION OF LIABILITY CANNOT BE WAIVED OR AMENDED BY ANY PERSON. THIS LIMITATION OF LIABILITY WILL BE EFFECTIVE EVEN IF YOU HAVE ADVISED HP OR AN AUTHORIZED REPRESENTATIVE OF HP OF THE POSSIBILITY OF ANY SUCH DAMAGES. THIS LIMITATION OF LIABILITY, HOWEVER, WILL NOT APPLY TO CLAIMS FOR PERSONAL INJURY.

THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS THAT MAY VARY FROM STATE TO STATE OR FROM COUNTRY TO COUNTRY. YOU ARE ADVISED TO CONSULT APPLICABLE STATE OR COUNTRY LAWS FOR A FULL DETERMINATION OF YOUR RIGHTS.

## Options and Software

The Limited Warranty terms and conditions for HP options are as indicated in the Limited Warranty applicable to HP options. HP DOES NOT WARRANT SOFTWARE PRODUCTS, INCLUDING ANY SOFTWARE PRODUCTS OR THE OPERATING SYSTEM PREINSTALLED BY HP. HP's only obligations with respect to software distributed by HP under the HP brand name are set forth in the applicable end-user license or program license agreement. Non-HP hardware and software products are provided "AS IS." However, non-HP manufacturers, suppliers, or publishers may provide their own warranties directly to you.

## Software Technical Support

Software technical support is defined as assistance with questions and issues about the software that was either preinstalled by HP on the HP branded product or that was included by HP with the HP branded product at the time of your purchase or lease of the product. Technical support for software is available for the first thirty (30) days from date of product purchase or lease. Your dated sales or delivery receipt, showing

4

the date of purchase or lease of the product, is your proof of the purchase or lease date. You may be required to provide proof of purchase or lease as a condition of receiving software technical support. After the first thirty (30) days, technical support for software that was either preinstalled by HP on the HP branded product or included with the HP branded product at the time of your purchase or lease of the product is available for a fee. The software technical support period will be extended to a total of ninety (90) days just for registering your product. Register your product during the initial setup or go to **http://www.hp.com/support.**

## Contacting HP

You can obtain warranty service and technical support by contacting HP at **http://www.hp.com/support.**

Be sure to have the following information available before you call HP:

- Product number, serial number, model name, and model number
- Applicable error messages
- Add-on options
- Operating system
- Third-party hardware or software
- Detailed questions

We have a variety of services available online to help you find answers to your questions and resolve problems—24 hours a day, 7 days a week. Logon to our online services site at **http://www.hp.com/support** to find a variety of help sources to meet your needs:

- **Access to drivers and product documentation:** Find original product drivers, latest updates and software fixes, Limited Warranty information, and product documentation.

- **Open an online service event with an HP Support Specialist:** If you have an issue with your product, contact us online for the fastest time to a solution. **http://www.hp.com/support.**

5

## Additional Support Available

If you are unable to resolve your problem using our online services, contact our Customer Support Center via phone (see *Worldwide Telephone Numbers* booklet). You will be provided technical support, 24 hours a day, 7 days a week, by our dedicated and professionally trained customer service team.

### Hardware Technical Support

Free hardware technical support is provided for the duration of your warranty. Once the warranty has expired, hardware support is available for an additional fee (see "Obtaining Technical Support After My Technical Support Period Expires").

### Software Technical Support

Free software technical support is available for the first 30 days from the date of purchase, or for 90 days if you register your product. Software technical support is defined as issues or questions about the Operating System or bundled software, and "how-to" installation and configuration questions. After the free software support period, software technical support will be available for a fee (see "Obtaining Technical Support After My Technical Support Period Expires"). In addition, HP offers a one-year software technical support extension for $59.95* (U.S.) or $64.99 (Canada), which provides telephone technical support for all preinstalled software that came with your HP computer. To order a one-year software technical support extension, please contact technical support (see *Worldwide Telephone Numbers* booklet).

*Subject to change without notice.*

### Obtaining Technical Support After the Technical Support Period Expires (North America only)

Additional support for your product is available after the technical support period has ended. This out-of-warranty support will be provided on a fee basis. The fee of $39.95* (U.S.) or $34.95 (Canada) per incident will be charged to your credit card when you call customer support.

*Subject to change without notice.*

6

## Obtaining Service

### Replaceable Parts Program

Where available, replacement parts can be sent directly to you to fulfill your warranty repair. Once the part arrives, follow the installation instructions provided. If necessary, you may contact customer support, and a technician will assist you over the phone to ensure quick and easy installation. If applicable, follow the instructions provided for returning defective parts to HP.

(Available in select regions—refer to the *Worldwide Telephone Numbers* booklet for the correct phone number for your region.)

### Mail-in Service

If the support specialist determines that hardware repair for your computer is necessary, we will pick up (available in select regions), repair, and return the computer during the Limited Warranty period.

The pickup and delivery service utilizes a central repair facility to provide the highest level of repair quality. The central facility has quick access to the HP central parts inventory, proper diagnostic equipment, a controlled environment, and a remanufacturing-like process to ensure quality.

If you have questions about packaging requirements when returning your computer for repair, contact customer support. If your computer is not packaged properly, you will be responsible for any damage that occurs during shipping.

### Mail-in Service with an Authorized Service Provider

You have the option to carry your computer into an authorized retailer for repair. To locate a repair facility in your local area, call the customer support center.

7

### Service Upgrades and Extended Warranties

A variety of service upgrades and extended warranty service plans are available for your product.*For information on service upgrades or to purchase a service upgrade or extended warranty, refer to the *Worldwide Telephone Numbers* booklet.

*Available in select regions. Service upgrades purchased in one country are NOT transferable to another country.

8