# EXHIBIT D

HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF THE MOTION OF DEFENDANT HEWLETT-PACKARD COMPANY TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:     May 19, 2008<br>Time:     9:00 a.m.<br>Place:    Courtroom 8, 4th Floor<br>Before:   Honorable James Ware |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF THE MOTION OF
HEWLETT-PACKARD COMPANY TO DISMISS PLAINTIFFS' COMPLAINT

I, Robert A. Particelli, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and have been admitted Pro Hac Vice in this Court in the above-captioned matter. I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for Defendant, Hewlett-Packard Company ("HP"). I make this declaration of my own personal knowledge.

2. Attached as Exhibit "A" to this declaration is a true and correct copy of the web posting that is referenced in the Amended Complaint and which describes HP's repair program and one-year warranty extension.

3. Attached as Exhibit "B" to this declaration is a true and correct copy of various Forum Postings from HP's website that are referenced in the Amended Complaint.

4. Attached as Exhibit "C" to this declaration is a true and correct copy of HP's Worldwide Limited Warranty that is referenced in the Amended Complaint.

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2008 in Philadelphia, Pennsylvania.

/s/Robert A. Particelli
Robert A. Particelli

---

2

DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF THE MOTION OF HEWLETT-PACKARD COMPANY TO DISMISS PLAINTIFFS' COMPLAINT