HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT HEWLETT-PACKARD COMPANY TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:    May 19, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 8, 4th Floor<br>Before:  Honorable James Ware |

The Court finds the following regarding the Motion of Defendant Hewlett-Packard Company to Dismiss Plaintiffs' First Amended Class Action Complaint:

Each of Plaintiffs' causes of action are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have failed to allege a claim upon which relief can be

granted. Accordingly, defendant's Motion to Dismiss is GRANTED and it is HEREBY ORDERED as follows:

    1.    Each of Plaintiff's causes of action are DISMISSED without leave to amend.

    2.    The Complaint is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED.


Dated: _____                      _____
                                                 The Honorable James Ware
                                                 United States District Court Judge