1  HOWARD HOLDERNESS (SBN 169814)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105
3  Telephone: 415.442.1000
   Facsimile: 415.442.1001
4  E-mail: hholderness@morganlewis.com

5  JOHN F. SCHULTZ (PAB 67331)
6  (*Pro Hac Vice*)
   ROBERT A. PARTICELLI (PAB 82651)
7  (*Pro Hac Vice*)
   BARRY L. McCOY (PAB 88117)
8  (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
9  1701 Market Street
   Philadelphia, PA 19103
10 Telephone: 215.963.5000
   Facsimile: 215.963.5001
11 E-mail: john.schultz@morganlewis.com
   E-mail: rparticelli@morganlewis.com
12 E-mail: bmccoy@morganlewis.com

13
   Attorneys for Defendant
14 HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JOHN A. MACORETTA
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile: 215.496.6611
E-mail: jmacoretta@srk-law.com

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINES**<br><br>Honorable James Ware |

WHEREAS, on February 12, 2008, the parties filed a Stipulation Selecting ADR Process and selected mediation;

WHEREAS, the Court entered an Order on February 12, 2008 that gave the parties 90

1  days, or until May 12, 2008, to mediate the case in accordance with ADR Local Rule 6;

2  WHEREAS, the ADR Case Administrator assigned mediator Michael Duncheon to the
3  lawsuit on February 28, 2008;

4  WHEREAS, on March 26, 2008, Mr. Duncheon recused himself from serving as
5  mediator;

6  WHEREAS, the parties were informed that the ADR Unit would be appointing a new
7  mediator as soon as possible, but that the parties should seek an extension of the 90 day period to
8  hold the first mediation session;

9  WHEREAS, in light of these developments, the parties have agreed to extend the
10  mediation deadline of May 12, 2008 to August 14, 2008;

11  NOW THEREFORE, Plaintiff and Defendant, through their respective counsel of record
12  and subject to approval by the Court, hereby stipulate to extend the deadline to mediate to August
13  14, 2008.

14

15  ____/s/Robert A. Particelli_____    ____/s/Michael Ram_____
JOHN F. SCHULTZ (PAB 67331)    MARC EDELSON
(*Pro Hac Vice*)    EDELSON & ASSOCIATES, LLC
16  ROBERT A. PARTICELLI (PAB 82651)    45 W. Court Street
(*Pro Hac Vice*)    Doylestown, PA 18901
17  BARRY L. McCOY (PAB 88117)    Telephone: 215.230.8043
(*Pro Hac Vice*)    Facsimile: 215.230.8735
18  MORGAN, LEWIS & BOCKIUS LLP    E-mail: medelson@hofedlaw.com
1701 Market Street
19  Philadelphia, PA 19103    MICHAEL F. RAM (SBN 104805)
Telephone: 215.963.5000    LEVY, RAM & OLSON
20  Facsimile: 215.963.5001    639 Front Street, 4th Floor
E-mail: john.schultz@morganlewis.com    San Francisco, CA 94111
21  E-mail: rparticelli@morganlewis.com    Telephone: 415.433.4949
E-mail: bmccoy@morganlewis.com    Facsimile: 415.433.7311
22  E-mail: mfr@lrolaw.com

23  Attorneys for Defendant
HEWLETT-PACKARD COMPANY    JOHN A. MACORETTA
24  SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street
25  Suite 2500
Philadelphia, PA 19103
26  Telephone: 215.496.0300
Facsimile:  215.496.6611
27  E-mail:  jmacoretta@srk-law.com

28  Attorneys for PLAINTIFFS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

**STIPULATION AND [PROPOSED] ORDER TO    2    (CASE NO. 07-05793)
EXTEND MEDIATION DEADLINES**

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's February 12, 2008 Order has been extended to August 14, 2008.

DATED: March _31_, 2008

_____
Honorable James Ware
U.S. District Court Judge