# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Nygren, | 07-05793 JW MED |
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Hewlett-Packard Company, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of Michael A. Duncheon to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: April 1, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-05793 JW MED                                         - 1 -