**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN NYGREN,                                    No. C 07-05793 JW

              Plaintiff(s),
                                                 CLERK'S NOTICE CONTINUING MOTION
    v.                                           HEARING

HEWLETT PACKARD COMPANY,

              Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss before Judge James Ware

previously noticed for May 19, 2008 at 9:00 AM has been reset to **June 9, 2008  at 9:00 AM,**

Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.

Dated:  April 3, 2008

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        by:  _____/s/_____
                                                Elizabeth Garcia
                                                Courtroom Deputy