| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br><br>JOHN F. SCHULTZ (PAB 67331)<br>(*Pro Hac Vice*)<br>ROBERT A. PARTICELLI (PAB 82651)<br>(*Pro Hac Vice*)<br>BARRY L. McCOY (PAB 88117)<br>(*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: john.schultz@morganlewis.com<br>E-mail: rparticelli@morganlewis.com<br>E-mail: bmccoy@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | MICHAEL F. RAM (SBN 104805)<br>LEVY, RAM & OLSON<br>639 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mfr@lrolaw.com<br><br>MARC H. EDELSON<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215.230.8043<br>Facsimile: 215.230.8735<br>E-mail: medelson@hofedlaw.com<br><br>JEFFREY L. KODROFF<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215.496.0300<br>Facsimile: 215.496.6611<br>E-mail: rroseman@srk-law.com<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>            Defendant. | Case No. 07-05793 (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE A PROTECTIVE ORDER**<br><br>Before: Hon. James Ware |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel that:

1. On March 18, 2008, the parties filed a Joint Case Management Conference ("JCMS") with the Court.

2. The JCMS stated that the parties would submit a proposed Stipulated Protective Order to the Court by May 15, 2008.

3. The parties have circulated a proposed Stipulated Protective Order for discussion. At this time, the parties are requesting a two-week extension of time, to May 29, 2008, to file a proposed Stipulated Protective Order with the Court.

4. This extension of time will not negatively impact the current case schedule in any way.

5. The filer of this document attests that concurrence in the filing of this document has been obtained form the other signatory.

Dated: May 15, 2008          MORGAN, LEWIS & BOCKIUS LLP

                             By:      /s/
                                 Barry L. McCoy (*pro hac vice*)

                             Attorneys for Defendant
                             HEWLETT-PACKARD COMPANY

Dated: May 15, 2008          LEVY, RAM & OLSON
                             EDELSON & ASSOCIATES, LLC
                             SPECTOR, ROSEMAN & KODROFF, P.C.

                             By:      /s/
                                 Michael F. Ram

                             Attorneys For Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED that the parties are granted a two-week extension of time, until May 29, 2008, to file a Stipulated Protective Order in this case.

DATED: May ___, 2008

_____
Honorable James Ware
United States District Judge