HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

JOHN F. SCHULTZ (PAB 67331)
(*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
BARRY L. McCOY (PAB 88117)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com
E-mail: bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JEFFREY L. KODROFF
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile: 215.496.6611
E-mail: rroseman@srk-law.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (HRL)<br><br>**JOINT STIPULATION REGARDING PROPOSED SCHEDULE ON MOTION FOR PROTECTIVE ORDER AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE RE: SAME**<br><br>Before: Hon. James Ware<br>          Hon. Howard R. Lloyd |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel that:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

CASE NO. 07-05793 (JW) (HRL)

1. On March 18, 2008, the parties filed a Joint Case Management Conference ("JCMS") with the Court.

2. The JCMS stated that the parties would submit a proposed Stipulated Protective Order to the Court by May 15, 2008.

3. On May 15, 2008, the parties requested, and were granted, a two-week extension of time (to May 29, 2008) so that they could continue to negotiate the terms of the Stipulated Protective Order.

4. The parties have further discussed the provisions of a proposed Protective Order and reached an impasse with respect to one provision of the document. The disagreement concerns whether the protective order should grant HP the right to object to Plaintiff's ability and right to use a testifying or consulting expert to whom Plaintiff will provide HP's "highly confidential" information. The parties have reached an agreement as to all other terms. At this time, and due to limited nature of the dispute, the parties have agreed, subject to Court approval, to an expedited briefing schedule as follows:

(a) HP will file a motion regarding this matter by June 19, 2008;

(b) Plaintiff Nathan Nygren's response to that motion will be due June 26, 2008; and

(c) A hearing, if the Court deems one necessary, will be held on July 1, 2008.

5. Neither parties' brief will exceed three pages.

6. The filer of this document attests that concurrence in the filing of this document has been obtained form the other signatory.

Dated: May 29, 2008          MORGAN, LEWIS & BOCKIUS LLP

                             By:      /s/
                                 Barry L. McCoy (*pro hac vice*)

                             Attorneys for Defendant
                             HEWLETT-PACKARD COMPANY

Dated: May 29, 2008          LEVY, RAM & OLSON
                             EDELSON & ASSOCIATES, LLC
                             SPECTOR, ROSEMAN & KODROFF, P.C.

                             By:      /s/
                                 Michael F. Ram

                             Attorneys For Plaintiff


### [PROPOSED] ORDER

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED that: (a) HP will file a motion regarding the protective order dispute by June 19, 2008; (b) Plaintiff Nathan Nygren will respond to that motion by June 26, 2008; and (c) a hearing, if the Court deems one necessary, will be held on July 1, 2008.

DATED: June 2   2008         _____
                             Honorable Howard R. Lloyd
                             United States Magistrate Judge

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:
Howard Holderness  hholderness @morganlewis.com
John F. Schultz  john.schultz@morganlewis.com
Robert A. Particelli  rparticelli@morganlewis.com
Barry L. McCoy  bmccoy@morganlewis.com
Michael F. Ram  mfr@lrolaw.com
Mark H. Edelson medelson@hofedlaw.com
Jeffrey L. Kodroff rroseman@srk-law.com

> \* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  June 2, 2008 _____            \_\_\_\_MPK_____
                                          Chambers of Magistrate Judge Howard R. Lloyd