UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   June 9, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-05793 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

## TITLE

**Nathan Nygren v. Hewlett Packard Company**

**Attorney(s) for Plaintiff(s)**: Michael Ram
**Attorney(s) for Defendant(s)**: John Schultz

## PROCEEDINGS

**Defendant's Motion to Dismiss**

## ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after oral argument.  The Court to issue further Order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: