\* E-filed 06/27/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendants.<br>_____ / | Case No. CV 07-05793 JF (HRL)<br><br>**CLERK'S NOTICE VACATING MOTION HEARING**<br><br>Re: Docket Nos. 48 |

The court having determined pursuant to Civil Local Rule 7-1(b) that this matter is appropriate for disposition without a hearing, the hearing on Defendant's Motion [Docket No. 48] —originally noticed for June 1, 2008—is VACATED.

Dated:   06/27/08        /s/  MPK
                         Chambers of Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Howard Holderness  hholderness @morganlewis.com
John F. Schultz  john.schultz@morganlewis.com
Robert A. Particelli  rparticelli@morganlewis.com
Barry L. McCoy  bmccoy@morganlewis.com
Michael F. Ram  mfr@lrolaw.com
Mark H. Edelson medelson@hofedlaw.com
Jeffrey L. Kodroff rroseman@srk-law.com


\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 06/27/08

                                        /s/ MPK
                        Chambers of Magistrate Judge Lloyd