1  MICHAEL F. RAM (SBN 104805)           HOWARD HOLDERNESS (SBN 169814)
   mfr@lrolaw.com                         hholderness@morganlewis.com
2  LEVY, RAM & OLSON LLP                  MORGAN, LEWIS & BOCKIUS LLP
   639 Front Street, 4th Floor            One Market, Spear Street Tower
3  San Francisco, CA 94111                San Francisco, CA 94105
   Telephone: 415-433-4949                Telephone: 415-442-1000
4  Facsimile: 415-433-7311                Facsimile: 415-442-1001

5  MARC H. EDELSON (*Pro Hac Vice*)       JOHN F. SCHULTZ (*Pro Hac Vice*)
   medelson@edelson-law.com               John.schultz@morganlewis.com
6  EDELSON & ASSOCIATES, LLC              ROBERT A. PARTICELLI (*Pro Hac Vice*)
   45 w. Court Street                     rparticelli@morganlewis.com
7  Doylestown, PA 18901                   BARRY L. McCOY (*Pro Hac Vice*)
   Telephone: 215-230-8043                bmccoy@morganlewis.com
8  Facsimile: 215-230-87335               MORGAN, LEWIS & BOCKIUS LLP
                                          1701 Market Street
9  JEFFREY L. KODROFF (*Pro Hac Vice*)    Philadelphia, PA 19103
   jkodroff@srk-law.com                   Telephone: 215-963-5000
10 JOHN A. MACORETTA                      Facsimile: 215-963-5001
   JMacoretta@srk-law.com
11 SPECTOR, ROSEMAN & KODROFF, P.C.       Attorneys for Defendant
   1818 Market Street, Suite 2500         HEWLETT-PACKARD COMPANY
12 Philadelphia, PA 19103
   Telephone: 215-496-0300
13 Facsimile: 215-496-6611

14 Attorneys for Plaintiffs
   NATHAN NYGREN and
15 STEPHEN SHIFFLETTE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN JOSE DIVISION)**

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 07-05793 JW (HRL)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE**<br><br>**BEFORE: Hon. James Ware** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matter, and by and between their undersigned counsel that:

1. On April 11, 2008, the Court assigned Stewart Foreman as Mediator.

2. The Mediator has since conducted two joint phone conferences with the parties.

3. The current mediation deadline is August 14, 2008.

4. On June 9, 2008, the Court heard argument on the Motion to Dismiss the Complaint filed by Hewlett-Packard Company. The Court took the matter under submission.

5. The parties believe that any mediation will be more productive after the ruling on the motion. Therefore, the parties request, with the concurrence of the Mediator, an extension of the mediation deadline.

6. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 25, 2008                    LEVY, RAM & OLSON

By:    */s/ Michael F. Ram*
Michael F. Ram
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs*

Dated: June 25, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By:    **Barry L. McCoy**
Barry L. McCoy (*Pro Hac Vice*)
bmccoy@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215-963-5000
Facsimile:  215-963-5001

*Attorneys for Defendant*

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED that: (a) the current mediation deadline is vacated; and (b) the Mediator will hold a mediation session within 45 days of the Court's ruling on the Motion to Dismiss, if necessary.

DATED:    July 1, 2008

_____
Honorable James Ware
United States District Court Judge

F:\Docs\1113-01\Pleadings\Jt Stip re Prop Mediation.doc