HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION** |

I, Robert A. Particelli, do hereby state and declare as follows:

1. On June 9, 2008, the court held oral argument concerning Defendant Hewlett-Packard Company's ("HP's") Motion to Dismiss Plaintiffs' First Amended Complaint.

2. On July 24, 2008, the Ninth Circuit Court of Appeals decided *Clemens v. Daimler Chrysler Corporation*, C.A. No. 06 CV 56410 (9th Cir. June 24, 2008), a case that has significant

DECLARATION OF ROBERT A. PARTICELLI
IN SUPPORT OF MOTION FOR
ADMINISTRATIVE RELIEF TO FILE A
STATEMENT OF RECENT DECISION

(CASE NO. 07-05793)

bearing on the issues raised in HP's Motion to Dismiss.

3. On August 25, 2008, I sought Plaintiffs' consent to the filing of this Administrative Motion pursuant to Local Rule 7-11(a).

4. Counsel for Plaintiffs indicated that Plaintiffs would not consent to HP's Administrative Motion. Counsel for Plaintiffs disagrees that *Clemens* is "on point."

5. Since Plaintiffs will not consent, a stipulation cannot be obtained for HP's Motion for Administrative Relief to File a Statement of Recent Decision.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2008

ROBERT A. PARTICELLI (PA 82651)
(Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

DB1/62077513.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DECLARATION OF ROBERT A. PARTICELLI
IN SUPPORT OF MOTION FOR
ADMINISTRATIVE RELIEF TO FILE A
STATEMENT OF RECENT DECISION

2

(CASE NO. 07-05793)

| | |
|---|---|
| 1 | John H. Hemann |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Green, am the ECF User whose ID and password are being used to file this DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION. In compliance with General Order 45, X.B., I hereby attest that the signatory above has concurred in this filing.

Executed on this 27th day of August 2008 at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP


          /s/ Thomas R. Green
            Thomas R. Green

DB1/62078444.1

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION     3     (CASE NO. 07-05793)