```
 1  HOWARD HOLDERNESS (SBN 169814)
    MORGAN, LEWIS & BOCKIUS LLP
 2  One Market, Spear Street Tower
    San Francisco, CA 94105
 3  Telephone: 415.442.1000
    Facsimile: 415.442.1001
 4  E-mail: hholderness@morganlewis.com
 5
    ROBERT A. PARTICELLI (PAB 82651)
 6  (Pro Hac Vice)
    MORGAN, LEWIS & BOCKIUS LLP
 7  1701 Market Street
    Philadelphia, PA 19103
 8  Telephone: 215.963.5000
    Facsimile: 215.963.5001
 9  E-mail: rparticelli@morganlewis.com
10
    Attorneys for Defendant
11  HEWLETT-PACKARD COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION** |

The Court finds the following regarding the Motion of Defendant Hewlett-Packard Company for Administrative Relief to File a Statement of Recent Decision:

*Clemens v. Daimler Chrysler Corporation*, C.A. No. 06 CV 56410 (9th Cir. June 24, 2008) was decided after oral argument on defendant's Motion To Dismiss The First Amended Complaint and there is good cause for defendant to file a Statement of Recent Decision in further support of the motion.

1  For this reason, the defendant's Motion Administrative Relief is GRANTED and it is
2  HEREBY ORDERED that defendant may file a Statement of Recent Decision regarding *Clemens*
3  *v. Daimler Chrysler Corporation*, C.A. No. 06 CV 56410 (9th Cir. June 24, 2008) within seven
4  (7) days of this order.

Dated: _____           _____
                                    The Honorable James Ware
                                    United States District Court Judge

DB1/62078445.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**[PROPOSED] ORDER GRANTING ADMIN.
RELIEF TO FILE A STMNT. OF RECENT
DECISION**       2        **07-05793 (JW)**