HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

*Nygren, et al. v. Hewlett-Packard Company* USND C07-05793 (JW)
We represent Hewlett-Packard Company (Client # 063784.0095)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **August 27, 2008**, I served the within document(s) to the addressees listed below as listed on the United States District Court's ECF Notification "Manual Notice List.":

**DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION**

**DECLARATION OF ROBERT A. PARTICELLI IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF RECENT DECISION**

| Addressee | Represent | Service |
|---|---|---|
| **Robert M. Roseman**<br>Attorney at Law<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | Nathan Nygren<br>*(Plaintiff)* | U.S. MAIL |

| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **August 27, 2008**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*Linda Buda*
Linda Buda

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE
DB1/62083727.1

1

07-05793 (JW)