MICHAEL F. RAM (SBN 104805)
mfr@lrolaw.com
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA  94111
Telephone:  415-433-4949
Facsimile:  415-433-7311

MARC H. EDELSON (*Pro Hac Vice*)
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 w. Court Street
Doylestown, PA  18901
Telephone:  215-230-8043
Facsimile:  215-230-87335

JEFFREY L. KODROFF (*Pro Hac Vice*)
jkodroff@srk-law.com
JOHN A. MACORETTA
JMacoretta@srk-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  215-496-0300
Facsimile:  215-496-6611

Attorneys for Plaintiffs
NATHAN NYGREN and
STEPHEN SHIFFLETTE

HOWARD HOLDERNESS (SBN 169814)
hholderness@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
rparticelli@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO.  07-05793 JW (HRL)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE**<br><br>**BEFORE:** Hon. James Ware |

WHEREAS, on February 12, 2008, the Parties filed a Stipulation Selecting ADR Process and selected mediation;

WHEREAS, pursuant to a further stipulation by the Parties, the Court entered an Order on July 1, 2008 postponing mediation until no later than 45 days after the Court's ruling on Defendant's Motion to Dismiss the First Amended Complaint;

WHEREAS, on October 24, 2008, the Court granted Defendant's Motion in part and denied it in part, and granted the Plaintiffs leave to filed a Second Amended Complaint;

NOW, WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties to the above-captioned matter, and by and between their undersigned counsel that:

1. The current mediation deadline is December 8, 2008.

2. Plaintiffs' Second Amended Complaint is due to be filed no later than November 24, 2008.

3. Defendant intends to filed a renewed Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. The Parties believe that any mediation will be more productive after a ruling on Defendant's intended Motion to Dismiss the Second Amended Complaint. Therefore, the Parties request an extension of the mediation deadline until no later than 45 days after the Court's ruling on the intended motion.

5. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 20, 2008          LEVY, RAM & OLSON

                        By:   s/ Michael F. Ram
                              Michael F. Ram
                              mfr@lrolaw.com
                              639 Front Street, 4th Floor
                              San Francisco, CA 94111
                              Telephone: (415) 433-4949
                              Facsimile: (415) 433-7311

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: November 20, 2008 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | s/ Robert A. Particelli |
| | | Robert A. Particelli (*Pro Hac Vice*) |
| | | rparticelli@morganlewis.com |
| | | MORGAN, LEWIS & BOCKIUS LLP |
| | | 1701 Market Street |
| | | Philadelphia, PA  19103 |
| | | Telephone:  215-963-5000 |
| | | Facsimile:  215-963-5001 |

*Attorneys for Defendant*

**[PROPOSED] ORDER**

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED that: (a) the current mediation deadline is vacated; and (b) the Mediator will hold a mediation session within 45 days of the Court's ruling on any motion to dismiss the Second Amended Complaint, if necessary.

DATED:   December 1, 2008

_____
The Hon. James Ware, U.S.D.J.