MICHAEL F. RAM (SBN 104805)
mfr@lrolaw.com
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

MARC H. EDELSON (*Pro Hac Vice*)
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 w. Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
Facsimile: 215-230-8735

JEFFREY L. KODROFF (*Pro Hac Vice*)
jkodroff@srkw-law.com
JOHN A. MACORETTA
JMacoretta@srkw-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

Attorneys for Plaintiffs
NATHAN NYGREN and
STEPHEN SHIFFLETTE

HOWARD HOLDERNESS (SBN 169814)
hholderness@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
rparticelli@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 07-05793 JW (HRL)<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER AMENDING JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER<br><br>BEFORE: Hon. James Ware |

WHEREAS, on March 18, 2008, the Parties filed a Joint Case Management Statement and Rule 26(f) Report and agreed to certain dates concerning Plaintiffs' intended motion for class certification;

WHEREAS, the Court entered a Scheduling Order Re: Class Discovery on April 10, 2008 that set the close of class discovery at December 19, 2008 and scheduled the hearing on Plaintiffs' Motion for Class Certification on February 23, 2008;

WHEREAS, on March 27, 2008, Defendant filed a Motion to Dismiss, and on October 24, 2008, the Court granted Defendant's Motion in part and denied it in part, and granted the Plaintiffs leave to amend;

WHEREAS, Plaintiffs intend to file a Second Amended Complaint on or before November 24, 2008 and Defendant intends to file a renewed Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS the dates in the Court's April 10, 2008 Scheduling Order are no longer feasible in light of the Court's October 24, 2008 Order regarding HP's Motion to Dismiss and the prospective filing of a Second Amended Complaint and a renewed Motion to Dismiss.

NOW, WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties to the above-captioned matter, and by and between their undersigned counsel that:

1. The Parties respectfully request that the Court set the following deadlines and amend the April 10, 2008 Scheduling Order Re: Class Discovery as follows:

| | |
|---|---|
| Class Certification Discovery Deadline: | August 19, 2009 |
| Class Certification Hearing: | December 20, 2009 |

2. The Parties hereby stipulate, and respectfully request that the Court approve the following timetable, and amend Paragraph 16 of the Joint Case Management Statement and Rule 26(f) Report as follows:

| | |
|---|---|
| Plaintiffs' Class Certification Motion and Expert Reports: | September 15, 2009 |
| Defendants's Opposition and Expert Reports: | October 30, 2009 |
| Rebuttal Class Certification Expert Reports: | November 30, 2009 |

Plaintiffs' Reply Brief: November 30, 2009

3. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 1, 2008                LEVY, RAM & OLSON

By:     /s/
Michael F. Ram
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs*

Dated: December 1, 2008                MORGAN, LEWIS & BOCKIUS LLP

By:     /s/
Robert A. Particelli (*Pro Hac Vice*)
rparticelli@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001

*Attorneys for Defendant*

# [~~PROPOSED~~] ORDER

PURSUANT TO THE TERMS OF THE STIPULATION, IT IS HEREBY ORDERED AS MODIFIED THAT:

1. The Parties shall comply with the following schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | August 19, 2009 |
| Plaintiffs' Class Certification Motion and Expert Reports: | September 15, 2009 |
| Defendants's Opposition and Expert Reports: | October 30, 2009 |
| Rebuttal Class Certification Expert Reports: | November 18, 2009 |
| Plaintiffs' Reply Brief: | **November 27, 2009** |
| Class Certification Hearing: | **December 14, 2009 at 9 a.m.** |

2. The March 18, 2008 Joint Case Management Statement and Rule 26(f) Report and the April 10, 2008 Scheduling Order Re: Class Discovery are amended as above.

DATED: December 10, 2008

_____
The Hon. James Ware, U.S.D.J.