| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br><br>ROBERT A. PARTICELLI (PAB 82651)<br>(*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: rparticelli@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>639 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mfr@lrolaw.com<br><br>MARC H. EDELSON<br>(*Pro Hac Vice*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215.230.8043<br>Facsimile: 215.230.8735<br>E-mail: medelson@hofedlaw.com<br><br>JEFFREY L. KODROFF<br>(*Pro Hac Vice*)<br>SPECTOR, ROSEMAN, KODROFF &<br>WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215.496.0300<br>Facsimile: 215.496.____<br>E-mail: jk____<br><br>Attorneys f__ |

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>    Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING CLASS DISCOVERY AND BRIEFING DEADLINES**<br><br>Action filed:   November 14, 2007<br>Trial:           October 5, 2010 |

1     Through this Stipulated Request and [Proposed] Order, Plaintiffs Nathan Nygren, Stephen Shifflette and Amy Fromkin (together, "Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to extend the class discovery and briefing deadlines as set forth below, and jointly seek that the Court approve this extension pursuant to Civil L.R. 6-2.

    WHEREAS, on March 18, 2008, the parties filed a Joint Case Management Statement and Rule 26(f) Report;

    WHEREAS, on December 2, 2008, the parties filed a Joint Stipulation And Proposed Order Amending Joint Case Management Statement and Scheduling Order in light of Plaintiffs' filing a Second Amended Complaint and Defendant's intention to file a renewed Motion To Dismiss;

    WHEREAS, on December 10, 2008, the Court entered an Order setting certain dates regarding discovery and class certification;

    WHEREAS, on May 28, 2009, the Court issued its Order Granting In Part And Denying In Part Defendant's Motion To Dismiss Plaintiffs' Second Amended Complaint;

    WHEREAS, on June 12, 2009, the parties filed a Joint Case Management Statement setting forth the following class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | August 28, 2009 |
| Plaintiffs' Class Certification Motion: | September 28, 2009 |
| HP's Opposition: | November 13, 2009 |
| Plaintiffs' Reply | December 14, 2009 |
| Class Certification Hearing: | January 4, 2010 |

    WHEREAS, pursuant to the parties' Joint Case Management Statement, the Court entered an Order on June 23, 2009 adopting the parties' proposed class certification discovery and briefing schedule with the following modification:

| | |
|---|---|
| Class Certification Hearing: | January 25, 2010 |

    WHEREAS, since the issuance of the Court's Third Scheduling Order on June 23, 2009, the parties have exchanged additional discovery requests and have continued to produce discovery in earnest;

1    WHEREAS, despite their efforts to maintain the class certification discovery deadline, which currently is set to pass in eighteen (18) days, the parties require additional time to complete class certification discovery, including to coordinate depositions and to complete the exchange and/or inspection of documents and other items;

5    WHEREAS, the parties engaged in a mediation session on July 14, 2009 and continue to explore a potential resolution;

7    WHEREAS, the parties, therefore, also request this extension in an effort to avoid what may be an unnecessary and/or premature expenditure of time and expense;

9    WHEREAS, the parties have neither agreed to nor sought a prior extension of time on the class certification discovery and/or briefing deadlines; and

11    WHEREAS, the requested time modification will not effect the schedule for merits discovery and/or trial as proposed by the parties' June 12, 2009 Joint Case Management Schedule and modified by the Court's June 23, 2009 Order;

14    ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of, the following extended class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | November 30, 2009 |
| Plaintiffs' Class Certification Motion: | December 21, 2009 |
| HP's Opposition: | January 29, 2010 |
| Plaintiffs' Reply | February 19, 2010 |
| Class Certification Hearing: | **March 8, 2010 at 9 a.m.** |

Dated:  August 10, 2009                MORGAN, LEWIS & BOCKIUS LLP


                                By:    */s/ Robert A. Particelli*
                                       Robert A. Particelli

                                       Attorneys for Defendant
                                       HEWLETT-PACKARD COMPANY

---

Case No. 07-05793 (JW) – STIPULATED REQUEST FOR ORDER EXTENDING CLASS DISCOVERY AND BRIEFING DEADLINES                                                                 3

Dated: August 10, 2009

RAM & OLSON LLP
EDELSON & ASSOCIATES, LLC
SPECTOR, ROSEMAN, KODROFF & WILLIS , P.C.

By: _____*/s/ Marc H. Edelson*_____
Marc H. Edelson

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**

Dated: August __19__, 2009

_____
The Honorable James Ware
United States District Judge