HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mfr@lrolaw.com

MARC H. EDELSON
(*Pro Hac Vice*)
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JEFFREY L. KODROFF
(*Pro Hac Vice*)
SPECTOR, ROSEMAN, KODROFF &
WILLIS, P.C.
1818 Mar[...]
Philadel[...]
Telephon[...]
Facsimile[...]
E-mail: jk[...]

Attorneys for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING CLASS DISCOVERY AND BRIEFING DEADLINES**<br><br>Action filed:   November 14, 2007<br>Trial:   October 5, 2010 |

Through this Stipulated Request and [Proposed] Order, Plaintiffs Nathan Nygren, Stephen Shifflette and Amy Fromkin (together, "Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to extend the class discovery and briefing deadlines as set forth below, and jointly seek that the Court approve this extension pursuant to Civil L.R. 6-2.

WHEREAS, on May 28, 2009, the Court issued its Order Granting In Part And Denying In Part Defendant's Motion To Dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, on June 12, 2009, the parties filed a Joint Case Management Statement setting forth the following class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | August 28, 2009 |
| Plaintiffs' Class Certification Motion: | September 28, 2009 |
| HP's Opposition: | November 13, 2009 |
| Plaintiffs' Reply | December 14, 2009 |
| Class Certification Hearing: | January 4, 2010 |

WHEREAS, pursuant to the parties' Joint Case Management Statement, the Court entered an Order on June 26, 2009 adopting the parties' proposed class certification discovery and briefing schedule with the following modification:

| | |
|---|---|
| Class Certification Hearing: | January 25, 2010 |

WHEREAS, following the issuance of the Court's Third Scheduling Order on June 26, 2009, the parties continued to exchange discovery;

WHEREAS, on August 10, 2009, the parties filed a Stipulated Request for an Order and Proposed Order Extending Class Certification Discovery and Briefing Deadlines requesting the Court's approval of the following modifications to the class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | November 30, 2009 |
| Plaintiffs' Class Certification Motion: | December 21, 2009 |
| HP's Opposition: | January 29, 2009 |
| Plaintiffs' Reply | February 19, 2009 |
| Class Certification Hearing: | [Set by Court] |

1  WHEREAS, pursuant to the parties' August 10, 2009 Stipulated Request for an Order Extending Class Discovery and Briefing Deadlines, the Court issued an Order on August 20, 2009 granting the parties' request and scheduling the class certification hearing as follows:

    Class Certification Hearing:	March 8, 2010;

WHEREAS, since the issuance of the Court's August 20, 2009 Order, the parties have exchanged additional discovery requests and have continued to produce discovery in earnest;

WHEREAS, the parties are currently in the process of scheduling multiple depositions;

WHEREAS, despite their efforts to maintain the class certification discovery deadline, which currently is set to pass on November 30, 2009, the parties require additional time to complete class certification discovery, including to coordinate depositions and to complete the exchange and/or inspection of documents and other items;

WHEREAS, the parties continue to explore a potential resolution to this matter and, therefore, also request this extension in an effort to avoid what may be an unnecessary and/or premature expenditure of time and expense;

WHEREAS, as set forth above, the parties have sought, and were granted, only one prior extension of time on the class certification discovery and briefing deadlines; and

WHEREAS, the requested time modification will not effect the schedule for merits discovery and/or trial as proposed by the parties' June 12, 2009 Joint Case Management Schedule and modified by the Court's June 26, 2009 Order;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of, the following extended class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | January 8, 2010 |
| Plaintiffs' Class Certification Motion: | January 29, 2010 |
| HP's Opposition: | March 5, 2010 |
| Plaintiffs' Reply | March 26, 2010 |
| Class Certification Hearing: | **April 12, 2010 at 9 a.m.** |

| | | |
|---|---|---|
| 1 | Dated: November 4, 2009 | MORGAN, LEWIS & BOCKIUS LLP |

By:      */s/ Robert A. Particelli*
Robert A. Particelli

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Dated: November 4, 2009    RAM & OLSON LLP
EDELSON & ASSOCIATES, LLC
SPECTOR, ROSEMAN, KODROFF & WILLIS , P.C.

By:      */s/ Marc H. Edelson*
Marc H. Edelson

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: November 19, 2009

_____
The Honorable James Ware
United States District Judge