** E-filed January 14, 2010 **

HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice application forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mram@ramolson.com

MARC H. EDELSON
(*Pro Hac Vice*)
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@hofedlaw.com

JOHN A. MACORETTA
(*Pro Hac Vice*)
SPECTOR, ROSEMAN, KODROFF, &
Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215.496.0300
Facsimile: 215.496.6611
E-mail: jmacoretta@srkw-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY RESPONSES AND MOTION TO COMPEL DISCOVERY DEADLINE**<br><br>Action filed:   November 14, 2007<br>Trial:   October 5, 2010 |

Case No. 07-05793 (JW) – STIPULATED REQUEST FOR ORDER REGARDING OUTSTANDING DISCOVERY RESPONSES AND MOTION TO COMPEL DISCOVERY DEADLINE

1

1    Through this Stipulated Request and [Proposed] Order, Plaintiffs Nathan Nygren, Stephen
2 Shifflette and Amy Fromkin (together, "Plaintiffs") and Defendant Hewlett-Packard Company
3 ("HP") stipulate and agree to the following as set forth below, and jointly seek that the Court
4 approve this extension pursuant to Civil L.R. 6-2.

5    WHEREAS, on November 4, 2009, the parties filed a Stipulated Request for an Order and
6 Proposed Order Extending Class Certification Discovery and Briefing Deadlines requesting the
7 Court's approval of the following modifications to the class certification discovery and briefing
8 schedule:

9    Class Certification Discovery Deadline:    January 8, 2010
10   Plaintiffs' Class Certification Motion:     January 29, 2010
11   HP's Opposition:                            March 5, 2010
12   Plaintiffs' Reply                           March 26, 2010
13   Class Certification Hearing:                [Set by Court]

14   WHEREAS, pursuant to the parties' November 4, 2009 Stipulated Request for an Order
15 and Proposed Order Extending Class Certification Discovery and Briefing Deadlines, the Court
16 issued an Order on November 20, 2009 granting the parties' request and scheduling the class
17 certification hearing as follows:

18   Class Certification Hearing:                April 12, 2010 at 9 a.m.

19   WHEREAS, since the issuance of the Court's November 20, 2009 Order, the parties have
20 exchanged additional discovery requests and have continued to produce discovery in earnest;

21   WHEREAS, since the issuance of the Court's November 20, 2009 Order, the parties have
22 scheduled and taken multiple depositions;

23   WHEREAS, on December 31, 2009, Plaintiffs sent a letter to HP concerning outstanding
24 discovery requests;

25   WHEREAS, the parties are engaging in the meet and confer process regarding Plaintiffs'
26 letter and HP will respond in writing to Plaintiffs' letter on January 11, 2010;

27   WHEREAS, the parties agree that, following the appropriate meet and confer process,
28 Plaintiffs shall file any motion to compel discovery arising out of their December 31, 2009 letter

Case No. 07-05793 (JW) – STIPULATED REQUEST FOR ORDER REGARDING OUTSTANDING DISCOVERY RESPONSES AND MOTION TO COMPEL DISCOVERY DEADLINE

2

1  by January 15, 2010;

2  WHEREAS, even though HP does not concede that any motion to compel filed by Plaintiffs would be proper, it would not oppose any motion to compel arising out of Plaintiffs' December 31, 2009 letter filed by January 15, 2010 on the grounds that it was filed after the current discovery cutoff date of January 8, 2010;

6  ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of a deadline of January 15, 2010 for Plaintiffs to file any motion to compel discovery arising out of their December 31, 2009 letter under the terms of this Stipulation.

Dated: January 8, 2010    By:    */s/ Kristofor T. Henning*
Kristofor T. Henning
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
*Attorneys for Defendant*
*HEWLETT-PACKARD COMPANY*

Dated: January 8, 2010    RAM & OLSON LLP
EDELSON & ASSOCIATES, LLC
SPECTOR, ROSEMAN & KODROFF & WILLIS , P.C.

By:    */s/ Michael F. Ram*
Michael F. Ram
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mram@ramolson.com
*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January __14__, 2010

The Honorable Howard R. Lloyd
United States Magistrate Judge