| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br>KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice application forthcoming*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mram@ramolson.com<br><br>MARC H. EDELSON<br>(*Pro Hac Vice*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215.230.8043<br>Facsimile: 215.230.8735<br>E-mail: medelson@edelson-law.com<br><br>JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>(*Pro Hac Vice*)<br>SPECTOR, ROSEMAN, KODROFF, &<br>Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215.496.0300<br>Facsimile: 215.496.6611<br>E-mail: jkodroff@srkw-law.com<br><br>Attorneys for Plaintiff |

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING AND MOTION TO COMPEL DISCOVERY DEADLINE**<br><br>Action filed:    November 14, 2007<br>Trial:            October 5, 2010 |

Through this Stipulated Request and [Proposed] Order, Plaintiffs Nathan Nygren, Stephen Shifflette and Amy Fromkin (together, "Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to the following as set forth below, and jointly seek that the Court approve this extension pursuant to Civil L.R. 6-2.

WHEREAS, on November 4, 2009, the parties filed a Stipulated Request for an Order and Proposed Order Extending Class Certification Discovery and Briefing Deadlines requesting the Court's approval of the following modifications to the class certification discovery and briefing schedule:

| | |
|---|---|
| Class Certification Discovery Deadline: | January 8, 2010 |
| Plaintiffs' Class Certification Motion: | January 29, 2010 |
| HP's Opposition: | March 5, 2010 |
| Plaintiffs' Reply | March 26, 2010 |
| Class Certification Hearing: | [Set by Court] |

WHEREAS, pursuant to the parties' November 4, 2009 Stipulated Request for an Order and Proposed Order Extending Class Certification Discovery and Briefing Deadlines, the Court issued an Order on November 20, 2009 granting the parties' request and scheduling the class certification hearing as follows:

| | |
|---|---|
| Class Certification Hearing: | April 12, 2010 at 9 a.m. |

WHEREAS, since the issuance of the Court's November 20, 2009 Order, the parties have exchanged additional discovery requests and have continued to produce discovery in earnest;

WHEREAS, since the issuance of the Court's November 20, 2009 Order, the parties have scheduled and taken multiple depositions;

WHEREAS, on December 31, 2009, Plaintiffs sent a letter to HP concerning outstanding discovery requests;

WHEREAS, the parties are engaging in the meet and confer process regarding Plaintiffs'

1 | letter;

2 | WHEREAS, the parties agree that, following the appropriate meet and confer process, Plaintiffs shall file any motion to compel discovery arising out of the issues raised in their December 31, 2009 letter by January 29, 2010;

WHEREAS, even though HP does not concede that any motion to compel filed by Plaintiffs would be proper, it would not oppose any motion to compel arising out of the issues raised in Plaintiffs' December 31, 2009 letter filed by January 29, 2010 on the grounds that it was filed after the discovery cutoff date of January 8, 2010; and

WHEREAS, Plaintiffs believe the discovery sought in their December 31, 2009 letter may be relevant to class certification, and the parties believe a two week extension of the class certification and briefing schedule would be beneficial.

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of a deadline of January 29, 2010 for Plaintiffs to file any motion to compel discovery arising out of the issues raised in their December 31, 2009 letter under the terms of this Stipulation, as well as a two week extension of the class certification briefing and argument schedule, as follows:

| | |
|---|---|
| Plaintiffs' Class Certification Motion: | February 12, 2010 |
| HP's Opposition: | March 19, 2010 |
| Plaintiffs' Reply: | April 9, 2010 |
| Class Certification Hearing: | **May 3, 2010 at 9:00 AM** |

Dated:  January 15, 2010            MORGAN, LEWIS & BOCKIUS LLP


By:      _/s/ Kristofor T. Henning_____
         Kristofor T. Henning

| | |
|---|---|
| 1 | Attorneys for Defendant |
| 2 | HEWLETT-PACKARD COMPANY |

Dated: January 15, 2010          RAM & OLSON LLP
                                 EDELSON & ASSOCIATES, LLC
                                 SPECTOR, ROSEMAN & KODROFF & WILLIS, P.C.


                        By:      /s/ Jeffrey L. Kodroff
                                 Jeffrey L. Kodroff

                                 Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.


Dated: January  22 , 2010        _____
                                 The Honorable James Ware
                                 United States District Judge

Case No. 07-05793 (JW) – STIPULATED REQUEST FOR ORDER REGARDING CLASS CERTIFICATION BRIEFING AND MOTION TO COMPEL DISCOVERY DEADLINE           4