MICHAEL F. RAM (SBN 104805)
mram@ramolson.com
KARL OLSON (SBN 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 07-05793 JW<br><br>**CLASS ACTION**<br><br>**[PUBLICLY REDACTED] DECLARATION OF MICHAEL F. RAM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:　May 3, 2010<br>Time:　9:00 a.m.<br>Place:　Courtroom 8 |

I, Michael F. Ram, declare that:

1. I am a partner with the law firm of Ram & Olson, LLP. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

2. REDACTED

---

Case No. 07-05793 JW – DECLARATION OF MICHAEL F. RAM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION　　　　1

1
2
3   REDACTED
4
5   3.
6
7   4.  Exhibit 3 to this declaration is an HP Pavilion dv6000 Entertainment Notebook
8   Fact Sheet.
9   5.
10
11  6.  Exhibit 5 to this declaration is an HP document entitled, "Go Wireless, Open up
12  new possibilities for work and play, COMPAQ." [HPNYGREN0000103-10].
13  7.
14
15  8.  REDACTED
16
17  9.
18
19  10. Exhibit 9 to this declaration is an HP document entitled, "Worldwide Limited
20  Warranty and Technical Support." [HPNYGREN0020888–907].
21  11.
22
23
24  12.
25
26
27  REDACTED
28



13. ███ REDACTED ███

14. █████████████

15. █████████████

16. ███ REDACTED ███

17. █████████████

18. █████████████

19. ███ REDACTED ███

20. █████████████

21. █████████████



22.

23.

24.

REDACTED

25.

26.

REDACTED

27.

28.

29.

30. Exhibit 29 to this declaration is the HP Pavilion dv6000/dv9000 and Compaq Presario V6000 Series Notebook PCs – HP Limited Warranty Service Enhancement. [HPNYGREN0020996]

31. 

32. REDACTED

33.

34.

35. REDACTED

36. REDACTED

37. Since graduating with honors from Harvard Law School in 1982, I have been practicing complex business litigation, primarily class actions, with an emphasis on defective

products. I have been co-lead counsel in numerous consumer products class actions. Exhibit 36 to this declaration is the Ram & Olson, LLP firm resume detailing our experience.

38. Exhibit 37 to this declaration is the resume of Edelson & Associates, LLC.

39. Exhibit 38 to this declaration is the resume of Spector, Roseman, Kodroff & Willis, P.C.

40. Exhibit 39 is Judge Wilken's February 16, 2010 Order Granting Plaintiffs' Motion for Class Certification in *Keilholtz v. Lennox Hearth Products,* (N.D. Cal.) 4:08-cv-00836, Doc. 243. This order includes certification of a national class under the unfairness prong of the UCL for defective product claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Francisco, California, on February 16, 2010.


　　　　　　　　　　　　　　　　　　_/s/ Michael F. Ram_
　　　　　　　　　　　　　　　　　　Michael F. Ram