# EXHIBIT 3

# Fact sheet



## HP Pavilion dv6000 Entertainment Notebook PC

### Overview

The newly-designed HP Pavilion dv6000 Entertainment Notebook PC combines mobility, power and entertainment in a new design. Featuring an HP Imprint finish, the dv6000's subtle "wave" pattern was influenced by Zen rock gardens and compliments the stylish, curvilinear design. High-gloss piano black on the outside with polished silver on the inside, HP's new resin finish is more durable than standard options. The dv6000 design is further enhanced by back-lit, touch-sensitive media controls that are activated by a touch or tap of a finger.

With HP QuickPlay 2.1[1] and a 15.4-inch widescreen display featuring HP BrightView technology, the dv6000 delivers bolder and more vibrant images at the touch of a button. Featuring the latest Mobile AMD Turion™ 64 X2 dual-core processor,[2,3,4] optional[5] built-in HP Pavilion WebCam and discrete NVIDIA® GeForce graphics with PureVideo™ technology, the dv6000 packs the power of a desktop PC into a sleek entertainment notebook PC. Combined with HP's award-winning customer service and support, the dv6000 brings mobile convenience to the users' fingertips.

### Key features and benefits

- Taking the show on the road is better than ever with Mobile AMD Turion™ 64 X2 dual-core technology.[2,3,4] AMD's latest dual-core processor helps extend battery life, so users can enjoy movies and complete demanding graphics projects – while running a system backup or virus scan -- without missing a beat.

- Experience a new level of visual detail in images, 3D, and video with optional[5] NVIDIA® GeForce® Go 7200 graphics with 256MB graphics memory (64MB DDR2 dedicated VRAM plus an additional 192MB shared with system memory[4]) and NVIDIA PureVideo™ technology.

- The dv6000 makes it easy to stay connected without sacrificing style. Featuring the new HP Imprint finish, the dv6000 has a smooth, high-gloss coating with a fresh, inlaid design developed by Nissha Film Products. Equipped with new touch-technology buttons that enable users to launch media applications and control volume and mute functions with the touch or swipe of a finger. The latch-free notebook also features subtle, back-lit LED indicator lights to enhance its sleek and sophisticated design.

- The optional[5] integrated HP Pavilion WebCam and dual microphones make it possible for users to hold video-conversations[4] with friends and

Editorial Contacts:

Ann Finnie, HP
+1 408 343 5353
ann.finnie@hp.com

Matt Peterson
Porter Novelli for HP
+1 206 770 7087
matt.peterson@porternovelli.com

Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304
www.hp.com

family even when they are away from home. Users can kick back and enjoy images on the crisp and clear 15.4-inch widescreen LCD display with optional[5] BrightView technology for optimal viewing pleasure.

**Additional features**

- The dv6000 features the next-generation of HP QuickPlay 2.1[1] which, in addition to playing DVDs or MP3s in seconds, now provides full-time access to personal photo and video collections on a slick widescreen interface whether or not the system is fully booted. Optional[5] dual headphone jacks allow two users to connect individual headphones to enjoy their favorite DVDs without disturbing others. And one headphone jack is S/PDIF capable.

- Control the dv6000 from up to 10 feet away with the optional[5] HP Mobile Remote Control that can be stored in the ExpressCard slot. Select models include a 5-in-1 digital media reader[6] and up to three USB 2.0 ports to support the latest in consumer devices, files and digital media.

- The dv6000 is available with optional[5] integrated LightScribe DVD±R/RW SuperMulti drive with double-layer support for silkscreen-quality, laser-etched CDs and DVDs. [7, 8]

- Easily connect the dv6000 to peripherals via the expansion port to the HP xb3000 Notebook Expansion Base[5] for a true desktop experience.

**Technical specifications**

- Available with Mobile AMD Turion™ 64 X2 dual-core and Mobile AMD Sempron™ processors

- Optional[5] NVIDIA® GeForce® Go 7200 discrete graphics. Standard NVIDIA® GeForce® Go 6150 graphics and NVIDIA® nForce® Go 430 chipset with AMD processors.

- Integrated wireless support[4] for 802.11 b/g, configurable 802.11 a/b/g, Wireless LAN and Bluetooth™ technologies on select models

- 5-in-1 media card reader on select models[6]

- Optional[5] IEEE1394 port and up to three USB 2.0 ports on select models

- ExpressCard/54 slot

- Integrated Altec Lansing stereo speakers

- Microsoft Windows XP Home SP2 or Microsoft Windows XP Pro SP2.

- Standard 6-cell or optional[5] 12-cell battery available for additional battery life

- Powerful but portable: weight starting at 6.5 lbs and as thin as 1.00-inch

- Two omni-directional microphones on select models

- Optional[5] dual stereo headphone jacks – one with high-definition digital audio support (S/PDIF capable)

- Optional[5] HP Pavilion WebCam

**Microsoft Vista**

The majority of HP's consumer notebook PCs are Microsoft Windows Vista Capable[11]. Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security, and reliability. Some features available in premium editions of Windows Vista -- like the new Windows Aero™ user interface -- require advanced or additional hardware. Check www.windowsvista.com/getready for details.

**Service and Support**

- HP offers a one-year limited warranty for PCs as part of HP Total Care, the service and support program was recognized by J.D. Power and Associates for consistently providing an "Outstanding Customer Service Experience." HP Total Care delivers real-time chat with support agents, as fast as one-hour email response and toll-free 24x7 technical support both in and out of warranty.

**Pricing and availability**

- Estimated U.S. street price starting at $929[9] before a $50 rebate depending on the configuration ordered.

- Expected to be available for purchase starting mid-July via HP Home and Home Office at http://www.hpshopping.com, at retailer kiosks, or by calling +1 888 999 4747.

---

[1] Approximately 1024MB of hard drive is dedicated for HP QuickPlay2.0 and will not be user accessible.

[2] Dual Core is a new technology designed to improve performance of certain software products. Check with the software provider to determine suitability. Not all customers or software applications will necessarily benefit from use of this technology.

[3] This system requires a separately purchased 64-bit operating system and 64-bit software products to take advantage of the 64-bit processing capabilities of the AMD Turion 64 X2 processor. Given the wide range of software applications available, performance of a system including a 64-bit operating system will vary."

[4] Wireless access point required and is not included. Availability of public wireless access points limited. Wireless Internet use requires separately purchased Internet service contract.

[5] Sold separately; or as an add-on feature.

[6] Mini/Reduced flash memory cards require separately purchased adapter.

[7] Double Layer discs can store more data than single layer discs. However, double-layer discs burned with this drive may not be compatible with many existing single-layer DVD drives and players.

[8] LightScribe creates a grayscale image similar to a black and white photograph. LightScribe media required and sold separately.

[9] Actual price may vary.

Microsoft and Windows are U.S. registered trademarks of Microsoft Corporation.

J.D. Power and Associates Certified Technology and Support ProgramSM, developed in conjunction with the Service & Support Professionals Association (SSPA). For more information, visit www.jdpower.com or the sspa.com.

© 2005 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein.

1/2005