# EXHIBIT 36



## RAM & OLSON LLP

Ram & Olson LLP is a class action and public access law firm founded in 1997 by experienced class action and media lawyers who began their careers in 1982 at Morrison & Foerster in San Francisco. They reunited after pursuing diverse and successful litigation practices, culminating in partnerships at other San Francisco firms. The partners' practical experience and excellent reputation among the bench and bar allow the firm to provide high caliber legal services with small firm responsiveness and efficiency. The firm's partners have consistently achieved the highest ratings for legal ability and ethics.

The firm's practice emphasizes consumer, securities and employment class actions as well as media and First Amendment law.

# RAM & OLSON LLP

## KARL OLSON

Karl Olson specializes in defending news media clients and individuals against defamation and "SLAPP suits" (Strategic Lawsuits Against Public Participation). He has successfully defended dozens of such cases, disposing of most of them at a very early stage. He also specializes in handling cases involving access to government records. In 2005, he received the James Madison Award from the Northern California Society of Professional Journalists given annually to one legal counsel. In 2007, he won a landmark California Supreme Court case involving public access to public employee salaries.

Mr. Olson's practice has also emphasized consumer and employment class action litigation, employment law, insurance coverage and bad faith litigation, construction defect and real estate litigation, and other commercial litigation matters. He has been counsel in cases recovering millions of dollars for consumers, employees and corporate insureds. He has extensive experience in both the trial and appellate courts and has been counsel in dozens of reported appellate decisions. He has been named a "Northern California Super Lawyer" and as one of the "Best Lawyers in America." Mr. Olson's practice has also focused on pre-publication and pre-broadcast counseling; intellectual property matters such as copyright and trademark infringement claims; and trade secret litigation. He has authored numerous articles on media law issues and lectured widely on defamation and First Amendment topics for both professional journalists and lawyers.

From 1982 to 1983, Mr. Olson was a research attorney for Justice Joseph Grodin of the California Supreme Court. He worked as an associate at Morrison & Foerster from 1983 to 1986 and was at Cooper, White & Cooper as an associate from 1986 to 1989 and as a partner from 1990 to 1997 before starting Levy, Ram & Olson in 1997 and Ram & Olson in 2009.

Mr. Olson was born, raised and still lives in San Francisco.

**Education:**
- University of California's Hastings College of the Law, 1982 (magna cum laude, Order of the Coif)
- Articles Editor, Hastings Law Journal

**Professional Associations and Memberships:**
- Bar Association of San Francisco; ABA Forum on Communications Law

**Bar Admissions:**
- Mr. Olson is admitted to practice in the Supreme Court of the United States, the 9th Circuit Court of Appeals, the U.S. District Courts for the Northern, Eastern and Central Districts of California, and in the State of California.

# RAM & OLSON LLP

## MICHAEL F. RAM

Michael F. Ram is a consumer class action lawyer with 27 years of experience at both the trial and appellate court levels. He is admitted to practice before the Supreme Court of the United States and various state and lower federal courts.

Mr. Ram graduated cum laude from Harvard Law School in 1982. In 1992 Mr. Ram was a co-recipient of the Trial Lawyer of the Year Award given by Trial Lawyers for Public Justice.

From 1993 through 1997 Mr. Ram was a partner with Lieff, Cabraser, Heimann and Bernstein where he participated in representing plaintiffs in several major class actions, including:

- *Cox v. Shell*, Civ. No. 18,844 (Obion County Chancery Court, Tennessee (Chancellor Maloan). A nationwide class of approximately 6 million owners of property equipped with defective polybutylene plumbing systems and yard service lines.

- *In re Louisiana-Pacific Inner-Seal Litigation*, No. CV-95-879 JO-LEAD (District of Oregon). A nationwide class of homeowners with defective exterior siding on their homes.

- *ABS Pipe Litigation*, Judicial Council Coordination Proceeding No. 3126 (Contra Costa County Superior Court). A nationwide class of homeowners with defective ABS pipes.

In 1997, Mr. Ram reunited with lawyers he practiced with in the early 1980s to found Levy, Ram, & Olson, now Ram & Olson.

With Ram & Olson, Mr. Ram continues to focus on consumer class actions. He was co-lead counsel for plaintiffs in *Chamberlan v. Ford Motor Company*, Northern District of California, No. 03-2628 CW, a national class action involving defective intake manifolds. He was also co-counsel for plaintiffs in a number of building product class actions, including:

- *Richison v. American Cemwood Corp.*, San Joaquin Civil Action No. 005532. Mr. Ram served as co-counsel for a multistate class of tens of thousands of owners of homes and other structures on which defective Cemwood Shakes were installed.

# RAM & OLSON LLP

- *Williams v. Weyerhaeuser*, San Francisco Superior Court Case No. 995787 (San Francisco Superior Court). Mr. Ram served as co-counsel on behalf of a nationwide class of hundreds of thousands or millions of owners of homes and other structures with defective Weyerhaeuser hardboard siding.

- *Naef v. Masonite*, No. CV-94-4033 (Mobile County, Alabama Circuit Court) Mr. Ram serves as co-counsel on behalf of a nationwide class of 4 million homeowners with defective hardboard siding on their homes.

In October 2005, Mr. Ram co-authored with Elizabeth J. Cabraser and Heather Mills an article entitled *"New Class Certification Developments in Non-Personal Injury Product Defect/Consumer Protection Cases: Nationwide vs. Statewide Classes and the Role of Choice of Law,"* published by the ABA for the National Institute on Class Actions.

In August 2009, Mr. Ram became of counsel to Sanford Wittels & Heisler, LLP. He is currently co-lead counsel in a number of national consumer products class actions. For several years he has been named a "Northern California Super Lawyer" by Law & Politics.

**Education:**
- Harvard Law School, 1982 (cum laude)

**Professional Associations and Memberships:**
- Bar Association of San Francisco

**Bar Admissions:**
- Mr. Ram is admitted to practice in the Supreme Court of the United States, the 9th Circuit Court of Appeals, the 3rd Circuit Court of Appeals, the U.S. District Courts for the Northern, Eastern and Central Districts of California, and in the State of California.

# RAM & OLSON LLP

## CAROLYN JOHNSTON
### Of Counsel

Carolyn Johnston joined the firm in 2009. Carolyn started practicing in 1985, when she joined the litigation department of Morrison & Foerster in San Francisco. While at Morrison she represented corporate clients, law firms, partnerships, unincorporated associations and individuals in securities class actions and other complex litigation matters at the trial and appellate levels. After leaving Morrison & Foerster in 1996 to raise her children, Carolyn worked for several years as a neutral for JAMS, and has handled various litigation matters, including consumer class actions.

Ms. Johnston was born in Illinois.

**Education:**
- Swarthmore College in Pennsylvania, 1981 (with honors)
- University of Chicago Law School, 1985

**Bar Admissions:**
- Ms. Johnston is admitted to practice before the U.S. District Courts for the Northern and Central Districts; the U.S. Court of Appeals for the Ninth Circuit, the U.S. Supreme Court, and the U.S. Court of Federal Claims.