1   HOWARD HOLDERNESS (SBN 169814)   MICHAEL F. RAM (SBN 104805)
2   MORGAN, LEWIS & BOCKIUS LLP   RAM & OLSON LLP
    One Market, Spear Street Tower   639 Front Street, 4th Floor
3   San Francisco, CA 94105   San Francisco, CA 94111
    Telephone: 415.442.1000   Telephone: 415.433.4949
4   Facsimile: 415.442.1001   Facsimile: 415.433.7311
    E-mail: hholderness@morganlewis.com   E-mail: mfr@rolaw.com
5
    KRISTOFOR T. HENNING (PAB 85047)   MARC H. EDELSON
6   (*Pro Hac Vice*)   (*Pro Hac Vice*)
    FRANCO A. CORRADO (PAB 91436)   EDELSON & ASSOCIATES, LLC
7   (*Pro Hac Vice*)   45 W. Court Street
    MORGAN, LEWIS & BOCKIUS LLP   Doylestown, PA 18901
8   1701 Market Street   Telephone: 215.230.8043
    Philadelphia, PA 19103   Facsimile: 215.230.8735
9   Telephone: 215.963.5000   E-mail: medelson@hofedlaw.com
    Facsimile: 215.963.5001
10  E-mail: khenning@morganlewis.com   JOHN A. MACORETTA
    E-mail: fcorrado@morganlewis.com   SPECTOR, ROSEMAN, KODROFF, &
11                                       WILLIS, P.C.
    Attorneys for Defendant   1818 Market Street, Suite 2500
12  HEWLETT-PACKARD COMPANY   Philadelphia, PA 19103
                                       Telephone: 215.496.0300
13                                       Facsimile: 215.496.6611
                                       E-mail: jmacoretta@srkw-law.com

14                                       Attorneys for Plaintiffs

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18

19  NATHAN NYGREN, STEPHEN   Case No. 07-05793 (JW)   3/9/2010
    SHIFFLETTE and AMY FROMKIN, on
20  behalf of themselves and all others   **STIPULATED REQUEST FOR ORDER**
    similarly situated,   **AND [PROPOSED] ORDER EXTENDING**
21                                       **CLASS CERTIFICATION BRIEFING AND**
                                         **HEARING DATES**
22              Plaintiffs,
        v.   Action filed:   November 14, 2007
23                           Trial:   October 5, 2010

24  HEWLETT-PACKARD COMPANY, a
    Delaware corporation,

25              Defendant.

26

27

28

*IT IS SO ORDERED AS MODIFIED*

Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Through this Stipulated Request and [Proposed] Order, Plaintiffs Nathan Nygren, Stephen

2  Shifflette and Amy Fromkin (together, "Plaintiffs") and Defendant Hewlett-Packard Company

3  ("HP") stipulate and agree to the following as set forth below, and jointly seek that the Court

4  approve this extension pursuant to Civil L.R. 6-2.

5  WHEREAS, on January 15, 2010, the parties filed a Stipulated Request for an Order and

6  Proposed Order Regarding Class Certification Briefing and Motion to Compel Discovery

7  Deadline requesting, *inter alia*, the Court's approval of the following modifications to the class

8  certification briefing schedule:

9  Plaintiffs' Class Certification Motion:        February 12, 2010

10  HP's Opposition:        March 19, 2010

11  Plaintiffs' Reply        April 9, 2010

12  Class Certification Hearing:        [Set by Court]

13  WHEREAS, pursuant to the parties' January 15, 2010 Stipulated Request for an Order and

14  Proposed Order Extending Class Certification Briefing and Motion to Compel Discovery

15  Deadline, the Court issued an Order on January 22, 2010 granting the parties' request and

16  scheduling the class certification hearing as follows:

17  Class Certification Hearing:        May 3, 2010 at 9 a.m.

18  WHEREAS, on February 11, 2010, filed a Stipulated Request and Proposed Order

19  Regarding Four Day Extension of Class Certification Briefing Due to Snowfall proposing the

20  following modified briefing schedule, but maintaining the May 3, 2010 hearing date:

21  Plaintiffs' Class Certification Motion:        February 16, 2010

22  HP's Opposition:        March 23, 2010

23  Plaintiffs' Reply        April 13, 2010

24  WHEREAS, Plaintiffs filed their Notice of Motion and Motion for Class Certification on

25  February 16, 2010, along with supporting papers including two reports submitted by expert

26  witnesses;

27  WHEREAS, among other reasons, HP requests additional time to respond to Plaintiffs'

28  motion in order to permit appropriate discovery of Plaintiffs' expert witnesses;

1    ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate

2  to, and request the Court's approval of the following class certification briefing and hearing

3  schedule:

4         HP's Opposition:                        April 13, 2010

5         Plaintiffs' Reply                       May 4, 2010

6         Class Certification Hearing:            May 24, 2010, **at 9:00 AM**

7

8  Dated:  March 4, 2010              MORGAN, LEWIS & BOCKIUS LLP

9

10                         By:        */s/ Kristofor T. Henning*

11                                    Kristofor T. Henning

12                                    Attorneys for Defendant
13                                    HEWLETT-PACKARD COMPANY

14

15  Dated:  March 4, 2010             RAM & OLSON LLP
                                      EDELSON & ASSOCIATES, LLC
16                                    SPECTOR, ROSEMAN & KODROFF & WILLIS , P.C.

17

18

19                         By:        */s/ Michael F. Ram*

20                                    Michael F. Ram

21                                    Attorneys for Plaintiffs

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED. **AS MODIFIED.**

24

25  Dated:  March  9  , 2010

26                                    The Honorable James Ware
                                      United States District Judge
27

28