| | |
|---|---|
| HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br><br>KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice application forthcoming*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mram@ramolson.com<br><br>MARC H. EDELSON<br>(*Pro Hac Vice*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215.230.8043<br>Facsimile: 215.230.8735<br>E-mail: medelson@edelson-law.com<br><br>JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>(*Pro Hac Vice*)<br>SPECTOR, ROSEMAN, KODROFF, &<br>WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215.496.0300<br>Facsimile: 215.496.6611<br>E-mail: jkodroff@srkw-law.com<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**DENIED**
*James Ware*
Judge James Ware

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. 07-05793 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER REGARDING FOUR DAY EXTENSION OF CLASS CERTIFICATION BRIEFING DUE TO SNOWSTORM**<br><br>Action filed: November 14, 2007<br>Trial: October 5, 2010 |

IT IS HEREBY STIPULATED:

1. In the last few days, unprecedented snowstorms have disrupted operations of two of the three Plaintiffs' counsel firms and of Plaintiffs' experts. Therefore, the parties agree to a four day extension of class certification briefing. The proposed new dates are:

Plaintiffs' Class Certification Motion:     February 16, 2010

HP's Opposition:     March 23, 2010

Plaintiffs' Reply     April 13, 2010

2. The hearing would remain on May 3, 2010 at 9:00 am.

Dated: February 11, 2010     By:     */s/ Kristofor T. Henning*
Kristofor T. Henning
(*Pro Hac Vice application forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Dated: February 11, 2010     By:     **Michael F. Ram**
Michael F. Ram (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mram@ramolson.com

///

///

///

Case No. 07-05793 (JW) – STIPULATED REQUEST FOR ORDER AND [RPOPOSED] ORDER REGARDING FOUR-DAY EXTENSION OF CLASS CERTIFICATION BRIEFING DUE TO SNOWSTORM

2

| | |
|---|---|
| 1 | Jeffrey L. Kodroff |
| | John A. Macoretta |
| 2 | (*Pro Hac Vice*) |
| | SPECTOR, ROSEMAN, KODROFF, |
| 3 |   & WILLIS, P.C. |
| | 1818 Market Street, Suite 2500 |
| 4 | Philadelphia, PA 19103 |
| | Telephone: 215.496.0300 |
| 5 | Facsimile: 215.496.6611 |
| | E-mail: jkodroff@srkw-law.com |

Marc H. Edelson
(*Pro Hac Vice*)
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@edelson-law.com

Attorneys for Plaintiffs

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Stipulation to extend deadlines due to snowstorm (Docket Item No. 105) is found as MOOT. The Court has issued a modified briefing schedule for the anticipated class certification (see Docket Item No. 24).

Dated: March 25 2010

*/s/ James Ware*
The Honorable James Ware
United States District Judge