| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | HOWARD HOLDERNESS, STATE BAR NO. |
| 2 | 169814 |
| | ONE MARKET, SPEAR STREET TOWER |
| 3 | SAN FRANCISCO, CA 94105-1126 |
| | TEL: 415.442.1000 |
| 4 | FAX: 415.442.1001 |
| | E-MAIL: |
| 5 | HHOLDERNESS@MORGANLEWIS.COM |
| 6 | KRISTOFOR T. HENNING (PAB 85047) |
| | (PRO HAC VICE) |
| 7 | FRANCO A. CORRADO (PAB 91436) |
| | (PRO HAC VICE) |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 MARKET STREET |
| 9 | PHILADELPHIA, PA 19103 |
| | TELEPHONE: 215.963.5000 |
| 10 | FACSIMILE: 215.963.5001 |
| | E-MAIL: KHENNING@MORGANLEWIS.COM |
| 11 | |
| | ATTORNEYS FOR DEFENDANT |
| 12 | HEWLETT-PACKARD COMPANY |

13    UNITED STATES DISTRICT COURT

14    NORTHERN DISTRICT OF CALIFORNIA

15    SAN JOSE DIVISION

16

| | | |
|---|---|---|
| 17 | NATHAN NYGREN, STEPHEN | Case No. 07-05793 JW |
| 18 | SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others | **MANUAL FILING NOTIFICATION** |
| 19 | similarly situated,, | |
| 20 | Plaintiffs, | Place: Courtroom 8, 4th Floor<br>Before: Honorable James Ware |
| 21 | vs. | |
| 22 | HEWLETT-PACKARD COMPANY, a Delaware corporation,, | |
| 23 | Defendant. | |

24

25    Regarding: **EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.**

26    This filing is in paper form only, and is being maintained in the case file in the clerk's

27    office. If you are a participant in this case, this filing will be served in hard-copy shortly. For

28    information on retrieving this filing directly from the Court, please see the Court's main web site

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64697715.1        1        07-05793 JW
MANUAL FILING NOTIFICATION

1   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

2       This document was not e-filed for the following reason(s):

3   **[ X ]  ITEM UNDER SEAL**

4

5   Dated: April 13, 2010                            MORGAN LEWIS & BOCKIUS LLP

6

7

8                                         By   /s/ Kristofor T. Henning

9                                             Attorneys for Defendants
                                          HEWLETT-PACKARD COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64697715.1                            2                        07-05793 JW
                                          MANUAL FILING NOTIFICATION