1 MORGAN, LEWIS & BOCKIUS LLP
  HOWARD HOLDERNESS, STATE BAR NO.
2 169814
  ONE MARKET, SPEAR STREET TOWER
3 SAN FRANCISCO, CA  94105-1126
  TEL:  415.442.1000
4 FAX:  415.442.1001
  E-MAIL:
5 HHOLDERNESS@MORGANLEWIS.COM

6 KRISTOFOR T. HENNING (PAB 85047)
  (PRO HAC VICE)
7 FRANCO A. CORRADO (PAB 91436)
  (PRO HAC VICE)
8 MORGAN, LEWIS & BOCKIUS LLP
  1701 MARKET STREET
9 PHILADELPHIA, PA 19103
  TELEPHONE: 215.963.5000
10 FACSIMILE: 215.963.5001
   E-MAIL: KHENNING@MORGANLEWIS.COM

11
   ATTORNEYS FOR DEFENDANT
12 HEWLETT-PACKARD COMPANY

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 NATHAN NYGREN, STEPHEN            Case No. 07-05793 JW
   SHIFFLETTE and AMY FROMKIN, on
18 behalf of themselves and all others    **MANUAL FILING NOTIFICATION**
   similarly situated,,
19
                    Plaintiffs,         Place:  Courtroom 8, 4th Floor
20                                       Before: Honorable James Ware
              vs.
21
   HEWLETT-PACKARD COMPANY, a
22 Delaware corporation,,

23                   Defendant.

24

25   Regarding: **HEWLETT-PACKARD COMPANY'S NOTICE OF MOTION AND**

26 **MOTION FOR SUMMARY JUDGMENT.**

27      This filing is in paper form only, and is being maintained in the case file in the clerk's

28 office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64726155.1                          1                    07-05793 JW
                                                   MANUAL FILING NOTIFICATION

1   information on retrieving this filing directly from the Court, please see the Court's main web site

2   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3          This document was not e-filed for the following reason(s):

4   **[ X ] ITEM UNDER SEAL**

5

6   Dated: April 19, 2010                          MORGAN LEWIS & BOCKIUS LLP

7

8                                          By   /s/ Howard Holderness

9                                          Attorneys for Defendants
                                           HEWLETT-PACKARD COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64726155.1                              2                    07-05793 JW
                                                        MANUAL FILING NOTIFICATION