**United States District Court**
For the Northern District of California

1

**\*\* E-filed May 25, 2010 \*\***

2

3

4

5

6

7                                    NOT FOR CITATION

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11   NATHAN NYGREN, STEPHEN                     No. C07-05793 JW (HRL)
     SHIFFLETTE, and AMY FROMKIN, on
12   behalf of themselves and all others similarly   **ORDER DENYING AS MOOT NON-**
     situated,                                  **PARTY NVIDIA CORPORATION'S**
13                                              **(1) MOTION TO INTERVENE FOR**
                                                **THE LIMITED PURPOSE OF**
14                 Plaintiffs,                  **PROTECTING CONFIDENTIAL**
          v.                                    **DOCUMENTS AND INFORMATION**
15                                              **AND (2) MOTION TO SHORTEN**
     HEWLETT-PACKARD COMPANY, a                 **TIME**
     Delaware corporation,
16
                   Defendants.                  **[Re: Docket No. 221 & 223]**
17   _____/

18          On May 24, 2010, non-party NVIDIA Corporation ("NVIDIA") moved this court for an

19   order (1) allowing NVIDIA to intervene in the above-captioned case for the limited purpose of

20   protecting its confidential documents and information and (2) shortening time for a hearing on the

21   matter.  (Docket Nos. 221 & 223.)  Given this court's order granting in part plaintiffs' motion to

22   unseal and granting plaintiffs' administrative motion to seal, this Court DENIES NVIDIA's motions

23   as moot.

24          **IT IS SO ORDERED.**

25   Dated: May 25, 2010

26                                              _____
                                                HOWARD L. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE
27

28

**United States District Court**
For the Northern District of California

1  **C07-05793 JW (HRL) Notice will be electronically mailed to:**

2  Daniel Emmett McGuire      dmcguire@morganlewis.com
   David Felderman           dfelderman@srkw-law.com
3  Franco A Corrado          fcorrado@morganlewis.com
   Howard Holderness         hholderness@morganlewis.com, cgreenblatt@morganlewis.com,
4                            mweiler@morganlewis.com
   Jeffrey L. Kodroff        jkodroff@srkw-law.com
5  John A. Macoretta         jmacoretta@srk-law.com
   Karl Olson                kolson@ramolson.com, awilliams@ramolson.com
6  Kristofor Tod Henning     khenning@morganlewis.com
   Marc H. Edelson           medelson@edelson-law.com
7  Meredith Ann Galto        mgalto@morganlewis.com
   Michael Francis Ram       mram@ramolson.com, awilliams@ramolson.com
8  Monique Olivier           molivier@sturdevantlaw.com, arocha@sturdevantlaw.com,
                             bnuss@sturdevantlaw.com, kbecker@sturdevantlaw.com
9  Robert A. Particelli      rparticelli@morganlewis.com
   Thomas R. Green           thomas.green@usdoj.gov, daniel.charlier-smith@usdoj.gov, lily.c.ho-
10                           vuong@usdoj.gov

11 **Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.**

12

13

14

2