1 | MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
2 | One Market, Spear Street Tower
San Francisco, CA 94105-1126
3 | Tel: 415.442.1000
Fax: 415.442.1001
4 | E-mail: hholderness@morganlewis.com

5 | KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
6 | FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
7 | MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
8 | Philadelphia, PA 19103
Telephone: 215.963.5000
9 | Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
10 | E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,,<br><br>Defendant. | Case No. 07-05793 JW (HRL)<br><br>**DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO UNSEAL ALL SEALED DOCUMENTS IN THIS CASE** |

I, Kristofor T. Henning, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and am admitted Pro Hac Vice in this Court in the above-captioned

CASE NO. 07-05793 JW (HRL)

DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF HP'S OPPOSITION TO PLAINTIFFS' MOTION TO UNSEAL ALL SEALED DOCUMENTS IN THIS CASE

matter. I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for Defendant, Hewlett-Packard Company ("HP"). I make this declaration of my own personal knowledge.

2. Attached as Exhibit "A" to this declaration is a true and correct copy of HP's proposed redaction to page 3 (Bates labeled HPNYGREN0027350) of Exhibit 52 to the Declaration of Karl Olson in Support of Plaintiffs' Opposition to HP's Motion for Summary Judgment.

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June 2010 in Philadelphia, Pennsylvania.

/s/ Kristofor T. Henning
Kristofor T. Henning

CASE NO. 07-05793 JW (HRL)        2

DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF HP'S OPPOSITION TO PLAINTIFFS' MOTION TO UNSEAL ALL SEALED DOCUMENTS IN THIS CASE