1  MORGAN, LEWIS & BOCKIUS LLP
   HOWARD HOLDERNESS, State Bar No. 169814
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: hholderness@morganlewis.com

5  KRISTOFOR T. HENNING (PAB 85047)
   (*Pro Hac Vice*)
6  FRANCO A. CORRADO (PAB 91436)
   (*Pro Hac Vice*)
7  MORGAN, LEWIS & BOCKIUS LLP
   1701 Market Street
8  Philadelphia, PA 19103
   Telephone: 215.963.5000
9  Facsimile: 215.963.5001
   E-mail: khenning@morganlewis.com
10 E-mail: fcorrado@morganlewis.com

11

12 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

13

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,,<br><br>Defendant. | Case No. 07-05793 JW<br><br>**DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Place: Courtroom 8, 4th Floor<br>Before: Honorable James Ware |
|---|---|

I, Kristofor T. Henning, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and am admitted Pro Hac Vice in this Court in the above-captioned

1  matter. I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for
2  Defendant, Hewlett-Packard Company ("HP"). I make this declaration of my own personal
3  knowledge.

4  2. Attached as Exhibit 1 to this declaration is a true and correct copy of the
5  November 19, 2009 Order GRANTING in Part and DENYING in Part Defendant's Motion
6  To Dismiss and DENYING Defendant's Motion to Strike in the Nvidia GPU Litigation.

7  3. Attached as Exhibit 2 to this declaration is a true and correct copy of the May 28,
8  2009 Order GRANTING in Part and DENYING in Part Defendant's Motion to Dismiss.

9  4. Attached as Exhibit 3 to this declaration is a true and correct copy of the October
10  24, 2008 Order GRANTING in Part and DENYING in Part Defendant's Motion to Dismiss
11  With Leave to Amend.

12  5. Attached as Exhibit 4 to this declaration is a true and correct copy of HP's Limited
13  Warranty. This document is numbered HPNYGREN0020888 through HPNYGREN0020907.

14  6. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts of
15  the December 10, 2009 deposition transcript of Hunt Hodge.

16  7. Attached as Exhibit 6 to this declaration is a true and correct copy of excerpts of
17  the December 9, 2009 deposition transcript of Norma Nussbaumer.

18  8. Attached as Exhibit 7 to this declaration is a true and correct copy of excerpts of
19  the January 5, 2010 deposition transcript of Stephen Shifflette.

20  9. Attached as Exhibit 8 to this declaration is a true and correct copy of Stephen
21  Shifflette's receipt from CompUSA for the purchase of his HP Pavilion dv6000 series
22  notebook computer.

23  10. Attached as Exhibit 9 to this declaration is a true and correct copy of Plaintiffs'
24  Response to Defendant Hewlett-Packard Company's First Set of Interrogatories to Plaintiffs

Case No. 07-05793 (JW)     2     KRISTOFOR T. HENNING DECLARATION IN SUPPORT OF HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Nathan Nygren, Stephen Shifflette and Amy Fromkin, dated August 31, 2009.

11. Attached as Exhibit 10 to this declaration is a true and correct copy of excerpts of the January 8, 2010 deposition transcript of Amy Fromkin.

12. Attached at Exhibit 11 to this declaration is a true and correct copy of Amy Fromkin's receipt from Circuit City for the purchase of her HP Pavilion notebook computer.

13. Attached as Exhibit 12 to this declaration is a true and correct copy of excerpts of the January 8, 2010 deposition transcript of Jeanette Fromkin.

14. Attached as Exhibit 13 to this declaration is a true and correct copy of excerpts of the January 6, 2010 deposition transcript of Nathan Nygren.

15. Attached as Exhibit 14 to this declaration is a true and correct copy of excerpts of the March 19, 2010 deposition transcript of Eric A. Langberg.

16. Attached as Exhibit 15 to this declaration is a true and correct copy of a chart entitled "Variations In State Consumer Protection and Deceptive Trade Practice Laws."

17. Attached as Exhibit 16 to this declaration is a true and correct copy of the February 22, 2010 Administrative Motion to Consider Whether *Perron v. Hewlett-Packard Company* Should Be Related Pursuant to Local Rule 3-12.

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April 2010 in Philadelphia, Pennsylvania.

                                  /s/ Kristofor T. Henning
                                  Kristofor T. Henning

**PROOF OF SERVICE**

I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, previously filed under seal on April 13, 2010, to be electronically filed and served upon the persons named below via the ECF system. This document is available for review and downloading from the ECF system.

MICHAEL F. RAM
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

MARC H. EDELSON
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
Facsimile: 215-230-8735

JEFFREY L. KODROFF
jkodroff@srkw-law.com
JOHN A. MACORETTA
jmacoretta@srkw-law.com
SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

Attorneys for Plaintiffs

Dated: June 3, 2010          By:    /s/ Kristofor T. Henning
                                    Kristofor T. Henning

Case No. 07-05793 (JW)

PROOF OF SERVICE - REFILED HENNING DECLARATION IN SUPPORT OF CLASS CERTIFICATION OPPOSITION