# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


--------------------------

NATHAN NYGREN, STEPHEN      )

SHIFFLETTE, and AMY         )

FROMKIN, individually and )

on behalf of all those      )

similarly situated,         )

    Plaintiffs,              )

vs.                         ) No. 07-05793 HRL

HEWLETT-PACKARD COMPANY,  ) VOLUME I

a Delaware corporation,     )

    Defendant.               )

--------------------------




    Deposition of HUNT HODGE, taken at

    1000 Louisiana, 40th Floor, Houston,

    Texas, commencing at 9:25 a.m.,

    Thursday, December 10, 2009, before

    Melinda Barre, CSR


PAGES 1 - 226

Page 134

1  years. So whatever that translates into a four-hour
2  vibration cycle that would be a good start." Do you
3  see that?
4      A.   I see that.
5      Q.   Do you agree with this statement that you
6  should expect the chip set to last reliably for four
7  or five years?
8      A.   Yeah.
9      Q.   Was that any kind of a spec that you put
10 into anything?
11     A.   No.
12     Q.   That's just a general viewpoint of what's
13 reasonable to expect?
14     A.   Yeah. I think that's fine.
15     Q.   Okay. I want to go back to Mr. Kong's
16 initial e-mail, in that middle paragraph. And by the
17 way, the copy you're looking at, some portions seem
18 to be highlighted like that middle paragraph of
19 Mr. Kong's.
20     A.   Okay.
21     Q.   That's the way we got it. Is that some
22 highlighting that came out of your files or do you
23 know the cause that something is highlighted?
24     A.   I do not.
25     Q.   Middle paragraph, Mr. Kong's last sentence,

Page 135

1  "And this issue has been a potential epidemic failure
2  in field because Quanta FQA had detected two failures
3  last night." Epidemic failure, is that some term of
4  art or have some specific meaning for you?
5      A.   I don't know what Frank meant when he said
6  that. Is your question do I have a reference for
7  that, or is your question do I know what he meant by
8  this?
9      Q.   My question is: Do you have a reference
10 for it? When you read it, did it mean something to
11 you? Is that a term that's occasionally used?
12     A.   There's language in the ODM contract that
13 relates to an epidemic failure.
14     Q.   That's the contract between you and Quanta?
15     A.   Yes.
16     Q.   And if there's an epidemic failure, that's
17 worse for Quanta?
18     A.   I would say that it's not good for either.
19     Q.   Well, I understand. I understand. But
20 that triggers some penalty or problem for Quanta
21 under the contract?
22     A.   It does.
23     Q.   Okay. Is that some phrase that's unique to
24 that contract or is that a commonly or regularly used
25 phrase in agreements between HP and its ODMs,

Page 136

1  "epidemic failure"?
2      A.   So where possible the language along those
3  lines is standardized.
4      Q.   Okay. So there's some kind of standardized
5  definition, at least hopefully, for --
6      A.   Within the context of the notebook group
7  and in the context of the notebook group with their
8  ODM partners, I think there is a definition in the
9  contract for epidemic.
10     Q.   Let me do this. Let me show you what we're
11 going to mark as Exhibit 21.
12          (Exhibit 21 marked)
13     Q.   (By Mr. Macoretta) I will tell you that as
14 I look at this, I'm not sure why the last page is on
15 here. So why don't we do this. Why don't we make
16 Exhibit 21 the two-page e-mail. Just hand me back
17 the third page. As I look at it right now, I can't
18 tell you why they're on there.
19          So to be clear, Exhibit 21 is a
20 two-page document Bates No. 5800 and 5801. This is
21 an e-mail string. You're cc'd on at least the top
22 e-mail. And this is a discussion internally about
23 epidemic failure.
24          Well, let me -- first of all,
25 everybody on these e-mail lists are all HP employees,

Page 137

1  as far as you can tell?
2      A.   They were at the time.
3      Q.   Okay. It's not like you're having a
4  discussion with Quanta or somebody about this in this
5  e-mail string?
6      A.   That's correct.
7      Q.   And is this the -- to the extent you said
8  epidemic failure was standardized, is this the
9  standard definition of epidemic failure as it's
10 listed here in this e-mail?
11          MR. HENNING: Objection. Foundation.
12 You can answer, Hunt.
13     A.   It's likely.
14     Q.   (By Mr. Macoretta) Okay.
15     A.   As I indicated, I don't administer the
16 contracts.
17     Q.   No. I understand. I understand. When we
18 talk about product failure here, is the product the
19 notebook or some component of the notebook?
20     A.   It's the notebook.
21     Q.   Okay. So if I'm reading this right, if the
22 notebooks -- one series of notebooks has a failure
23 rate greater than 10 percent in any one week period
24 of production or greater than 2 percent in any one
25 month period of production, putting aside those

