# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NATHAN NYGREN, STEPHEN       )
SHIFFLETTE, and AMY          )
FROMKIN, individually and    )
on behalf of all those       )
similarly situated,          )
    Plaintiffs,              )
                             )
vs.                          ) Case No. 07-05793 HRL
                             )
HEWLETT-PACKARD COMPANY,     )
a Delaware corporation,      )
    Defendant.               )
_____)

    ORAL DEPOSITION OF NORMA NUSSBAUMER, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 9th day of December, 2009, from 10:05 a.m. to 5:30 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Morgan Lewis, 1000 Louisiana, 40th Floor, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Pages 1 - 233

| Page 214 | Page 216 |
|---|---|
| 1   A. And we found -- because things can fail for<br>2   a variety of reasons.<br>3   Q. Yep.<br>4   A. Some people that worked for. Some people<br>5   it didn't. So if it didn't, then they would contact<br>6   HP.<br>7   Q. And if they contacted HP, you'd swap their<br>8   motherboard -- you'd swap their system board?<br>9   A. Not necessarily. This is oversimplified.<br>10  When it got to the service facility, they would<br>11  assess the damage. It could, for example, be a<br>12  wireless card.<br>13  Q. So if they updated the BIOS and contacted<br>14  HP and says, It's still not working, your people<br>15  would at least say, Send it in?<br>16  A. We would.<br>17  Q. Okay. Whether they were in warranty or out<br>18  of warranty?<br>19  A. We would. When I say that, let me quantify<br>20  that. If we had out-of-warranty customers that were<br>21  not covered by the program and were not experiencing<br>22  a symptom covered by the program, then we would not<br>23  have them send in -- we would not provide a free<br>24  repair in that case.<br>25  Q. Okay. | 1   still not be covered for whatever the problem is that<br>2   you're dealing with in your program under my extended<br>3   warranty?<br>4   A. I don't know. I don't know what's covered<br>5   under the extended warranty.<br>6   Q. Are there more than one set of extended<br>7   warranties? Not in terms of time length but in terms<br>8   of what's covered and what's not?<br>9   A. I believe there are different types of<br>10  extended warranties, that it could fluctuate.<br>11  Q. So when we talked earlier about in warranty<br>12  or out of warranty, are we talking about just the<br>13  standard warranty or are we including the extended<br>14  warranty folks in that?<br>15  A. We are only referring to the original<br>16  standard limited warranty.<br>17  Q. Is there anybody at HP who tracks how many<br>18  of these Atlantis program computers are fixed under<br>19  the extended warranties?<br>20  A. I don't know the answer to that. I don't<br>21  know if there's separate tracking.<br>22  Q. For computers that you fix under the<br>23  program, are you aware -- do you know if -- and when<br>24  we talk about the fix, the primary fix we're talking<br>25  about here is the swap of system boards, right? |
| **Page 215** | **Page 217** |
| 1   A. At this particular point in time that<br>2   shouldn't -- that would not be the case here.<br>3   Q. The various BIOS updates we're talking<br>4   about here for Atlantis, were they developed by HP or<br>5   by someone else, meaning the manufacturer or some<br>6   subcontractor of the manufacturer?<br>7   A. I don't know the answer to that. I don't<br>8   know for sure.<br>9   Q. Okay.<br>10  A. I don't know for sure.<br>11  Q. By the way, I should also ask you. If I<br>12  have an extended warranty on my Atlantis computer,<br>13  this program doesn't matter to me because I'm going<br>14  to get it covered under the extended warranty, right,<br>15  if I have any problems?<br>16        MR. HENNING: Objection. Foundation.<br>17  You can answer.<br>18  A. I'm not sure what's covered under the<br>19  extended warranty if a customer has an extended<br>20  warranty.<br>21  Q. (By Mr. Macoretta) So you don't know the<br>22  terms of the extended warranties?<br>23  A. I don't.<br>24  Q. So it's possible that at least for your<br>25  November update I could have an extended warranty and | 1         MR. HENNING: Objection. Foundation.<br>2   You can answer.<br>3   A. Again, that depends what we find when we're<br>4   diagnosing.<br>5   Q. (By Mr. Macoretta) All right. That's fine.<br>6   Of the 240,000 system boards that you've swapped, do<br>7   you know if that swap of the system board in any way<br>8   impacts the computer's capabilities? Meaning by<br>9   putting in that new system board, does the computer<br>10  somehow have different capabilities than it had<br>11  before?<br>12  A. If I understand your question correctly, I<br>13  don't believe it would change the capabilities of the<br>14  system.<br>15  Q. No. The way the system actually works.<br>16  Maybe "capabilities" is the wrong word.<br>17        When I send my computer in and you<br>18  swap the system board and it comes back to me, should<br>19  my computer act any differently than it did before,<br>20  aside from not having the problem?<br>21  A. No. That's what I'm thinking, that your<br>22  computer now works. You sent it in because it had a<br>23  problem, and now it doesn't have the problem anymore.<br>24  Q. Fair enough. But I'm asking you does it<br>25  have a slower speed as a result of this or anything |