# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

NATHAN NYGREN, STEPHEN
SHIFFLETTE and AMY
FROMKIN, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

  v.            Case No. 07-05793 (JW)

HEWLETT-PACKARD COMPANY,

    Defendants.

VIDEO DEPOSITION OF

STEPHEN G. SHIFFLETTE

9:00 a.m. - 3:15 p.m.

January 5, 2010

Richmond, Virginia

Job #108698

REPORTED BY: Joseph C. Spontarelli, CCR

Stephen G. Shifflette                                January 5, 2010

Page 6

1  themselves and state whom they represent?
2         MR. EDELSON: Marc Edelson on behalf of
3  Mr. Shifflette.
4         MR. HENNING: Kris Henning for the
5  defendant Hewlett-Packard.
6         THE VIDEOGRAPHER: The court reporter
7  today is Joseph Spontarelli of Esquire.
8         Would the court reporter please swear
9  in the witness?
10
11        STEPHEN G. SHIFFLETTE,
12 was sworn or affirmed and testified as follows:
13
14 BY MR. HENNING:
15    Q   Mr. Shifflette, good morning. We met a
16 few minutes ago off the record. Let me introduce
17 myself again on the record.
18        My name is Kris Henning. I'm from the
19 law firm Morgan, Lewis & Bockius. We represent
20 Hewlett-Packard in the lawsuit you and others have
21 brought.
22        You understand you're here for your

Page 7

1  deposition today?
2     A   Yes.
3     Q   I understand you're represented by
4  Mr. Edelson for purposes of today's deposition, is
5  that right?
6     A   Yes.
7     Q   Could you state and spell your full
8  name for the record, please?
9     A   Stephen S-t-e-p-h-e-n Granville
10 G-r-a-n-v-i-l-l-e Shifflette S-h-i-f-f-l-e-t-t-e.
11    Q   What's your current address?
12    A   ████████████████████
13 ████
14    Q   How long have you been at that address?
15    A   Almost 20 years.
16    Q   Do you have a business address?
17    A   No. It's the same.
18    Q   Mr. Shifflette, let me give you a
19 couple guidelines or ground rules for today; some
20 of what you probably already heard from
21 Mr. Edelson.
22        First of all as you can see we have a

Page 8

1  videographer and a court reporter taking
2  everything down that happens today so many of
3  these instructions and guidelines are going to be
4  for their benefit.
5         You have to answer my questions out
6  loud as opposed to a nod of the head or a shake of
7  the head for the court reporter.
8         Likewise, if you wait until I finish a
9  question until you begin to answer everything will
10 be much clearer at the end of the day today. I
11 likewise will let you answer a question before I
12 start to ask another one.
13        If you don't understand one of my
14 questions please say so and I'll try and rephrase
15 it in any way I can to make it more understandable
16 to you.
17    A   Okay.
18    Q   If during the course of the day you
19 remember something to add to or supplement a prior
20 answer you gave just say so and let me know.
21        It's not a marathon. I don't expect
22 that we're going to go forever today. Whenever

Page 9

1  you need a break just say so and I'll accommodate
2  you.
3         You understand that you're testifying
4  under oath today?
5     A   Yes.
6     Q   That oath has the same effect here as
7  it would testifying in front of a court or a jury.
8     A   Sure.
9     Q   Mr. Shifflette, have you taken any
10 medication that you have come to believe that
11 would affect your ability to testify truthfully
12 here today?
13    A   No.
14    Q   Is there any reason you're aware of you
15 couldn't testify truthfully here today?
16    A   No.
17    Q   What's your date of birth, Mr.
18 Shifflette?
19    A   ████████████
20    Q   Are you married?
21    A   Divorced?
22    Q   How many times have you been married?

Stephen G. Shifflette                                    January 5, 2010

Page 62

1   A   No.
2   Q   Did you do any investigation into
3   Mr. Edelson or his colleagues' experience?
4   A   No.
5   Q   Mr. Shifflette, I want to talk now if
6   we can about your purchase of the H-P computer
7   that's the basis of your lawsuit.
8   A   Okay.
9   Q   When did you buy it?
10  A   I think it was in October of 2006, I
11  think, after the Compaq crashed.
12  Q   October 2006?
13  A   Yeah.
14  Q   Does October 15, 2006 sound about
15  right?
16  A   Yes. Whatever is on the receipt that
17  you have.
18  Q   Speaking of your receipt, have you done
19  a search Mr. Shifflette for any documents you have
20  about your computer?
21  A   The things that came with it?
22  Q   Any documents regarding your computer

Page 63

1   or the allegations in your lawsuit about the
2   computer.
3   A   Well, all those things came up when I
4   was looking to repair the Wi-Fi.
5   Q   My question is: At any point have you
6   done a search for any documents you have about
7   your computer or about the allegations in your
8   lawsuit?
9   A   You have all the documents I have.
10  Q   So you've done a search like that?
11  A   Yeah. I'm not sure I understand what
12  you're talking about.
13  Q   My question is: Did you look for any
14  documents that have anything to do with your
15  computer or the allegations in your lawsuit?
16  A   The receipts when I bought the
17  computer.
18  Q   You've given some documents to
19  Mr. Edelson about your computer and your receipt.
20  A   Yeah.
21  Q   Anything else you can remember?
22  A   Receipts for the Wi-Fi external

Page 64

1   hardware I had to get.
2   Q   How did you find those documents? How
3   did you get them?
4   A   I keep my receipts.
5   Q   You searched your receipts for those
6   two receipts?
7   A   Yes.
8   Q   Did you search your records for any
9   other documents regarding your computer or the
10  allegations in your lawsuit?
11  A   There wouldn't be any -- I keep
12  receipts. There's no other documents I'm aware
13  of.
14  Q   Did you look for any other documents
15  anywhere?
16  A   I looked for the manuals and stuff that
17  came with it. I don't know that I found them. I
18  don't think I did. I didn't keep the box.
19  Q   Any documents you found about your
20  computer in the lawsuit you gave to Mr. Edelson,
21  right?
22  A   Yes.

