# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- - -

```
NATHAN NYGREN, STEPHEN      :CASE NO.
SHIFFLETTE and AMY FROMKIN,:07-05793 (JW)
on behalf of themselves     :
and all others similarly    :
situated,                   :
              Plaintiffs,   :
     V.                     :
HEWLETT-PACKARD COMPANY,    :
              Defendant.    :
```

- - -

March 19, 2010

- - -

Videotaped deposition of ERIC A. LANGBERG, held in the offices of Spector Roseman Kodroff & Willis, P.C., Suite 2500, 1818 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:05 a.m., on the above date, before Denise D. Bach, a Certified Realtime Reporter, License No. 30XI00093300, and Notary Public.

- - -

ESQUIRE DEPOSITION SOLUTIONS
Four Penn Center, Suite 1210
1600 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103

Page 114

1  nevertheless, possible that I guess some
2  have high lead and eutectic, is that it?
3       A.   No.  What I'm saying is
4  there was a period where NVIDIA had
5  switched to eutectic solder, had shipped
6  out parts to Quanta with eutectic solder.
7  And what I'm saying is, there's -- I'd
8  say it's a reasonable likelihood that
9  some of those parts got put into
10 computers that were shipped out to the
11 field prior to being quarantined or
12 captured in the factory and then returned
13 to NVIDIA.
14      Q.   Mr. Langberg, do you know
15 what a device manager in a computer is?
16      A.   Yes.
17      Q.   Can you tell me what that
18 is?
19      A.   It's a software routine
20 built into Windows that allows you to go
21 into -- to look at, in software firm --
22 form, what devices are recognized by
23 Windows.
24      Q.   Are you aware of allegations

Page 115

1  that, in some instances, the wireless
2  feature of these notebook computers did
3  not appear on the device manager?
4       A.   Yes, I'm aware of that.
5       Q.   What are some causes as to
6  why the wireless device might not appear
7  on a device manager?
8       A.   Generally, it's a breakdown
9  in communications between the device and
10 the operating system.  So the operating
11 system is expecting a response from the
12 device.  It doesn't get it.  It could be
13 either a failure in the device itself, in
14 other words, a hardware failure, or it
15 could potentially also be a driver
16 conflict issue.
17      Q.   Any other causes you can
18 think of?
19      A.   Those are the primary
20 causes.
21      Q.   And what's the device you
22 meant?
23      A.   Windows is looking for
24 certain features.  You know, for

Page 116

1  instance, the USB is a feature.
2  That's -- there's a hardware -- a set of
3  hardware within the computer that
4  implements that feature, and then there's
5  driver software that's needed to allow
6  that particular hardware to communicate
7  with Windows.
8       Q.   For purposes of wireless,
9  what would the device be that it's
10 looking for?
11      A.   It would be looking for
12 the -- when you say device manager -- oh,
13 the wireless function, it's looking for
14 the wireless hardware to be recognized by
15 Windows.
16      Q.   Is that a card?
17      A.   In this particular case, I'm
18 not sure whether you're -- it's the card
19 that would be the -- I mean, the card is
20 the physical interface between hardware
21 and the RF path, but the card has to
22 communicate over the data bus.  So you
23 could have, you know -- if you had no
24 card installed, I believe you would not

Page 117

1  get something recognized in the device
2  manager.  But at the same time, if the
3  data bus was broken, if there was no
4  communication between the card and other
5  hardware in the system, I think you'd get
6  the same -- same thing.
7       Q.   Could a flaw in the
8  operating system also result in failure
9  to recognize a wireless device in the
10 device manager?
11      A.   I guess it's possible that
12 there could be a flaw in the operating
13 system that would prevent something from
14 being recognized.  But I haven't -- I'm
15 not aware of any -- any issue regarding
16 Windows that prevents it from recognizing
17 anything in the device manager.
18      Q.   Mr. Langberg, what are some
19 reasons a computer user might experience
20 a malfunction in trying to access a
21 wireless Internet network?
22      A.   What are some reasons?
23 There's the possibility that they have --
24 well, I'll start with the most basic is

