HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 07-CV-05793 (JW)<br><br><br><br><br><br>EXPERT REPORT OF<br>CHARLES J. NEUHAUSER, Ph.D. |

**I.     Introduction**

My name is Charles J. Neuhauser. I am the owner and principal of Neuhauser Associates, Inc. located at 525 West Remington Drive, Suite 126, Sunnyvale, California. I have been retained by Morgan, Lewis & Bockius LLP on behalf of Hewlett Packard Company ("HP") to provide expert opinions in the matter of *Nygren, Shifflette & Fromkin v. Hewlett Packard Company* (Case No.

Case No. 07-CV-05793 (JW)                                                    EXPERT REPORT OF
                                                                              CHARLES J. NEUHAUSER, Ph.D.

07-05973 (JW)).

I am being compensated for my role in this matter at my normal rate of $350 per hour plus actual expenses. No part of my compensation depends in any manner on the outcome of this matter.

### II. Summary of Opinions

- My understanding is that this litigation is about wireless failures alleged to be associated with Atlantis and Apollo notebooks. In my opinion, not all Atlantis or Apollo notebooks have experienced a wireless failure. It is also my opinion that not all Atlantis or Apollo notebooks will experience a wireless failure at some point in the future. In my opinion, an individual examination of at least each purchaser's notebook, its past usage, and its repair history is required to address these issues.

- While a notebook may experience a wireless connectivity failure for a number of reasons, HP identified three potential issues related to Atlantis and Apollo model series notebooks. With respect to these issues HP addressed each promptly and provided a satisfactory solution whether in the form of a corrective action and/or an adequate repair. Therefore, there is no common potential cause for the suggested class.

- Because multiple causes could lead to a wireless connectivity failure, one would need to examine each notebook individually to determine whether that particular notebook has experienced a wireless failure, and if so, the particular cause of that wireless failure.

- Additionally, HP offered different repairs at different times and so for those customers whose notebooks were repaired, determining the effectiveness of any repair would require a review of individual repair history, manufacturing date and usage environment.

### III. Materials Relied Upon

A list of materials I have relied upon is attached as Exhibit A. In referring to Bates numbered documents, such as e-mails, I have referred only to the last four digits of the Bates number. The full designation would be "HPNYGREN000xxxx", where "xxxx" is that last four digits.

### IV. Background

#### A. Personal Background

I am an electrical engineer by training with particular emphasis on computer structures and design. Briefly, I have a BSEE from the University of Notre Dame (1968), an MSEE from Northwestern University (1971) and a Ph.D. (EE/CS) from The Johns Hopkins University (1980). From 1973 to 1980, I was a research assistant at Stanford University concerned primarily with the

development of high performance emulation systems.

After completing my undergraduate education I worked at Bell Telephone Laboratories on the design of highly reliable, large scale data and voice switching systems. My MSEE was obtained under a company sponsored program.

From 1972 to 1994, I worked first as an engineer and later as Vice President of engineering at Palyn Associates, Inc., a consulting company with a national and international clientele. At Palyn I was responsible for the specification, design and testing of medium and small scale computer systems, controllers and various peripheral interfaces. I also provided direct consultation to clients on various matters including the structure of large scale systems.

Beginning in 1994 I have worked independently as a consultant through Neuhauser Associates. My primary responsibility is to investigate technical matters for clients. On occasion I also direct technical teams in such technical investigations.

More details of my personal background are provided in my current resume, which is attached as Exhibit B. Attached as Exhibit C is a list of the cases in which I provided deposition testimony from 2005 – 2010.

### B. Background Relative to This Matter

My background is primarily in the architecture, specification and design of processor based systems. My initial exposure to reliability issues was at Bell Telephone Laboratories where I participated in the design of highly reliable voice and data switching systems with a projected service life of 40 years. Although it was expected that these systems would experience failures during this period of time, they were very carefully structured so that single failures of a component would not cause a system failure.

At Palyn Associates I worked with a wide range of computer design and manufacturing companies on various medium and small scale design activities. All of these companies had well defined reliability, availability and serviceability requirements that our designs were expected to meet. Among other activities that I either participated in or supervised at Palyn was the analysis of failed customer systems, including PC designs and microprocessor controlled systems, such as telephone cable monitoring systems.

Although Palyn Associates was primarily a consulting and design company we also provided small scale manufacturing for clients. This included developing test stands and carrying out product burn-in to improve early life reliability performance.

At Neuhauser Associates I have been concerned with a wide range of technical matters. This includes the design and structure of personal computer systems. I have also investigated various aspects of the internal structure of personal computer components, including processors, north bridges, south bridges, super I/O chips and various peripheral controllers.

### C. Background on HP Notebook Terminology

This matter relates generally to the field reliability performance of a range of notebook products shipped by HP during the period from approximately July 2006 through January 2009. My understanding is that this particular matter relates to allegations by plaintiffs Nygren, Shifflette &

Fromkin ("plaintiffs") that these notebooks were in some sense "defective" [see, e.g., Motion for Class Cert., 1:22-2:8, 4:20,-5:9]. It is my further understanding that in this matter plaintiffs are acting on behalf of a much larger group of notebook owners, who I will refer to here as the "purchasers". Although the particular notebook models of interest in this matter were sold world-wide, it is my understanding that only those notebooks sold in the United States are to be considered here [see, e.g., Motion for Class Cert., 3:14-18].