35  (Pages 134 to 137)

a2507549-1693-4564-ac9d-01707aba7f94

Page 138

1  exclusions, that would constitute an epidemic
2  failure?
3        MR. HENNING: Objection to form. You
4  can answer.
5     Q.  (By Mr. Macoretta) Even though the failure
6  could be for 50 different reasons inside the
7  notebook?
8     A.  No. I believe that the word says "for the
9  same cause."
10    Q.  Okay. I'm sorry. You're right. Fair
11 enough. Was it ever part of your job to figure out
12 or determine if there was an epidemic failure of
13 anything in the Atlantis notebooks?
14    A.  Yeah. In that I'm responsible for root
15 cause, yes, I would determine if it was the same
16 cause; but I don't calculate how many failures. So
17 I'm half of Stuart Chang's organization.
18    Q.  So you would send to Stuart Chang, The root
19 cause is X?
20    A.  Yes.
21    Q.  Then would you tell him, It seems like we
22 have X computers with this root cause; or would that
23 be his job to figure out?
24    A.  That would be his job.
25    Q.  How does he figure that out?

Page 139

1        MR. HENNING: Objection. Foundation.
2  You can answer.
3     Q.  (By Mr. Macoretta) If you know.
4     A.  It depends. I mean, it depends on what
5  kind of problem.
6     Q.  Well, let's stay with Atlantis. PQ1 was a
7  root cause, right, of certain things?
8     A.  Yes.
9     Q.  So if they want to figure out if there's an
10 epidemic failure because of PQ1 -- you say the root
11 cause of these failures is PQ1. How does he figure
12 out how many computers had that?
13       MR. HENNING: Same objection. You can
14 answer the question.
15    A.  I believe what Stuart would do is look at
16 the motherboard ARR rate and work with us looking at
17 the repair data for the motherboard to figure out
18 what portion PQ1 represents. That portion is
19 attributable to -- it goes against the same cause, in
20 this case PQ1.
21    Q.  (By Mr. Macoretta) Okay.
22    A.  And that's basically how he would calculate
23 it.
24    Q.  Okay. Just so I understand our earlier
25 conversation, we had a conversation about three

Page 140

1  different root causes relating to the Northbridge,
2  right?
3     A.  Yes.
4     Q.  And you would view them as three different
5  causes even though it's the same component, right?
6     A.  Yes.
7     Q.  Were you ever involved in any discussions
8  with Quanta or NVIDIA about epidemic failure relating
9  to Atlantis?
10    A.  That's a broad question. I mean, for
11 example, Frank's e-mail, you could say, involved me
12 in that discussion.
13    Q.  Well, I don't know how to make it any less
14 broad. Other than Frank's e-mail, were you ever
15 involved in a discussion where HP was suggesting or
16 trying to establish that an epidemic failure
17 occurred?
18    A.  So I think -- I try not to use that word
19 because it has contractual significance. Whether I
20 did or didn't, I don't remember. There are many
21 times when I am concerned as a part of my job, and I
22 will work with the ODMs and try to convince them that
23 they've got a problem. They may see it differently
24 than I do, and we may start arguing about it.
25    Q.  Did that happen in Atlantis?

Page 141

1     A.  Yeah. I think there were conversations, an
2  e-mail from time to time, Quanta trying to say, It's
3  not bad. We've already fixed it. We say, We're not
4  sure, those kinds of things.
5     Q.  Now, those discussions were with Quanta.
6  Were there also discussions with NVIDIA about this?
7     A.  When?
8     Q.  Relating to Atlantis at any time.
9     A.  Of course, we had conversations with
10 NVIDIA.
11    Q.  Did you have the same epidemic failure
12 language or requirements in your agreements with
13 NVIDIA?
14    A.  I think I answered that.
15    Q.  I don't remember the answer then.
16    A.  I'm sorry. I don't think we had an
17 agreement with NVIDIA along these lines at that time.
18    Q.  Okay. So whether you --
19    A.  But specific to your question, no.
20    Q.  Okay. So there wouldn't be the discussion
21 about whether NVIDIA crossed some epidemic failure
22 threshold for Atlantis because there's no contract
23 that said there was an epidemic threshold with them?
24    A.  Yeah. If there was such, it would have
25 been with NVIDIA.