Page 65

1   Q   Do I understand that the only documents
2   you found were the receipt for the computer and
3   your external wireless device?
4   A   That's what I recall.
5   Q   You say you intend to keep all your
6   receipts.
7   A   If they're tax deductible or a big
8   expense I've got to keep in case I have to prove I
9   bought something I'll keep them. If it's me
10  having lunch today somewhere I'm not going to keep
11  that receipt.
12  Q   Why did you keep the computer and
13  external device receipts.
14  A   The computer is a big ticket item and
15  I'll keep the receipt for that. The other is a
16  peripheral that I was going to ask about deducting
17  that from my taxes which I can't remember if she
18  let me do that or not.
19  Q   If you did that in which year's tax
20  return would you have done that?
21  A   2007.
22  Q   As of October 15, 2006 Mr. Shifflette,

17 (Pages 62 to 65)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                        January 5, 2010

Page 74

1  memory. Probably the same thing everybody looks
2  for today.
3      Q    Did you compare the H-P desktop to any
4  other models?
5      A    If they were at Costco I did.
6      Q    I realize this is ten years or so ago.
7  Do you remember any specific models you compared
8  it to?
9      A    No. I wasn't doing the savey computer
10 shopping. I would look at features they had at
11 Costco and the one that seemed like it had the
12 most features for the best price is what I would
13 buy.
14     Q    I take it you didn't look anywhere
15 other than Costco.
16     A    No.
17     Q    Are you currently a member of Costco?
18     A    Yes.
19     Q    For how long have you been a member
20 there?
21     A    (No audible response.)
22     Q    Your best estimate is fine.

Page 75

1      A    Over ten years. A long time.
2      Q    That takes us to the Compaq Presario
3  notebook.
4      A    Yes.
5      Q    Can you remember when you bought that?
6  Was it 2001 or so you might say?
7      A    Yeah, I think that's when I bought it.
8  I do not believe I had any other laptop. I think
9  that's the one I got at Costco also when I was
10 getting ready to go to New York to work on
11 Beautiful Mind.
12     Q    It sounds like there was a specific
13 reason you were looking for a laptop at the time.
14     A    Yeah, because I was going to be staying
15 in a motel room and I needed the portability. It
16 was still dial-up.
17     Q    You said you were going to go where?
18     A    New York. I actually stayed in New
19 Jersey to be specific.
20     Q    Do you remember how much you paid for
21 it?
22     A    I think that was close to $2,000. It

Page 76

1  seemed like it was right up there. Maybe it was
2  1700.
3      Q    We're talking 2001. I assume this
4  didn't have any wireless capability.
5      A    Huh-uh.
6      Q    So the H-P notebook that you bought
7  that's the subject of the lawsuit, is that the
8  first laptop notebook you ever bought that had
9  wireless capability?
10     A    Yes.
11          The Toshiba you could put a card in it
12 but there was nothing internal. It also had the
13 ethernet DSL for the plug-in. It had those two
14 features. If you wanted to do wireless you had to
15 put the card in it and have a router close by and
16 plug it in.
17     Q    Did you ever do that for the Toshiba,
18 use the card?
19     A    Yeah.
20     Q    How often did you do that?
21     A    Not very. I wasn't often in places
22 that offered it.

Page 77

1      Q    You didn't have the ability to do it in
2  your home?
3      A    Huh-uh.
4      Q    How long did you use the Toshiba
5  laptop? I may have my dates wrong. I have you
6  bought it around 2000 but then you also may have
7  said you stopped using it ten years ago.
8      A    The Toshiba?
9      Q    Yes.
10     A    It was 1990. Sorry.
11     Q    If my math is right did you use that
12 one for about ten years?
13     A    Yeah.
14     Q    In the times that you did use the card,
15 the wireless card, on the Toshiba laptop did you
16 have any problems with that?
17     A    Not while I was using it. I used it
18 when I was in places that offered that sort of
19 thing and it worked fine. I don't know what
20 happened to it -- taking it out after a long
21 period it didn't work anymore.
22     Q    Did you ever go to Toshiba and --

20 (Pages 74 to 77)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                    January 5, 2010