Page 118

1 that the wireless network is secured and
2 they're not -- they don't have the
3 credentials to access the wireless
4 network.
5    Q.  Okay.
6    A.  Then there's also the
7 possibility that they have an error in
8 their configuration. And, you know,
9 they've set up the computer software to
10 expect one thing and that doesn't comply
11 with the network that they're trying to
12 connect to.
13         Then you have the issue of,
14 as you mentioned with device manager, if
15 the system -- the subsystem is not
16 recognized by device manager, Windows
17 cannot use that subsystem. So you would
18 lose connection. And then you have
19 hardware failure as another possibility
20 for why you would lose your wireless.
21    Q.  And as to the last one, you
22 mentioned hardware failure.
23    A.  Um-hmm.
24    Q.  Is there more than one

Page 119

1 component that could experience a failure
2 that results in a user's inability to
3 access a wireless network?
4    A.  Okay, I'm -- I just want to
5 be clear. When you say "component" --
6 the wireless function is comprised of a
7 number of components that -- that make up
8 that function. So when I say "hardware
9 failure," I'm talking about failure of
10 the -- of that function.
11    Q.  So it could be any one of
12 those components?
13    A.  Not necessarily any one. In
14 other words, there -- there are some of
15 the components that are in that function
16 that wouldn't directly cause a loss of
17 wireless. There are -- there are other
18 components that are kind of more major,
19 central. If you have failure of that
20 component, you will absolutely lose
21 wireless connection.
22    Q.  Which are those latter
23 components?
24    A.  The primary ones are the

Page 120

1 North Bridge chip. In this particular
2 case, it's the North Bridge chip. And
3 then also the interface on the NIC or the
4 wireless card.
5    Q.  Could a virus affect a
6 user's ability to access a wireless
7 Internet network?
8    A.  Potentially. I mean, if a
9 virus can get in between the operating
10 system and the drivers, or corrupt the
11 drivers, then it could potentially affect
12 operation not just to the wireless, but
13 other functions within the computer.
14    Q.  Have you ever heard of a
15 virus that operates that way?
16    A.  I have not.
17    Q.  Mr. Langberg, do you have
18 any understanding of the wireless
19 failures that the named plaintiffs in
20 this case claim to experience?
21    A.  In other words, the
22 conditions that they reported?
23    Q.  Yes. What happened to them?
24    A.  I don't remember which

Page 121

1 plaintiff is which, but I know some of
2 the plaintiffs completely lost wireless
3 function permanently. Other ones had
4 intermittent wireless connections.
5    Q.  Do you know how their
6 wireless failures manifested themselves?
7 Were they the device manager thing you
8 and I were talking about? Did it
9 manifest in any other way? Do you know
10 how it manifested?
11    A.  I don't know what the root
12 cause was of the failure, if that's what
13 you're asking me.
14    Q.  So you don't have a view on
15 what the root cause of the failures that
16 any of the named plaintiffs claimed to
17 experience was?
18    A.  What the root cause was?
19    Q.  Yes.
20    A.  I do not know what the root
21 cause is.
22    Q.  Did you do anything to try
23 to figure that out?
24    A.  No. As I said, I have not

Page 130

So you may be able to swap out one card for another and have the performance improve, when there really was nothing wrong with the performance of the wireless card.

Q. Let's do the three -- three things separately.

What's your understanding of the signaling level issue you mentioned?

A. My understanding is that there -- there was an issue with signal levels that was part of the BIOS for the signals that are -- that were in the North Bridge chip. There were certain gain settings for signal levels in the North Bridge chip which were low compared to other -- other chip implementations on other systems within HP.

Q. I expect that at least one basis of your conclusion is the documents you reviewed from HP on that issue?

A. That's the only basis for my conclusions is the documentation. And then, at some point in the lifecycle,

Page 131

that problem was identified and a BIOS revision was made to increase those signal levels.