The particular notebooks of concern in this matter are referred to by the internal HP code names "Atlantis" and "Apollo" [see, e.g., Motion for Class Cert., 3:14-18]. Atlantis refers to notebooks with a 15.4" screen and Apollo refers to those with a 17.1" screen [see, e.g., 5028]. For each model (Atlantis or Apollo) there are sub-models designated with a numerical code, for example Atlantis 1.0 or Apollo 1.1. The Atlantis and Apollo notebooks are sold by HP under two major model line designations "Presario" and "Pavilion"[1]. Generally, the Pavilion brand is represented by HP as a higher performance model directed at the entertainment and enthusiasts market (e.g., gaming) while the Presario brand is directed at productivity applications (e.g. word processing) [see, e.g., 18146, HP-POR pp. 2-3]. Aside from the general form factor of the product (15" v. 17" screens) and the broad branding categories (i.e. Presario or Pavilion) the notebooks come in a wide variety of configurations. Various configurations are assigned model numbers, such as, dv60xx or v60xx for the Atlantis based notebooks and dv90xx or v90xx for the Apollo brand. Model numbers are further sub-divided to reflect various options and configurations (for example, whether or not a product includes a separate graphics processor) [see e.g., HP-POR, p 9; Product Specifications].

HP does not manufacture Atlantis or Apollo systems; rather it contracts with an Original Design Manufacturer (ODM) for design and manufacturing. In this case the ODM was Quanta, a company based in Taiwan. During the design process Quanta had its own internal designation for the Apollo and Atlantis products using the code AT8x (e.g. AT8B is the internal designation for the Atlantis 1.0 line) [see, e.g., Quanta Block Diagram I and II].

**D.  Technology Background**

This matter relates to the reliability of notebook computers. Most of the technical issues of interest are related to the system board (SB), also referred to as the motherboard (MB).

A notebook computer is a complex electro-mechanical system which performs a function similar in many ways to a desktop computer. In a notebook system, however, components such as a keyboard and screen, which would be separate units in a desktop system, are packaged in a single unit together with the processor and associated peripherals [see., e.g., Pavilion Guide, pp. 1-2, 1-3, 3-1 to 3-46]. The major components of the notebooks of interest in this matter include, but are not limited to, a screen, a keyboard, a hard disk drive (HDD), an optical drive, a system board, memory, a wireless card and a power unit (a separate physical unit).

Most of the electronics of the notebook are contained on the system board (or motherboard). These electronics include the processor (which provides over-all control of the system), a so-called "north bridge" chip, a "south bridge" chip, a "super I/O chip" and other small electronic assemblies that provide support for various peripheral functions (Bluetooth, USB, modems and so forth) [see, e.g., Quanta Block Diagram I and II, Wireless Specification I and II]. Certain system board configurations include an auxiliary graphics processor that provides enhanced graphics capabilities to support certain high performance environments, like gaming or entertainment [see, e.g., 5028, HP-POR, pp. 3, 4, 9].

---

[1] My current understanding is that Atlantis notebooks were sold as either Pavilion or Presario, but the Apollo notebooks were sold only as Pavilion.

Case No. 07-CV-05793 (JW)  4  EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.

Structurally, the system board is a sheet of insulating material (known as a printed circuit board or PCB) containing a network of very thin conductive pathways (the equivalent electrically of wires). Electronic components, like the processor and north bridge, are mounted on the system board and connected to the conductive pathways by soldering. This is a manufacturing process where a material, usually partially made of lead, is melted at a relatively low temperature. Once the solder re-hardens an electrical connection is made between terminals on the component and the conductive pathways on the system board. The soldered connections also provide mechanical support. The final system board with its mounted components is sometimes referred to as a PCA or "printed circuit assembly". [see, e.g., HP-POR, p. 9].

To improve manufacturing efficiency, Quanta manufactures one basic PCB, but during the manufacturing process this board is populated (or "stuffed") with different component configurations. This allows one basic PCB to be used throughout the Atlantis and Apollo range [see, e.g., HP-POR, p. 9]. For example, the processor may be one of several types and the system may or may not have a graphics accelerator.

To aid in the manufacturing process the components mounted on the system board are identified with location identification codes. These codes are typically marked on the board and are provided to relate the components on the board back to the electrical schematics [see, e.g., Quanta Block Diagram I and II].

V.   **Notebook Components**

A.   **The North Bridge Chip**

Most of the functions on the system board are contained within one of a few very large electronic components [see, e.g., Quanta Block Diagram I, sheet 1, Quanta Block Diagram II, sheet 2]. The primary component is the processor or CPU (for Central Processing Unit). The CPU contains the circuitry required to support the programs operating on the notebook. These programs are held in system memory that is connected directly to the CPU. When executing, the programs will require access to various peripherals, such as the screen, keyboard, hard disk drive and so forth. To provide electrical pathways (referred to as "busses") and to switch signals between the CPU and other system board devices, the Quanta design makes use of a specialized chip known as a "north bridge". This chip allows information to be transferred to various areas of the system board. In particular, the north bridge connects to the CPU, the wireless card, the graphics accelerator (if installed) and the south bridge. In a similar manner, the south bridge provides a means of directing information over busses to the hard disk drive, camera, modem, audio devices and miscellaneous peripherals [see, e.g., Quanta Block Diagram I and II].