36 (Pages 138 to 141)

a2507549-1693-4564-ac9d-01707aba7f94

Page 206

1  asking. Then a few bullets down it says "established
2  centralized location for housing of class issue
3  financial data." Do you see that?
4      A.  Uh-huh.
5      Q.  Do you know what that's talking about?
6          MR. HENNING: Same objection.
7  Foundation. You can answer.
8      A.  So what part of that, how much -- establish
9  centralized location. I guess what he's saying is,
10  Hey, let's put --
11      Q.  (By Mr. Macoretta) I'm sorry. That's the
12  easy part. What's class issue financial data?
13          MR. HENNING: Objection. Lack of
14  foundation.
15      A.  So I don't know what he means by "class
16  issue." My view of this is anything that's important
17  that we might be considering under this context for
18  recovery.
19      Q.  (By Mr. Macoretta) Okay. You don't know
20  who drafted these slides, do you?
21      A.  I don't. Inside HP at this time --
22  well ...
23      Q.  Go ahead.
24      A.  Class issue just meant large issue or big
25  issue. So I'm not sure that helps.

Page 207

1      Q.  Well, it's capitalized. That's a term
2  you've used in other contexts at HP, a class issue?
3      A.  No. It's unfortunately thrown around to
4  get people's attention; and it's a practice that
5  we're stopping, yeah. You want to get somebody to
6  allocate resources from their pet project to your pet
7  project. It's a term that's thrown around. Whether
8  that's the situation in this case or not, I don't
9  know.
10      Q.  So the fact that it's capitalized doesn't
11  mean that it refers to something specific?
12      A.  It doesn't help me understand it. That's
13  why I stopped before answering a minute ago.
14      Q.  Okay. If you could go to -- well, it's
15  listed as page 52. It ends in Bates No. 79, that
16  slide that says Financial Recovery Plan, Executive
17  Summary.
18      A.  Okay.
19      Q.  It says Issue and Customer Solution. Under
20  Issue it says, "The current scope of the customer
21  remediation is limited to the subset of units
22  manufactured early in the shipping cycle representing
23  an affected unit count of approximately 200K." Do
24  you know what that's talking about there?
25      A.  I believe -- as far as I can tell, this is

Page 208

1  the 172,000 that we've been talking about in current
2  scope of the customer remediation. I'm not sure what
3  he's referring to or she's referring to in that
4  context.
5      Q.  The customer remediation --
6      A.  Honestly, I'd have to guess.
7      Q.  The program was going to be a customer
8  remediation, wasn't it?
9      A.  And that's a logical conclusion.
10      Q.  Again, it's capitalized.
11      A.  I understand. She's perhaps better.
12      Q.  Let me ask it this way: What we called the
13  program earlier that was launched in April '07, was
14  that referred to at sometime --
15      A.  August.
16      Q.  August of '07. Was that referred to
17  internally as a customer remediation?
18      A.  It seems consistent with it, you know. I'm
19  not sure. Yeah. It seems consistent with it.
20      Q.  Okay. Then under Customer Solution, the
21  second paragraph says, "The APJ program to be
22  declared depending on further return rate
23  assessment." Do you know what the APJ program
24  they're talking about is?
25      A.  Asia Pacific Japan.

Page 209

1      Q.  So you may do a program there depending on
2  how many failures you get there?
3          MR. HENNING: Objection. Foundation.
4  You can answer.
5      Q.  (By Mr. Macoretta) Well, was that your
6  understanding at the time?
7      A.  There are many things to consider, one of
8  which might be the length of warranty in countries --
9  the legal requirement for warranty in countries
10  beyond the United States, it may be different terms.
11  So I'm not really sure what all is implied in that.
12  I think China has a two-year warranty.
13      Q.  Okay. It talks about the program is going
14  to launch in August. Then it says, "Customer
15  notification will occur via registration base. HP
16  update and HP updater." Do you know what they are?
17      A.  Sorry.
18      Q.  I'm on that same page, 79, last line of
19  Customer Solution. My question is: When it says HP
20  update and HP updater, do you know what they are.
21      A.  So we try our best to get software
22  solutions to our customers. The mechanism is similar
23  to what Microsoft uses. So we have an HP update tool
24  and chips that attempts to contact HP. A customer
25  has to say "yes," and then that program can hook up

53 (Pages 206 to 209)

a2507549-1693-4564-ac9d-01707aba7f94