| Page 82 | Page 84 |
|---|---|
| 1  A    I pulled it out and set it on a desk | 1  one. The desktop came from Costco. The Compaq |
| 2  and it stayed there until I got this Sony computer | 2  came from Costco. This H-P came from CompUSA |
| 3  which was about a week maybe. I didn't use it | 3  which is no longer in business. |
| 4  very long. | 4      Q    Am I right you bought the Pavilion -- |
| 5      Q    Until you got the Sony computer or | 5  if it's okay with you I'm just going to call it |
| 6  until you got the H-P computer? | 6  the H-P Pavilion. |
| 7      A    You're confusing me now. | 7      A    Call it desktop. |
| 8      Q    I'm talking about the Compaq Presario | 8      Q    I'm talking about the notebook that's |
| 9  notebook. Tell me if I'm wrong -- I understand | 9  part of the lawsuit. If I just call it the H-P |
| 10 the sequence to be that experience is a hard drive | 10 Pavilion you understand I'm talking about the |
| 11 crash in October of '06. | 11 computer that's the basis of your lawsuit? |
| 12     A    Yeah. | 12     A    Right. That's fine. |
| 13     Q    It's that crash that prompted you to | 13     Q    You bought that at CompUSA? You bought |
| 14 buy the H-P Pavilion notebook that's the basis of | 14 the H-P Pavilion at CompUSA? |
| 15 the case, is that right? | 15     A    Yeah. |
| 16     A    Uh-huh. | 16     Q    That was at a physical location, right? |
| 17     Q    At some point you had problems with the | 17     A    Yeah. That was on Broad Street down |
| 18 H-P so you bring that one out and used it to get | 18 the street from Costco. |
| 19 by. Do you remember how many times you brought | 19     Q    Here in Richmond? |
| 20 that one out? How long was the window until you | 20     A    Yeah. |
| 21 brought it out until you got the Sony if you can | 21     Q    Am I right it was the crash of the |
| 22 remember? | 22 Compaq Presario that led you to want to get |
| Page 83 | Page 85 |
| 1      A    I brought it upstairs from where it was | 1  another one? |
| 2  downstairs. I don't know, a week or two that I | 2      A    Uh-huh. |
| 3  used it. | 3      Q    Any other reason you were out looking |
| 4      Q    For Internet access when you brought it | 4  for a new laptop? |
| 5  out again that was back to dial-up. | 5      A    No. |
| 6      A    Back to dial-up. | 6      Q    How did you come to choose the H-P |
| 7      Q    Who was your Internet provider? | 7  Pavilion? |
| 8      A    MSN. | 8      A    They had a number of options, of |
| 9      Q    How long has MSN been your Internet | 9  course, at CompUSA that surpassed Costco. I |
| 10 provider? | 10 thought maybe it might be a more newer model than |
| 11     A    For at least eight years and possibly | 11 what I could get at Costco but I wasn't sure. The |
| 12 longer. It was another Costco deal. | 12 prices were similar. |
| 13     Q    We're going back to approximately 2001, | 13         The kid that was showing me the |
| 14 2002? | 14 computer explained that it was wireless. That was |
| 15     A    I had GTE first and then I found a deal | 15 my main idea why to buy the computer. It had a |
| 16 with Costco for MSN. You buy it for three months | 16 great big screen on it. It had a bigger hard |
| 17 and it works out to $11 and something a month for | 17 drive, faster, more memory; all these things that |
| 18 the dial-up. I just went with that. | 18 were superior to the Compaq I had and, of course, |
| 19     Q    The H-P Pavilion we're talking about in | 19 it was cheaper by a few hundred dollars like |
| 20 the lawsuit, was that also a Costco purchase? | 20 they've gotten. |
| 21     A    Yeah. | 21     Q    You mentioned wireless capability as |
| 22         The Toshiba came from Sears, the first | 22 one criteria you were using to find a new |

Stephen G. Shifflette                                January 5, 2010

Page 106

1   Q   When you were in CompUSA do you
2   remember if there were any cards, little cards, in
3   front of the computers describing their
4   characteristics in any way?
5   A   Whatever they had to show the basics in
6   the price. Whatever they put up themselves.
7   Q   Do you remember what that said about
8   your H-P Pavilion?
9   A   No. Basically what I told you is what
10  it was supposed to be.
11  Q   What I'm getting at is how did you
12  learn that this H-P Pavilion had the hard drive
13  size you wanted?
14  A   Of course they had a card with the
15  specifications on it. All stores have those that
16  I've been to. I compared them with my notes.
17  Q   Did you look at any other materials
18  while you were in CompUSA?
19  A   I didn't see any other materials.
20  Q   Do you remember what that card said
21  about your H-P Pavilion?
22  A   Whatever the specifications were were

Page 107

1   on the card. I'm not going to remember what it
2   said.
3   Q   Mr. Shifflette, when you bought the H-P
4   Pavilion did you have any expectation of how long
5   you would be able to use it?
6   A   The last computer I think I had six
7   years or so. I wanted to use it for several
8   years; five, six years, whatever. That's a lot of
9   money to put out for one year or two years.
10  Q   My question is: Did you have an
11  expectation at the time you bought as to how long
12  you would be able to use it?
13  A   Based on the other computers I had I
14  used them for years.
15  Q   You're talking about the Compaq
16  Presario, the Toshiba and H-P desktop?
17  A   Uh-huh.
18  Q   Your expectation was five or six years,
19  is that right?
20  A   At least.
21  Q   Other than your experience with your
22  prior computers is there anything else that is the

Page 108

1   basis for your expectation at the time?
2   A   Just experience.
3   Q   Did you have any expectation about how
4   long you would be able to use each of the
5   capabilities of your H-P Pavilion at the time?
6   A   I thought they would last as long as
7   the computer itself.
8   Q   What's the basis for that?
9   A   What I hoped -- I don't want to say
10  wishful thinking -- I was hoping if I invest this
11  amount of money in a computer that it's going to
12  give me a good several years of service. That's
13  what you hope for and that's what I came to expect
14  based on other computers.
15  Q   More specifically did you have an
16  expectation as to how long the wireless capability
17  function in your H-P Pavilion would operate?
18  A   I expected it to last like everything
19  else. I had no experience prior to base it on. I
20  didn't know that there were any problems with it.
21  Q   Why did you expect the wireless
22  capability to last five or six years.