Q. When, in your view, did HP know of the signaling level issue?

A. I believe it was fall of 2007. I can't be any more specific than that.

Q. Okay. The next one I think you mentioned was the thermal cycling issue. What's your understanding of that?

A. My understanding is that there were -- there was -- in any computer, you have -- not just computers, but we'll talk specifically about computers. As different hardware is exercised, if you will, it's taxed more or less depending on what is going on in the processing. The overall heat within the system is different. The more power that you draw, since nothing's 100 percent efficient, the more heat you generate within the system. That's the

Page 132

reason that computers have fans; try and remove the heat.

Each time you change operating conditions, the amount of heat changes. So when you go from, let's say, cold, the system's off, it's at room temperature, you turn it on, it heats up. It may go to a high operating condition, you know, processor is running as fast as it can and lots of things are going on, and then it may sit idle. You know, so it may cool down again.

So all of those different changes within the operation of the computer affect the temperature. So cycling means changing from one temperature to another and back.

Q. And how did that, in your view, lead to wireless failures here?

A. Well, if the -- if the temperature cycling is not controlled, or if it gets into areas where the chip -- how do I describe this -- you've got a die, you've got solder, you've got a

Page 133

substrate, and I'm just going to talk for a moment about C51, because I think it's the best way to illustrate the example. You've got current flowing from the substrate through the solder bumps onto the die. You've got heat being generated in the die based on that current consumption. And then that heat then gets propagated back to -- back through the solder bumps, back onto the substrate.

So the movement of heat throughout the die, throughout the solder, throughout the substrate, can cause a problem if the coefficient of thermal expansion is not the same, or if it -- if things are not stabilized during the process.

So I'm trying to think of the best way to illustrate the example. I guess probably in a purely mechanical example, the thermal process -- the thermal cycling that we're talking about leads to fatigue. So in the simplest

Page 150

1  A. Which BIOS number? I don't
2  remember the number off the top of my
3  head.
4  Q. How about by subject, was it
5  the signal issue BIOS you're talking
6  about?
7  A. No, it was a subsequent
8  BIOS, later in 2007, I believe, there was
9  a BIOS change to affect the thermal
10 cycling. And then, subsequent to that,
11 there was analysis of a number of
12 motherboards in which that BIOS was
13 installed and still experienced wireless
14 failures.
15  Q. Is that -- is that
16 explanation in your report?
17  A. I believe so.
18  Q. Okay. Do you know when that
19 BIOS was issued?
20  A. No, I believe, like I said,
21 I believe it was late fall of 2007, but I
22 don't know exactly off the top of my
23 head.
24  Q. Have you reached any

Page 151

1  conclusions, Mr. Langberg, about when you
2  believe HP knew that thermal cycling was
3  resulting in wireless failures?
4  A. I don't think I stated any
5  conclusions about when HP knew about
6  thermal cycling failures. All I know is
7  that they issued a BIOS, you know,
8  directly addressing that issue from their
9  perspective. But I don't know when they
10 first became aware of the thermal cycling
11 issue.
12  Q. None of the information you
13 reviewed has caused you to at least reach
14 a conclusion about when they knew of that
15 issue?
16  A. When they knew of thermal
17 cycling? No.
18  Q. Do you know what the heat
19 cycling, what the thermal cycling BIOS
20 does, how it works?
21  A. My understanding is, one of
22 the main things that it does is it runs
23 the fan more, either at a higher speed or
24 more cycling, more frequency on the fan.

Page 152

1  So I think the attempt is to keep the
2  overall internal workings cooler on the
3  system.
4   Q. How did you come to that
5  conclusion about what the BIOS does?
6   A. I was reading in the docs
7  from HP.
8   Q. Have you been on HP's
9  website?
10  A. I have not. Well, okay,
11 hang on a second.
12  Q. In conjunction -- in
13 conjunction with your work here.
14  A. Thank you. No, I have not.
15  Q. Can you explain how the heat
16 cycling -- how a wireless function -- a
17 wireless malfunction caused by thermal
18 cycling could be intermittent?
19  A. Sure. I think I alluded to
20 this earlier in the testimony, but when
21 you have an intermittent failure in the
22 presence of changing thermal conditions,
23 materials undergo expansion and
24 contraction based on thermal conditions.