The north bridge chip used in Atlantis and Apollo notebooks was manufactured by NVIDIA Corporation [see, e.g., 3661-3663]. The location code for the north bridge component in the Atlantis and Apollo systems is "U27". In some cases this component is referred to as "C51", which is an NVIDIA designation for the actual device used in these systems. Electrical communications between the wireless card and the north bridge is over the PCI-E bus (Peripheral Component Interconnect – Express) [see, e.g., Quanta Block Diagram I, sheets 1, 6, 7, 8, 27; Quanta Block Diagram II, sheets 1, 6, 7, 8, 27]. The wireless card is a separate module that plugs into the system board through a PCI-E connector [see, e.g., Wireless Specification I and II].

The C51 component provides communications between several of the major subsystems in the notebook, namely the PCI-E busses, the south bridge and the CPU. It also provides video display functions for the LCD screen. Physically, the C51 north bridge consists of two major physical

sub-components: the die and the substrate [see, e.g., 4104, Langberg Report, Fig. 2]. The die contains the circuitry that carries out the function of the north bridge, while the substrate provides electrically conductive pathways between the die and the system board. The C51 die is a small slab (or "chip") of silicon containing circuitry. Connections to this circuitry are via very small solder "bumps" on the top surface of the die. During assembly, the die is placed bump side down on the substrate (that is it is flipped over) and the bumps on the die contact conductive pads on the substrate. After mounting, the assembly is heated in a controlled manner ("reflowed") that causes the bumps to melt and form an electrical connection to the substrate. To aid in making the best possible connection between the die and the substrate a eutectic solder paste is applied to the substrate prior to mounting the die. The eutectic[2] solder paste is a mixture of very small solder particles and a chemical "flux" that cleans oxidation from the surfaces to be mated (i.e. the bumps on the die and the pads on the substrate) [see, e.g., The Circuit Designer's Companion, pp. 40-69].

The C51 substrate is quite a bit larger than the die and provides internal conductive pathways to solder "balls" mounted on its under side. In a process similar to the attachment of the die to the substrate, the completed substrate is attached to the system board by applying heat in a controlled manner so that the solder balls "reflow" and form an electrical and mechanical connection between the die-substrate assembly and the system board. HP refers to the connections between the die bumps and the substrate as the "L1" connection level and the connection between the substrate and the system board as the "L2" connection level. To provide further mechanical stability between the die and the substrate the NVIDIA C51 uses a thin layer of epoxy-like underfill [see, e.g., 3844-5, 4104-7]. The underfill serves to bond the die to the substrate so that the stress of thermal expansion and contraction is spread evenly over the interface between the die and substrate.

### B.     The BIOS

BIOS (Basic Input/Output System) is software that is permanently stored on the system board and provides basic functions associated with operating the notebook system components (e.g., CPU, north bridge, south bridge) and peripherals (e.g., hard disk drive, USB ports, wireless card). In particular, when the notebook is powered up the BIOS is responsible for initializing peripheral controllers, such as the wireless card. BIOS is initially loaded at the factory when the computer is manufactured, however, it may be updated later either by the user or when a notebook is returned for repair [see, e.g., PC Intern, pp. 1-3, 63-67].

## VI.    Notebook Reliability

No complex electro-mechanical system, such as a notebook, can be designed in such a manner that every manufactured unit will be certain to operate perfectly and without failure over any particular period of time. This is a simple fact of physical science. Notebooks are complex systems composed of electronic components which contain many millions of transistors and other circuit elements. In addition, notebooks employ sophisticated mechanical systems to interconnect electronic components and to provide required cooling. Every component from a single transistor to the cooling fan is subject to failure from the moment the system is first powered on.

It is well-known to engineers that complex systems have a susceptibility to failure that may be characterized, at least informally, by a so called "bathtub" curve, so named because it is in the

---

[2] Eutectic refers to the composition of the material. In particular, it indicates that the composition has a melting point lower than its component materials. This type of material melts at a single temperature point and solidifies quickly.

rough shape of a bathtub. If one considers the probability of a system failure with respect to time, it is typical that there is a relatively high probability of failures early in the life of a system that drops off rapidly as the system ages. Systems then enter a long period of operation with a relatively low probability of failure and finally at some point experience a rising probability of failure [see, e.g., Reliability Handbook, pp. 5.6-7, 16.4-5, 26.4, Renesas Handbook, pp. 19-23].

The reason for this is intuitive, supported by experience and based to a certain extent on theory. Early in the life of a system individual components sometimes fail because of the natural variation in the manufacturing process. For example, variations in the semiconductor process may lead to the random thinning of a conductor, which later fails under load. The general phenomenon of early failures is referred to as "infant mortality", implying that new systems will fail more often than mature systems. During the middle of a system's operating life failures arise in a random manner due to many known factors (power cycling, mechanical stress, thermal stress and so forth) and probably other unknowable factors, such as, the unanticipated interactions between components. At the end of a system's life the probability of failure rises because components begin to wear out for mechanical, chemical and physical reasons. This applies even to basic electrical components, such as the transistor [see, e.g., Reliability Handbook, pp. 5.6-7, 16.4-5, 26.4, Renesas Handbook, pp. 19-23].