Page 109

1   A   Because I just thought it would. I
2   don't have any document to say otherwise. If you
3   pay that much you expect something to last.
4   Q   So price is one factor that led you to
5   believe five or six years, is that right?
6   A   Yes.
7   Q   Any other factors you can recall?
8   A   I've had, like I said, my desktop with
9   pretty good reliability -- minor things -- overall
10  good experience. Nothing went to hell with it.
11  That's what I thought would happen with this.
12  Q   None of the prior computers had
13  wireless capability, is that right?
14  A   No.
15  Q   Whatever expectation, if any, you had
16  about how long the wireless capability would last
17  in your H-P Pavilion was that based on any
18  information you received from H-P?
19  A   No, unless they have a two-year limit
20  on it or a year limit on it. I don't know.
21  Q   Did anyone from H-P ever tell you that
22  the wireless capability would last for five or six

28 (Pages 106 to 109)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                January 5, 2010

Page 110

1  years?
2  A    I never asked anyone from H-P.
3  Q    So no one ever told you that?
4  A    No.
5  Q    Did you ever see any written materials
6  from H-P telling you that the wireless capability
7  would last for five or six years?
8  A    No.
9  Q    How about from any third party not from
10 H-P? Did you ever see any information from
11 anybody saying the wireless capability would last
12 for five or six years?
13 A    No.
14 Q    Do you remember what your H-P Pavilion
15 notebook came with in the box, Mr. Shifflette?
16 A    Just instruction manuals, CDs.
17 Q    Anything else you can remember?
18 A    No.
19 Q    Do you recall whether it came with a
20 warranty?
21 A    I believe it came with a warranty.
22 Q    Do you recall reading over the warranty

Page 111

1  that came with your computer?
2  A    No.
3  Q    As you sit here today have you ever
4  read that warranty?
5  A    No. I think it was for a year. I
6  didn't read the entire thing.
7  Q    How did you conclude it was for a year?
8  A    I don't know for sure. I'm just
9  speculating. I had to send the computer back for
10 its first repair and it was within the warranty
11 period so I didn't have to pay anything for it.
12 Q    Instruction manual, CDs, warranty --
13 anything else you can recall coming with the
14 computer in the box?
15 A    No.
16 Q    Do you know if you still have the
17 written warranty that came with your computer?
18 A    I doubt it.
19 Q    How about any of the other materials
20 that came with the computer; do you know whether
21 you have any of that?
22 A    I looked for them. I can't find

Page 112

1  anything.
2  Q    You say you have looked for that?
3  A    Yeah.
4  Q    Would it have been your practice in
5  October of '06 to keep that stuff?
6  A    Yes.
7  Q    Do you recall getting rid of it? Do
8  you specifically recall getting rid of that stuff?
9  A    No. My house is under a state of
10 construction so things get moved around and things
11 get lost or thrown out.
12 Q    Did you read everything that came with
13 the computer in the box?
14 A    Enough to operate the computer.
15 Q    Do you remember which of the documents
16 that came in the box that you took a look through?
17 A    The owner's manual.
18 Q    Anything else?
19 A    Anything that was in there that I
20 needed to know about I went over and learned what
21 to do.
22 Q    You leave CompUSA with the computer.

Page 113

1  What happens next as it pertains to the computer?
2  A    It goes into service down in Staunton.
3  Q    You went right to Staunton?
4  A    Yeah.
5       I had a hard drive back-up and I put
6  things back on the hard drive from the other
7  computer so I started using it immediately.
8  Q    We talked a little bit earlier about
9  your son may or may not have used it to prepare a
10 report. Putting that possibility aside anybody
11 other than yourself ever use the H-P Pavilion
12 notebook?
13 A    No.
14 Q    Did you say that you had the hard drive
15 from the Compaq Presario backed up and you put it
16 into the H-P Pavilion?
17 A    I had my documents. I didn't need to
18 put everything back because it came with software.
19 Q    Was it just the documents you took from
20 the Compaq Presario and put it on the H-P
21 Pavilion?
22 A    I believe so.

29 (Pages 110 to 113)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                     January 5, 2010

Page 118

1  initialization process and the start-up process.
2  A    Uh-huh.
3  Q    Was anybody with you when you were
4  doing any of this stuff?
5  A    No.
6  Q    Did you follow H-P's instructions for
7  setting up the computer?
8  A    Yes.
9  Q    Did you do that in Staunton?
10 A    I think so.
11 Q    I assume you were able at some point to
12 access the Internet wirelessly with your machine.
13 A    Yes.
14 Q    Was the first time you did that in
15 Staunton?
16 A    It probably was. It would have to be.
17 I don't have it at home.
18 Q    Did you ever install any drivers on the
19 notebook?
20 A    Possibly.
21 Q    Can you remember which ones, if any?
22 A    I'm sorry, but there's programs and

Page 119

1  things now that new computers have on and things
2  run together. If I had the thing in front of me I
3  could show you.
4  Q    All I'm trying to do Mr. Shifflette --
5  I appreciate you have a lot of stuff going on -- I
6  just want to find out what you remember. If you
7  don't remember you don't remember and you can tell
8  me so.
9  A    Okay.
10 Q    Was the notebook ever put onto a
11 network?
12 A    With other users?
13 Q    Yeah.
14 A    That I would share with?
15 Q    Yeah.
16 A    No.
17 Q    Can you walk me through,
18 Mr. Shifflette, what you did on the machine the
19 first time you wanted access to the Internet
20 wirelessly?
21 A    There's a switch you have to slide to
22 the Wi-Fi capabilities.