Page 153

1    So you can have -- if you
2  have a condition where the expansion
3  causes two electrical signals to connect,
4  if they're intended to be connected, then
5  that's -- you know, they would operate as
6  normally. If those electrical signals
7  are not intended to be connected, yet
8  expansion creates a short, then you'd
9  have a failure.
10    On the flip side, if you
11 have electrical signals that are, you
12 know, supposed to be continuous or
13 connected between two points and
14 expansion or contraction disconnects
15 them, you'll get a failure.
16  Q. Does -- whether it's the
17 solder bumps or one of the other
18 components you mentioned before lunch
19 that's cracked, does that somehow get
20 itself back together?
21  A. It can.
22  Q. Or does it continue to be
23 cracked?
24  A. Well, okay. It will not

Page 158

1  fixture from NVIDIA.
2      A.  Okay.
3      Q.  Let me make sure we're
4  clear, we're talking about the same one.
5          Is it your view that, to
6  your knowledge, there wasn't anything
7  done in response to learning of that
8  issue?
9      A.  Actions by HP, are you
10 asking me?
11     Q.  Yes.
12     A.  I didn't see any actions
13 from HP specifically related to that.
14 There was a request for analysis from
15 Quanta to NVIDIA.  There was a request
16 for data from HP to Quanta/NVIDIA about
17 the cracking in that particular case.
18 And there was a report issued by NVIDIA
19 on that particular cracking issue.
20         But beyond that, I didn't
21 see other actions by HP related to that
22 specific root cause of cracking.
23     Q.  When, in your view, did HP
24 learn of the issue of too much pressure

Page 159

1  being put on these chips from the testing
2  fixture?
3      A.  From the communications that
4  I saw, and it's stated in the report
5  here, it looks like August of 2006 they
6  first become aware of an issue on the
7  production line due to the cracking,
8  mechanical cracking from NVIDIA.
9      Q.  Okay.  So can you turn to
10 Paragraph 24 of your report, please?
11     A.  Yes.
12     Q.  The first sentence, I'll
13 read it, it's short, "From my review of
14 the documents, it appears HP first became
15 aware of a potential problem with the
16 wireless function on the computers in
17 August of 2006."
18         Do I understand that the,
19 quote, potential problem you're referring
20 to there is the problem with too much
21 pressure being put on the chips from the
22 test fixture?
23     A.  That's -- well, what I'm
24 referring to there is the non-conforming,

Page 160

1  if you will, NVIDIA chips.
2      Q.  Why were they
3  non-conforming?
4      A.  Because they had failures
5  and were not working on the production
6  line.
7      Q.  Why did they have failures?
8      A.  According to NVIDIA?  They
9  had failures because of the -- their
10 outgoing quality test fixture.
11     Q.  Because there had been too
12 much pressure on them in the test
13 fixture?
14     A.  According to NVIDIA, that
15 was the root cause of the cracking.
16     Q.  Do you think that's right?
17     A.  I think it's possible, but I
18 also see, after they -- NVIDIA had
19 implemented a new outgoing test fixture
20 and new standards for the pressure being
21 applied to that chip, continued cracking
22 problems.  So I don't know that that was
23 the sole cause of cracking on the solder
24 bumps.

Page 161

1      Q.  I understand.
2          You've attributed knowledge
3  to HP of a particular potential problem
4  with the wireless function in
5  August 2006.
6      A.  Correct.
7      Q.  I want to make sure we're
8  clear that that's the too much pressure
9  in the chip on the test fixture function.
10     A.  You're -- you're stating a
11 root cause, and I'm not -- I'm talking
12 about the problem.  You know what I'm
13 saying?  I see a difference there.
14 When -- you're being very specific about
15 the root cause of the problem, too much
16 pressure on the IC.
17     Q.  Okay.  You're right.  I am.
18         What's the root cause of the
19 problem HP learned of in August of 2006?
20     A.  The root cause that was
21 presented by NVIDIA was pressure from
22 NVIDIA's outgoing quality inspection on
23 those chips.  And my -- and the reason
24 I'm differentiating is I didn't see any