Because failures in complex systems are statistical and essentially unavoidable there can never be an expectation by the designer or the user that a given system will work perfectly for a particular period of time. The general practice of providing warranties on systems, like notebooks (or for that matter automobiles), is not because the manufacturers of such products are careless or incompetent, but rather to protect users from the higher probability of failures that naturally occurs during early system usage and cannot be avoided. It is also the case that even after the "infant mortality" phase, systems are still subject to random failure and thus no user can have an expectation of perfect reliability.

### VII. Variations Between Atlantis and Apollo Notebooks

My understanding is that the plaintiffs allege that all Atlantis and Apollo notebooks (the "notebooks products") contain a "defect" that will cause failure of the wireless capability. A key issue is whether all the purchasers of the identified notebook products have experienced such a failure. It is my view that not all purchasers have and not all purchasers will, at least in part, because HP provided preventative repairs that would avoid any such failure. I hold this view for at least the following reasons:

- The notebook products come in a variety of physical configurations.
- The usage of the notebook products will vary between users.
- Previous under warranty repairs will change the physical character of the individual notebook products.

These factors, which I will discuss below, contribute in important ways to whether or not a system has failed or will fail in the future.

#### A. Wireless Operation

Wireless operation depends upon many factors some of which are external to the notebook. Within the notebook itself wireless operation depends upon the proper functioning of related hardware and software components. From a hardware point of view the electrical signals

involved in wireless operation must move correctly between at least the north bridge, the wireless card and the antenna system. Wireless operation is provided in the notebook products by a wireless card which is physically separate from the system board that contains a majority of the notebook components. The north bridge communicates with the wireless card via the PCI-E (Peripheral Component Interconnect – Express) bus, a series of electrical pathways on the system board. The wireless card mounts to the system board by means of a connector. Radio signals sent and received by the wireless card make use of a small antenna system embedded in the notebook case and attached to the card by a connector. Therefore, the signal path within the notebook itself includes at least the north bridge, system board, wireless card connector, wireless card, antenna connector and antenna [see, e.g., Quanta Block Diagram I, pp. 1, 6-8, 27 and II, pp. 1, 6-8, 27].

External to the notebook, proper wireless operation requires a reliable signal path between the notebook and a nearby wireless router or other type of access point. This in turn requires a reliable connection, usually by wire or cable, to a local service provider. Even if everything in the wireless path is properly configured, the radio signal path is susceptible to interference and poor operation due to environmental factors, including, but not limited to, distance between the notebook and access point, the physical nature of the path, obstructions by conductive materials and interference from other wireless devices (e.g., neighboring wireless units and wireless phones).

Beyond hardware components, there are several software components that must be present and operating properly to effect proper wireless operation. These include the BIOS, the operating system, the wireless card device driver and the wireless system manager (typically part of the operating system). The wireless access point itself typically must be configured to provide access to the local service provider, including the specification of the path name, specification of the appropriate password and proper configuration for internet address acquisition.

I have carefully reviewed many of the e-mails, documents and reports provided to the plaintiffs by HP. I have also reviewed the depositions of HP employees and the plaintiffs. In addition, I have had at least four in depth technical discussions with Mr. Richard Hunt Hodge, HP Distinguished Technologist. Based on these materials, other documents enumerated above and my technical discussions, it appears that there were three possible issues related to wireless failures that arose in the field during the deployment of the Atlantis and Apollo notebooks and which HP promptly and adequately addressed. I will refer to these as follows:

- The "NVIDIA pressure issue"
- The "PCI-E signal level issue"
- The "thermal cycling issue"

Below I will discuss these issues with respect to the following points. First, the symptoms of each issue and how each was detected. Second, HP addressed each issue when it was discovered. Third, HP corrected each issue and/or offered effective repairs. Fourth, the three wireless issues discussed below would not affect all Atlantis/Apollo notebooks. Fifth, because HP offered effective repairs one would need to examine the individual circumstances of each notebook to determine whether that notebook experienced one of the three wireless issues described below.

### B.    "NVIDIA Pressure Issue"

Early in the production of the north bridge C51 chip, NVIDIA, through their failure monitoring

program, noticed a drop in yield[3]. For those C51 chips that were placed on Atlantis or Apollo system boards, the failure was manifested in some cases by failure of the wireless system to function properly.

Failure analysis determined that the root cause of this failure was a combination of the particular "material set"[4] used in C51 production and slightly excessive force applied to the C51 assembly during testing by NVIDIA [see, e.g., 3661-3663, Hodge Depo. 82:1-83:17]. Specifically, the "bumps" between the C51 die and the substrate were changed from a material with a high-lead composition to a lower lead, eutectic composition. During testing the C51 assembly is automatically inserted into a test fixture and forces from the insertion were transmitted more strongly to the die bumps by the eutectic material. The result was cracking and delamination of conductive pathways on the die. The effect was more pronounced on the corners of the die and in some cases may cause a failure of the signal path between the C51 module and the wireless card because the wireless signal paths are located at one corner of the C51 module [see, e.g., 3661-3663].

Once the NVIDIA pressure issue was identified, NVIDIA and HP took a number of steps to modify their production process, including replacing the eutectic bumps with high-lead bumps, reducing the tester insertion force and applying the force so that it was directed more strongly to the substrate rather than the die [see, e.g., 3661-3663]. For those C51 chips that had already been produced but not shipped to Quanta (and other NVIDIA customers) NVIDIA performed an individual inspection of each C51 chip produced using an acoustic microscope. From testing, NVIDIA determined that C51 chips with delamination would present a specific image under acoustic microscopy. Chips that exhibited this image were scrapped, those that did not were shipped to NVIDIA customers [see, e.g., 3661-3663].