Page 120

1  Q    Was that over on the left side of the
2  machine?
3  A    On the left side of the machine.
4       Then you have to search for the Wi-Fi
5  hot spots in your area and then you find -- like
6  the motel I was staying at they had their own so
7  you locate that and there you are.
8  Q    What did you do on the machine to
9  search for available wireless networks?
10 A    I think there was an icon down on the
11 toolbar that you double click on. You can also go
12 to My Computer and go to connections and do it
13 that way.
14 Q    Is that how you connected to the
15 Internet with your notebook?
16 A    Yeah.
17 Q    How often would you first of all use
18 your computer, daily, weekly?
19 A    I would use it daily.
20 Q    How much or how often on average if you
21 can estimate?
22 A    Doing a job like that a couple hours a

Page 121

1  day -- two to three.
2  Q    What were you using it for?
3  A    In the morning to read news, read
4  e-mails. About the same thing in the evening.
5  Q    Did you ever use the H-P Pavilion as
6  part of your set work?
7  A    The Compaq I did because I had to
8  produce those reports. On this one I didn't have
9  to really do anything. If I wanted to e-mail
10 somebody something with business or take a picture
11 of a set. I didn't have a lot of documents
12 related to work.
13 Q    It sounds like you didn't have to use
14 this one at all for work purposes.
15 A    It's not like what you guys would do.
16 Q    At the time you bought the computer at
17 CompUSA did you have a wireless router at your
18 house?
19 A    I don't have any wireless access except
20 now with Verizon the little thing you plug in and
21 I have an antenna on mine to make it work.
22 Q    At the time you bought the H-P Pavilion

31 (Pages 118 to 121)

Stephen G. Shifflette											January 5, 2010

| Page 122 | Page 124 |
|---|---|
| 1  did you expect that you would be able to access<br>2  the Internet wirelessly in your house?<br>3  A    No. No way.<br>4  Q    It was purely a travel thing when you<br>5  were out to access the Internet.<br>6  A    Yeah.<br>7  Q    I think you said now you do have a<br>8  wireless network in your house.<br>9  A    Yeah. I got that a couple weeks ago,<br>10 maybe a month ago, maybe six weeks.<br>11 Q    Approximately six weeks or so ago is<br>12 the first time you had a wireless network<br>13 capability at your house?<br>14 A    Uh-huh.<br>15 Q    Did you use the H-P Pavilion notebook<br>16 to access the Internet at your house through some<br>17 other means?<br>18 A    Dial-up.<br>19 Q    Did you use the Internet that way?<br>20 A    My chief method is dial-up.<br>21 Q    Is it a DSL connection?<br>22 A    Regular dial-up. | 1  A    When I was out-of-town on Body of Lies<br>2  the on/off switch quit working, the microphone and<br>3  the speaker quit working and that's when I had to<br>4  send it back with the warranty to CompUSA.<br>5  Q    Did you buy an extended warranty when<br>6  you bought the computer?<br>7  A    No.<br>8  Q    When was it that you believe the on/off<br>9  switch and the microphone weren't working?<br>10 A    It would have been late September<br>11 maybe. Sometime in that area of 2007. It was<br>12 right towards the end of Body of Lies.<br>13 Q    Where were you working on that movie?<br>14 A    We were in Maryland and D.C. I was<br>15 staying in Maryland.<br>16 Q    Was this the first problem you ever<br>17 experienced with the H-P Pavilion?<br>18 A    Yes.<br>19 Q    Can you tell me more specifically what<br>20 you mean by the on/off button wasn't working? It<br>21 just wouldn't turn on?<br>22 A    It wouldn't do anything. It was |
| Page 123 | Page 125 |
| 1  Q    That's MSN, right?<br>2  A    Yeah.<br>3       You can get satellite but it's very<br>4  expensive and people say it's not that much<br>5  better.<br>6  Q    Were you ever able to access from your<br>7  house otherwise networks around you?<br>8  A    I live way out in the country. There's<br>9  nothing.<br>10 Q    During the course of the use of the H-P<br>11 Pavilion did anybody other than yourself ever<br>12 connect to the Internet as far as you know?<br>13 A    Not that I know of.<br>14 Q    At some point did you experience<br>15 difficulty accessing the Internet with the H-P<br>16 Pavilion?<br>17 A    Yes.<br>18 Q    Do you recall when you first<br>19 experienced any such difficulty?<br>20 A    That was around December of 2007. It<br>21 had just come back from repair.<br>22 Q    What repair had it just come back from? | 1  broken. The microphone was broken and the<br>2  speakers were broken. They told me the wires<br>3  broke.<br>4  Q    Did you call CompUSA or H-P about that?<br>5  A    I think I took it back to CompUSA<br>6  because it was still under warranty and they had a<br>7  department there that would take care of it and<br>8  send it off.<br>9  Q    So you think you took it into CompUSA.<br>10 A    I know I took it into them. It was<br>11 broken. That's where I bought it and that's where<br>12 I took it back.<br>13 Q    Did you call H-P about the on/off<br>14 switch or microphone problem?<br>15 A    I may have. I don't remember. In any<br>16 event they would have told me to take it back to<br>17 CompUSA and send it in.<br>18 Q    You take it back to CompUSA. How long<br>19 until you get it back?<br>20 A    Two, three weeks.<br>21 Q    Sometime in October of '07?<br>22 A    Yes. I don't know specifically. It |