The C51 chips produced by NVIDIA in the manner described above are limited to approximately six weeks in September and October of 2006. Furthermore, not all C51 chips produced with the eutectic bumps will have this problem. This is demonstrated by NVIDIA's piece by piece inspection program which determined that delamination related to this issue could be detected by highly specialized testing[5]. Parts that passed the specialized piece by piece testing have been demonstrated to be reliable [see, e.g., 3662]. It is my understanding that the failures typical of the C51 pressure issue would be covered by the normal one year warranty and by the limited warranty enhancement program. In any case, this particular issue does not and cannot affect all of the Atlantis and Apollo purchasers. In fact, it is not clear if it has affected any of the plaintiffs. For those customers that do experience this issue, replacement of the C51 chip (or the system board) with a C51 chip from outside of this specifically identified production period will solve this particular problem [see, e.g., Hodge Depo. 82:18-23].

C. **"PCI-E Signal Level Issue"**

In the Atlantis and Apollo notebooks the wireless card connects to the C51 north bridge via the PCI-E bus. Data to be sent via the wireless connection originates on the C51. The electrical level, or strength, of the PCI-E signals sent from the C51 north bridge to the wireless card may be configured by system software. In approximately September of 2007 HP determined, based on

---

[3] "Yield" refers to the percentage of manufactured devices that pass testing.

[4] A "material set" is the specific combination and composition of materials used in the manufacture of an integrated circuit. In this report the relevant components of the material set are the die underfill, die solder bumps and the eutectic solder paste.

[5] As a corrective measure, the insertion force applied during manufacturing test was reduced so that C51 chips with the eutectic bumps manufactured in the future would not be subject to this mode of failure.

Case No. 07-CV-05793 (JW)         9         EXPERT REPORT OF
                                            CHARLES J. NEUHAUSER, PH.D.

the testing of field failures, that the software was not explicitly establishing the signal level, but rather was allowing the C51 to use the "default" signal level, which was the lowest signal setting [see, e.g., Hodge Depo. 83:19-84:18, 5672, 12227]. As a result of small variations due to manufacturing of the C51 module, the system board and wireless card plus environmental variations in usage, such as in temperature[6] and voltage, could disrupt the transmission of information between the C51 and the wireless card in some cases [see, e.g., Hodge Depo. 89:25-91:3]. For those customers who experienced this issue it would manifest as a failure to connect to the wireless network.

Around the end of September 2007 HP qualified and issued a BIOS patch (F.3A) that raised the signal level to the appropriate level and resolved the signal level issue. With the BIOS F.3A patch customers would no longer be susceptible to the marginal PCI-E signal condition. HP determined that this was the case by measuring the signal level at the wireless card with and without the patch. Because the initial issue relates to a marginal condition and because BIOS F.3A will prevent marginal signaling on the PCI-E bus this particular issue will not affect all Atlantis and Apollo notebook purchasers. HP identified the signal level issue and addressed it promptly. The signal level issue did not affect everyone given its marginal nature and for those users that did experience this issue the F.3A fixed the wireless issue caused by signal strength. Notebooks preloaded with BIOS F.3A, or later versions, would not experience this issue. To determine whether any particular purchaser experienced this signal level issue one would need to examine their notebook and circumstances individually.

### D. "Thermal Cycling Issue"

During his deposition Mr. Hodge described a particular issue specifically related to the Atlantis and Apollo operating environment. I will refer to this issue as "thermal cycling" [see, e.g., Hodge Depo. 84:19-85:14, 160:4-17, 161:7-163:18, 164:20-165:6].

To provide some background I will review the structure of the C51 module. As I described above the die is mounted to the substrate using either eutectic or high-lead solder bumps. In addition, the space between the die and the substrate is underfilled with a specialized epoxy. This underfill couples the die and substrate mechanically in a manner that is more complete than that provided by the solder bumps alone. This helps spread the stresses that accompany thermal expansion and contraction of the die and substrate, thus improving the reliability of the die to substrate connection.

Notebook computers, like all electronic devices, generate heat. This is due to the flow of electrical current in the various notebook components and is an unavoidable fact of electronic system operation. In notebooks, the heat of operation is highly concentrated and because the physical arrangement is very compact, engineers must manage thermal conditions within the notebook. This is done by using various combinations of heat sinks, heat pipes and fans. Fans are used to bring room temperature air into the notebook to aid in cooling [see, e.g., Companion, p. 313, 319-320, 324-325].

Modern notebooks control the fan speed to maintain the temperature of the notebook components (primarily the CPU, north bridge and graphics processor) within a defined operating range. Fan speed is controlled by the system BIOS based on the current operating conditions and temperature of the system. Using an active fan control method (as opposed to simply running the fan at a maximum speed all the time) provides a means to compensate for both usage and current

---

[6] Here I am referring to the current temperature of the C51 chip, the wireless card and other system board components. These temperatures are, in turn, affected by the current usage of the notebook and the environmental temperature, among other factors.

environmental conditions. The ability of air from the environment near the notebook to cool the device depends upon the temperature of the ambient air and to a certain extent on altitude where it is operating [see, e.g., Reliability Handbook, chapters 16, 17]. Usage also plays a big role in the operating temperature of the notebook. Applications like games and graphics can place a heavy computational load on the CPU and the graphics processor. This translates into more heat generation and to a higher operating temperature.