32 (Pages 122 to 125)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                      January 5, 2010

Page 126

1  was two to three weeks.
2      Q    Was the on/off switch and the
3  microphone working when you got it?
4      A    Yes.
5      Q    You were happy with that process.
6      A    Sure. It was kind of a trial because I
7  had to download everything off my hard drive and
8  scrub it. Putting it back that time was a big
9  pain.
10     Q    Why do you say you had to do that?
11     A    I had to send it off to people that I
12 don't know. I'm not going to leave my bank
13 information on there or anything. You've got to
14 take care of that.
15     Q    Any other reason?
16     A    It's all my personal stuff, banks,
17 credit cards.
18     Q    Now, you get the computer back. At
19 some point do you experience any additional
20 problems with the computer?
21     A    Yes.
22     Q    What is the next problem?

Page 127

1      A    The next problem happened when the
2  Wi-Fi quit working.
3      Q    When did you first have trouble with
4  the Wi-Fi?
5      A    Shortly after I got the computer back.
6  There's a little settlement near my house that has
7  Wi-Fi. It just suddenly stopped working.
8      Q    Can you estimate any more specifically
9  how long it was after you got the computer back
10 when you first had a Wi-Fi problem?
11     A    Since I don't have Wi-Fi at home it was
12 only when I went to this place that I could get on
13 a network and that was every few days. I would
14 say it was shortly after. I can't be more
15 specific.
16     Q    What's the place where you could get
17 on-line?
18     A    It's called Java Jodie's in Goochland,
19 Virginia.
20     Q    J-o-d-i-e-'-s?
21     A    Yeah.
22     Q    Where did you say?

Page 128

1      A    Goochland Courthouse technically is the
2  town. It's a little settlement.
3      Q    How far away is that from here in
4  Richmond?
5      A    From this place here or just from
6  Richmond? From Richmond it's about 35 miles.
7      Q    Take a look at Exhibit 30 again. The
8  receipt shows you buying the computer in Glen
9  Allen, Virginia.
10     A    Yeah.
11     Q    Where is that in comparison to where
12 you live?
13     A    Glen Allen is about 20 miles away from
14 where I live, maybe a little more.
15     Q    Is that the closest Costco and CompUSA?
16     A    Uh-huh.
17     Q    When you were at home how frequently
18 would you go to Java Jodie's to get on-line?
19     A    A couple of times a week maybe.
20     Q    Was that free Wi-Fi like you see in
21 many coffee house places?
22     A    Yeah.

Page 129

1      Q    You said a couple times a week.
2      A    Yeah. It wasn't very often. It wasn't
3  every day by any means.
4      Q    Do you know the Internet provider that
5  Java Jodie's used?
6      A    No.
7      Q    Had you accessed the Internet
8  wirelessly with your H-P Pavilion at Java Jodie's
9  before you sent it in for the on/off
10 switch/microphone/speaker repair?
11     A    I can't say for sure. Possibly.
12     Q    Were you ever able to successfully
13 access the Internet wirelessly at Java Jodie's
14 with your H-P Pavilion?
15     A    Yes.
16     Q    Was that the case after you got it
17 back?
18     A    For a little while.
19     Q    The sequence is you get it back for
20 some period of time and it works okay at Java
21 Jodie's --
22     A    And then it stops.

33 (Pages 126 to 129)

Stephen G. Shifflette                                   January 5, 2010

Page 134

1 the Device Manager and if so what you saw.
2   A    Initially I looked at it but I couldn't
3 get anything constructive from it. I can't
4 remember specifically but nothing that told me
5 this is wrong or that's wrong. The thing wasn't
6 working.
7   Q    You said you started to talk to other
8 purchasers, is that right?
9   A    Other customers.
10  Q    How did you do that?
11  A    They were having coffee in there and
12 were on their computers.
13  Q    You mean other customers at Java
14 Jodie's?
15  A    Yes.
16  Q    You're talking now the first time you
17 experienced the problem.
18  A    Uh-huh.
19  Q    Tell me about those conversations.
20  A    I asked them if they were able to get
21 out on the Wi-Fi and they said they were.
22  Q    How many people were you talking to?

Page 135

1   A    Two or three people. Jodie that owns
2 the place, she checked to make sure everything was
3 running.
4   Q    And she said it was?
5   A    Yeah.
6   Q    Any chance you remember the names of
7 the two or three people you talked to?
8   A    No.
9   Q    Do you know what brand computers they
10 were using?
11  A    No.
12  Q    Do you remember whether they were using
13 H-P computers?
14  A    No.
15  Q    What did you do next?
16  A    I think that's when I went to
17 RadioShack and got this. It was either that or
18 one of the next trips. I can't remember if I gave
19 up. I may have given up and gone home to go on
20 the dial-up and see if I could get information.
21  Q    Do you remember what you did on the
22 first day when you experienced this problem?

Page 136

1   A    No, it's been so long ago. I know that
2 I did search the Internet at that point and I had
3 dial-up at home and that worked so I started
4 trying to figure out what was wrong.
5   Q    The first time you experienced the
6 problem you talked to the folks at Java Jodie's
7 and either then go to RadioShack or first go home
8 and get on the dial-up and see if you can figure
9 out what's going on.
10  A    Yeah, something to that effect.
11  Q    Can you look at Exhibit 30 again,
12 Mr. Shifflette?
13  A    Uh-huh.
14  Q    It looks like this is a copy of two
15 receipts, is that right?
16  A    One is a credit card ticket and the
17 other one is a printout receipt.
18  Q    Are these two things for the same
19 purchase?
20  A    Yeah.
21  Q    Is this the receipt for the purchase of
22 an external wireless device?