There are at least two factors to consider with respect to thermal management in electronic devices. The first is the operating temperature at which electronic devices run. It is well known that the rate of failure of electronic devices increases with increased operating temperature [see, e.g., Reliability Handbook, pp. 12.19-20; Companion, p. 309; Renesas Handbook, pp. 23-25, 44-46]. A second important factor is that temperature changes (i.e. thermal cycling) may manifest itself as notebook failures because it leads to mechanical stresses [see, e.g., Reliability Handbook, chapter 12; Renesas Handbook, pp. 41, 46-47]. In the case of thermal cycling the temperature range over which the device cycles is correlated with device lifetime. Generally speaking, the wider the temperature range of thermal cycling the shorter the device life time.

These factors, operating temperature and thermal cycling, are well understood in general terms by engineers who design devices and thermal management solutions. For example, one evaluation approach is to test devices at highly elevated temperatures, determine the failure rate and then to use predictive equations to determine the expected lifetime at normal operating temperatures [see, e.g., Reliability Handbook, chapter 12]. Similarly, newly developed devices are typically subjected to extreme temperature cycling and an analysis of the failure rates is be used to predict the expected lifetime when the device is later used within a much smaller temperature range. For example, my understanding is that during the development phase the NVIDIA C51 device was subjected to industry standard testing and analysis, including thermal cycling from -55° C to +125 ° C.

My understanding is that HP has identified thermal cycling through a very narrow range temperature range to be the root cause of the solder bump cracking that caused some wireless failures of some Atlantis and Apollo notebooks [see, e.g., Hodge Depo. 161:7-163:18, 164:20-165:6].

My understanding based on discussions with Mr. Hodge is that the epoxy underfill undergoes a change from a solid (glass-like or "brittle") state to a more flexible state in a temperature range that overlaps to some extent the typical temperature range of notebook operation when the device is not in heavy use. Continual cycling through this range places stress on the die that is quite different than that predicted from industry standard testing and modeling [see Hodge Depo. 84:24-85:7]. This stress may cause cracking in the solder balls at the boundary between the eutectic solder material[7] and the high-lead bump, cracking that in turn may, in some cases, cause the PCI-E signal lines to the wireless card to open in an intermittent manner. The failure symptom is similar to the C51 pressure issue discussed above in that the connections at the corner of the die are more susceptible to failure[8], although the root cause of the failure is different.

Counter intuitively, operation outside of a relatively narrow critical temperature range, even operation at substantially elevated temperatures does not lead to this failure mode. For example, Mr. Hodge described one test that HP performed using specialized BIOS and an external cooling fan where 40 notebooks were rapidly thermal cycled between room temperature and 85° C and

---

[7] Although the use of eutectic solder bumps was terminated after the root cause analysis of the C51 pressure issue, the manufacturing process still used a eutectic solder paste together with the high-lead solder bumps to form the connection between the C51 die and the substrate.

[8] The PCI-E lines connecting to the wireless card are located at one corner of the die. Therefore, one of the ways that cracking of the die bumps may manifest is as a failure of the wireless card to be identified by the device manager.

Case No. 07-CV-05793 (JW)     11     EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.

back with a pause of 10 minutes at 85° C. Each cycle was of 15 minutes duration. Even after 8,000 such cycles on each notebook there were no failures. This type of thermal cycling is far more severe than any user could possibly induce through normal usage [see, e.g., Hodge Depo. 161:7-163:18, 164:20-165:6].

Activation of the thermal cycling failure mode depends upon continual operation in a very narrow range of temperatures. Operation above or below the critical temperature range does not induce the failure. In particular, and somewhat counter intuitively, heavy usage (e.g. gaming or graphics) may cause the temperature to rise to as much as 85° C, but because this is outside of the narrow temperature range it will not likely lead to failure of the C51 north bridge [see, e.g., Hodge Depo. 164:24-165:6]. Similarly, systems operating below the narrow temperature range are not likely to experience an elevated rate of failures [Hodge Depo. 161:7-162:15]. For example, systems with UMA graphics (Unified Memory Architecture, where all graphics is performed on the north bridge) are less susceptible to this failure mode because their thermal cycling occurs approximately 5° C below that of the notebooks using discrete graphics and thus is further from the critical temperature range.

In early December of 2007, HP released BIOS version F.3D to address the thermal cycling issue [see, e.g., Hodge Depo. 164:20-165:6]. This BIOS release prevents the notebook from operating continuously in the narrow temperature range by operating the fan continuously. This has the effect of maintaining the notebook temperature below the critical temperature at idle. My understanding from discussions with Mr. Hodge is that with the BIOS F.3D update and under normal field usage the notebook would not cycle continuously with in the critical temperature range unless a user wrote software specifically designed to bypass the operation of the BIOS. Because the F.3D BIOS prevents thermal cycling through the narrow temperature it is effective at preventing the thermal cycling issue.