Page 137

1   A    Yes.
2   Q    If you look on the left the credit card
3 version shows a date of December 17, 2007. Do you
4 see that?
5   A    Yes.
6   Q    Do you think that's when you bought it?
7   A    Yes.
8   Q    Does that help you figure out when you
9 first experienced the problem at Java Jodie's that
10 you first went back to your house on dial-up to
11 see if you could figure out what happened?
12  A    It doesn't tell me anything, sorry. It
13 tells me I bought the thing.
14  Q    Did you call CompUSA about this
15 wireless problem before you went and bought an
16 external device?
17  A    I probably did. To tell you the truth
18 I can't remember.
19  Q    Did you call H-P before you bought the
20 external device?
21  A    I may have. I can't remember.
22       MR. HENNING: We're coming down to the

Stephen G. Shifflette                                      January 5, 2010

Page 138

1   end. Why don't we break now and grab a quick
2   lunch and come back and finish.
3       THE VIDEOGRAPHER: This marks the end
4   of tape number three in the deposition of Stephen
5   Shifflette. Going off record at 12:03:15.
6
7       (Luncheon Recess.)
8
9       THE VIDEOGRAPHER: We're back on record
10  at 13:01:10. Here begins tape number four in the
11  deposition of Stephen Shifflette.
12  BY MR. HENNING:
13  Q   Mr. Shifflette, we were talking when we
14  broke about what you did after the first time you
15  were unable to connect to the Internet wirelessly.
16  I want to focus, if we can, on the external
17  wireless device you bought. What made you decide
18  to do that?
19  A   I needed to get on-line and I needed to
20  do it at higher speed than dial-up and that's why
21  I bought the computer to begin with is the major
22  reason to have that capability. Also, I wanted to

Page 139

1   see if that was going to get me on-line and it
2   worked perfectly.
3   Q   Had you done any investigation at least
4   to figure out in your mind whether the external
5   wireless device would get you on-line?
6   A   I had to try it. Theoretically it was
7   supposed to. I never had one of those but they
8   had the card. The wireless device was supposed to
9   get me on-line and it did.
10  Q   Ever since you bought the external
11  wireless device has it worked for you?
12  A   Yes.
13  Q   Have you ever tried to connect to the
14  Internet wirelessly without using the external
15  device after you bought the external device?
16  A   Absolutely. I tried a number of times
17  to still see if it was a driver issue. Anytime I
18  tried to install it or reinstall it, unplug the
19  wireless device I was still with an inoperable
20  system.
21  Q   From the time you first experienced the
22  problem at Java Jodie's you've never been able to

Page 140

1   connect wirelessly without the use of the external
2   device, is that right?
3   A   Right.
4   Q   In each instance when you used the
5   external device it's worked for you.
6   A   Yes.
7   Q   You were able, if I remember
8   correctly -- I don't think we talked about this --
9   able to connect to the network at Java Jodie's
10  wirelessly without the external device before you
11  first experienced the problem, is that right?
12  A   Yes.
13  Q   How did you end up -- if you want you
14  can look at Exhibit 30 -- the second page -- how
15  did you end up buying the specific external device
16  you did?
17  A   It was right next door to Java Jodie's.
18  This address is 2922 so hers would be maybe 2920
19  or 2924. I don't know how it runs. It was
20  literally next door to Java Jodie's. It was a
21  RadioShack. It's not there now.
22  Q   Did anyone recommend the idea of an

Page 141

1   external wireless device to you?
2   A   I just thought that was the only option
3   I had right at that point.
4   Q   You paid for the external wireless
5   device, right?
6   A   Yes.
7   Q   Nobody paid for it for you?
8   A   No. I bought it.
9   Q   You also mentioned that after you first
10  experienced the problem you first were unable to
11  connect wirelessly that you went back to your
12  place and connected on the dial-up to see if you
13  could figure out what was going on, is that right?
14  A   Yeah.
15  Q   Can you tell me about what you did to
16  try to figure out what was going on?
17  A   Once again I think the first thing I
18  did was try to figure out if there was a driver
19  download from H-P and if I would be able to
20  download it in a reasonable amount of time using
21  dial-up which is another reason for wanting the
22  wireless. Sometimes when I would download

Stephen G. Shifflette                                    January 5, 2010

Page 166

1  before then was it always in your possession?
2     A    Yes.
3     Q    Did you ever conduct any testing on
4  your computer to find out what was going on with
5  the Wi-Fi issue?
6     A    I don't have any capability to do that.
7     Q    Do you know whether anybody else has
8  done any such testing?
9     A    Nobody has.
10    Q    In your experience, Mr. Shifflette, do
11 you have an understanding as to why a particular
12 computer -- what are some of the reasons a
13 computer might not be able to access the Internet
14 wirelessly?
15    A    No.
16    Q    In any conversation you've had with H-P
17 about your computer did you have any assistance
18 from anybody else or were those conversations
19 purely between you and H-P?
20    A    Me and H-P.
21    Q    You experienced the inability to
22 connect wirelessly at Java Jodie's. That's the

Page 167

1  only place you experienced the problem, am I
2  right, because after that you never tried it
3  without the external wireless?
4     A    I tried it without the external
5  wireless just to see.
6     Q    I'm sorry, you did say that and in each
7  instance you weren't able to do it.
8     A    It was not working.
9     Q    Where are the other places you tried?
10    A    Another place in town called the White
11 Hawk Cafe that had wireless and I tried there.
12 Offhand I can't remember specifically anyplace
13 else.
14    Q    Anyplace where you tried and were
15 unable to do it was it always in Virginia?
16    A    Maybe in Maryland. I really don't know
17 specifically. I'm sure I tried to see if things
18 had changed.
19    Q    Mr. Shifflette, do you know where your
20 H-P Pavilion was designed?
21    A    Where?
22    Q    Yes.