My understanding from discussions with Mr. Hodge is that HP, later, after ultimately identifying the root cause, confirmed that the F.3D BIOS is effective at preventing the thermal cycling behavior. HP cycled a group of 25 notebooks from off to idle in a 30 minute cycle. During 80% of the cycle (or approximately five thermal cycles), the notebooks was allowed to operate in idle. For the remaining 20% of the cycle the notebooks were allowed to cool to room temperature. After 4/5th of the notebooks failed the BIOS F.3D was applied. Continued operation of the remaining notebooks with BIOS F.3D did not result in new failures. The implication of this test is that BIOS F.3D changes the nature and operation of the computer in such a way that it will substantially reduce the probability of future failure for a unit that has yet to experience the thermal cycling induced bump failure [see, e.g., Hodge Depo, 162:20-163:18].

It is my further understanding that NVIDIA transitioned the C51 chips back to eutectic solder material around July of 2008 [see, e.g., Hodge Depo. 88:8-17][9]. My understanding is that the eutectic solder bumps are far less susceptible, if at all, to the stresses induced by the thermal cycling issue as compared to the previously used high lead bumps[10].

The thermal cycling issue will not affect every notebook owner due to varying individual

---

[9] Although the "NVIDIA Pressure Issue" discussed earlier was related to the use of the eutectic solder bumps, the underlying cause of those failures was excessive force during insertion into the tester. Because the tester insertion force was reduced the eutectic solder bumps are no longer susceptible to failure during the manufacturing and test process (see footnote 5, above).

[10] My understanding of this issue is that the melting point of the high lead solder bumps is somewhat higher than that of the eutectic solder bumps. The eutectic solder paste used during the reflow process melts at a temperature very close to that of the eutectic bumps, but lower than that of the high lead bumps. As a result the eutectic solder paste in combination with the eutectic solder bumps forms a stronger bond and is better able to resist cracking at the boundary between the reflowed solder paste material and the bump material.

Case No. 07-CV-05793 (JW)     12     EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.

circumstances and the application of HP's solutions. For example, for those notebook owners who have not yet experienced a wireless issue, the application of BIOS F.3D will greatly reduce the possibility of future issues related to thermal cycling. If a notebook purchaser received a new C51 north bridge, either through system board replacement or chip replacement, they would not be subject to the thermal cycling issue in the future. Thus, to determine whether any particular purchaser experienced the thermal cycling issue or would be likely to experience this issue in the future would require an examination of their notebook and individual circumstances of its manufacture and repair.

## VIII. Varying User Experiences

Having carefully reviewed the technical evidence, which I have outlined above, it is my opinion that the loss of wireless connectivity alleged by the plaintiffs has not and will not affect all Atlantis and Apollo notebook owners. This is for at least the following reasons:

- Notebooks were manufactured at different points in time
- Notebooks were purchased with different configurations
- Purchasers make different use of their systems
- Systems that have been tendered for repair have been repaired in different ways

Because of these reasons it would be necessary to look at each notebook individually to determine if it had failed and, if so, why it failed.

### A. General Observations

As a general matter, there is no technical reason why all of the purchasers of Atlantis or Apollo notebooks have experienced or would experience a loss of wireless capability of the notebook. Even if a customer does experience a failure it would not necessarily be related to the operation of the notebook.

While some Atlantis and Apollo notebook owners claim to have experienced wireless problems it also is clear that the nature of the problems varied, and, in any event, did not affect every user. In addition, many users who had notebooks repaired would not experience future failures because, as I explained above, satisfactory solutions have been found for the three issues I have discussed above.

All of the wireless failure modes related to the three particular wireless issues discussed above have been analyzed in a competent manner. In my view, it is clear that the manifestation of symptoms from these issues will be statistical in nature, that is to say, not every purchaser has experienced or will necessarily experience any of these failures. Consider the signal level issue discussed above. For some period of time, notebooks shipped from Quanta were set to the minimum PCI-E signal level [see, e.g., Hodge Depo, 83:18-84:18]. However, it is clear that not every notebook failed to operate properly. This is because the manifestation of this issue depends upon the particular combination of C51 north bridge, system board, connector, wireless card and probably several other factors (including aging and usage). Whether any particular combination has all the physical variation in the "wrong" direction is a matter of chance and not certainty [see, e.g., Hodge Depo, 89:25-91:3].

Unlike many other notebook functions, wireless capability in a notebook depends upon factors external to the notebook. For example, the user must have a wireless connection point within

range, the wireless path must not be obscured or shielded, the wireless connection point must be properly configured and the connection to the internet service provider must be active. Thus, it is possible that some users who experience a lack of wireless connectivity may have a perfectly functional notebook.

### B. Manufacturing Differences

For the most part, Atlantis and Apollo notebooks were manufactured at different points in time over approximately 18 months. The components and BIOS included in a notebook at the time of manufacture will influence the likelihood that a user would experience a failure, much less the particular failure alleged by the plaintiffs. Specifically, the NVIDIA pressure issue will only affect those notebooks manufactured during the period of time when those parts were used. These notebooks represent a limited portion of the total manufactured notebooks sold in North America. Furthermore, notebooks repaired would use different components depending on the time of repair and therefore these issues would no longer be present in the repaired systems.

Similarly, manufactured and repaired products were loaded with different BIOS versions at different points in time. With respect to the marginal signal level issue discussed above any notebook loaded with a version of BIOS F.3A or later, whether at the time of manufacture or repair, would no longer experience a wireless failure due to a marginal signal level.