Page 168

1     A    No.
2     Q    Do you know where it was manufactured?
3     A    I think the components come from all
4  over the place.
5     Q    Do you know where it was assembled?
6     A    Was it Mexico?
7     Q    I'm just asking if you know.
8        MR. EDELSON: Don't guess.
9        THE WITNESS: I don't know. I don't
10 have any idea really.
11 BY MR. HENNING:
12    Q    Any calls you made to H-P were they all
13 made from Virginia?
14    A    As far as I know. I didn't do anything
15 from the Dominican Republic -- I didn't have it
16 then anyway. Yeah, I think they would all be made
17 from Virginia.
18    Q    Any chat you might have done with an
19 H-P technical person was that done while you were
20 in Virginia?
21    A    Probably. If I was in Maryland working
22 maybe I did something there. I just can't tell

Page 169

1  you. More than likely most was in Virginia.
2     Q    Mr. Shifflette, when you bought the H-P
3  Pavilion did you have any expectation that if you
4  had a dispute with H-P about what state's law
5  would govern your dispute?
6     A    No.
7     Q    No expectation at all?
8     A    I never considered it.
9     Q    At the time you bought the computer did
10 you know where H-P was located?
11    A    Vaguely.
12    Q    What was your understanding at the
13 time?
14    A    I wasn't sure if it was in Houston or
15 it was someplace in California. My
16 ex-sister-in-law used to work for Compaq in
17 Houston.
18    Q    You thought either Houston or somewhere
19 in California?
20    A    Yeah.
21       MR. HENNING: 32.
22

43 (Pages 166 to 169)

6dec29e8-8a3c-4619-9726-130336fe9135

Stephen G. Shifflette                                             January 5, 2010

Page 174

1  problem. Do you see that?
2      A    Yes.
3      Q    What is the hardware that you conclude
4  was the problem?
5      A    From what I was reading it was the
6  Wi-Fi card or it could be the mother board. I
7  don't know but that's what I was reading. If the
8  drivers aren't working then it's got to be
9  something else.
10     Q    It says here before realizing that it
11 was a hardware problem -- is the it you're talking
12 about here the inability to connect wirelessly to
13 the Internet?
14     A    Yes.
15     Q    Do I understand the basis for this
16 statement is what you read on-line?
17     A    The basis is having reinstalled the
18 software that runs this hardware numerous times
19 and it not working despite the reinstalling
20 numerous times led me to believe that it was not a
21 software problem and thus must be a hardware
22 problem because those are the only two things it

Page 175

1  could be.
2      Q    One reason you concluded it was a
3  hardware problem is because of your prior
4  reinstallation of the wireless software and
5  driver, is that right?
6      A    That's part of it. The other is what I
7  read.
8      Q    What is the hardware that you conclude
9  that you realize was the problem?
10     A    It was either the Wi-Fi card or the
11 mother board. I was reading more things about the
12 Wi-Fi card overheating and burning up.
13     Q    Either the Wi-Fi card or the mother
14 board.
15     A    Yes.
16     Q    Do you have any view on which it was
17 for your computer?
18     A    I have no way of determining
19 specifically exactly. The external device did get
20 me on-line and the computer still functioned.
21     Q    How did that affect your conclusion
22 that it was a hardware problem, if at all?

Page 176

1      A    Because if it had been the mother board
2  then I would have had the problem that occurred
3  later on when the mother board went to hell.
4      Q    You believe it was the wireless card.
5      A    Yes.
6      Q    In your conversations with H-P about
7  the Wi-Fi issue did you tell them you thought it
8  was a hardware problem?
9      A    I think they were the ones that
10 probably told me after I told them I reinstalled
11 this stuff numerous times.
12     Q    What did they tell you, if you can
13 recall?
14     A    That it was probably a hardware
15 problem.
16     Q    How many times would you say you
17 reinstalled the wireless software and drivers?
18     A    Half a dozen, maybe more.
19     Q    The next sentence in the Interrogatory
20 response, Mr. Shifflette, reads: Plaintiff saw
21 numerous Internet postings from individuals who
22 had experienced similar problems. Did you

Page 177

1  communicate with anybody whose posts you saw?
2      A    No, these are all posts that were just
3  put up at one time or another. Nobody was
4  actually on-line chatting about it. It was just
5  postings.
6      Q    You, yourself, didn't post anything
7  about your experience, is that right?
8      A    No. There wasn't any point.
9      Q    You don't remember anymore what sites
10 you were looking at where you saw these posts.
11     A    No.
12     Q    Were you out there monitoring any
13 particular sites more than once or just what you
14 got in response to your Google search?
15     A    Just whatever came up on a search.
16 Some of them I realized I had seen before.
17     Q    Do you know whether all of the Internet
18 postings you saw were from people who asked H-P
19 for a repair?
20     A    I couldn't say all of them were. Some
21 of them were from people who had a repair that
22 failed again.

45 (Pages 174 to 177)