The thermal cycling issue only could affect some Atlantis and Apollo users with a high lead C51 chip. Even for those users there is no certainty that they will ever experience a problem. Furthermore, the Atlantis and Apollo notebooks manufactured or repaired beginning December 2007 will contain the BIOS F.3D that will prevent thermal cycling in the critical temperature range. Even others receiving a repair after October 2008 would have received a C51 chip manufactured with the eutectic material set and should not experience the thermal cycling issue because the eutectic solder bump material in combination with the eutectic solder paste reacts differently to thermal cycling than high-lead solder bumps.

### C. Notebook Configurations

The particular notebook configuration that a user has is an important factor in whether they will experience a wireless failure due to the thermal cycling. Notebooks draw varying amounts of power depending upon their precise configuration and the amount of power they draw influences the temperature profile. There are at least two configuration factors which influence the power dissipation of the notebook: processor type, optional graphics. Atlantis and Apollo notebooks were configured with different processors, such as the AMD Turion 64 (25 watts) or the Sempron (35 watts). The particular processor selected will influence the thermal profile of the system. Furthermore, notebooks may optionally include (or not include) the G3 graphics accelerator, of which there are two types, one for the 15-inch screen and one for the 17-inch screen.

With respect to the thermal cycling issue, it is my understanding that the presence of a graphics processing unit (GPU) influences the notebook's thermal profile. It is my understanding from my discussions with Mr. Hodge that fewer thermal cycling failures were observed in UMA configures systems relative to the GPU or discrete models. Thus, a proper analysis of susceptibility to failure will require analysis of the particular configuration a notebook owner has.

### D. Individual Usage Patterns

As I discussed above wireless failures due to thermal cycling are highly dependent upon the individual usage of the system. If a system operates above or below a critical temperature range wireless failures of the type associated with thermal cycling are unlikely. For systems which spend large fractions of their time in sleep mode or turned off (i.e. the profile of an occasional user) the notebook temperature will be below the critical temperature and will not likely experience a thermal cycling failure. For those users who make heavy continuous use of the notebook (i.e. gaming or entertainment) the notebook temperature will often operate above the critical temperature. Testing has shown that elevated temperatures, even those at the design limit, will not lead to the thermal cycling induced bump failure.

### E.    Repair History

Efforts by HP to provide a solution to the issues described above included repairing customer notebooks either through the standard limited warranty or through the limited warranty enhancement program. My understanding is that over 200,000 notebooks were repaired under these programs. The particular repair provided depended upon testing and the point in time when the unit was repaired. For instance my understanding from discussions with Mr. Hodge is that from August to November 2007 returned boards were repaired by either installing a new NVIDIA C51 chip or by reflowing (i.e. controlled reheating) the connection between the substrate and the system board. Boards were also upgraded to the most current BIOS, which in some cases includes BIOS F.3A. Starting December 2007, replacement boards were fitted with a new NVIDIA C51 chip and upgraded to BIOS F.3D. Finally, starting October 2008 discrete units (i.e. GPU units) received a new C51 chip manufactured with eutectic solder bumps. Beginning December 2008, UMA units received a new C51 chip with the eutectic solder bumps[11]. Each form of the program repair as it evolved over time is effective, including for the different reasons described above. Units repaired with NVIDIA chip sets based on eutectic solder bumps should not experience an unusual future failure rate. Those units repaired with C51 modules using high-lead bumps but with BIOS F.3D would have a greatly reduced probability of experiencing a future wireless failure. In any case, for those customers whose notebooks were repaired determining their likelihood of a future wireless failure would require a review of the individual repair history and usage environment.

In summary, based on my understanding of the three wireless issues related to the Atlantis and Apollo product line it is clear that any determination of whether a particular notebook would experience, or would be likely to experience, a wireless failure (or unusually high likelihood of such a failure) would require a determination of at least that notebook's configuration, it's time of manufacture, it particular usage and it's repair history.

---

[11] I understand these changes may not have applied to a limited number of Atlantis units submitted for repair between May 2009 and February 2010 (fewer than 1100), which may have received a reflowed C51 chip and the F.3D BIOS rather than a new chip with eutectic bumps. Although it is possible that this repair may have been effective for a particular customer, I am not offering, at present, an opinion on the adequacy of this repair.

Case No. 07-CV-05793 (JW)    15    EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Sunnyvale, California on April 10 , 2010.

By *Charles J Neuhauser*
Charles J. Neuhauser, Ph.D.

10 Apr 2010

Case No. 07-CV-05793 (JW)                16                EXPERT REPORT OF
                                                           CHARLES J. NEUHAUSER, PH.D.

# **PROOF OF SERVICE**

I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **EXPERT REPORT OF CHARLES J. NEUHAUSER, PH.D.**, previously filed under seal on April 13, 2010, to be electronically filed and served upon the persons named below via the ECF system. This document is available for review and downloading from the ECF system.

MICHAEL F. RAM
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

MARC H. EDELSON
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
Facsimile: 215-230-8735

JEFFREY L. KODROFF
jkodroff@srkw-law.com
JOHN A. MACORETTA
jmacoretta@srkw-law.com
SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

Attorneys for Plaintiffs

Dated: June 3, 2010           By:   /s/ Kristofor T. Henning
                                    Kristofor T. Henning