# EXHIBIT A

## Summary of Materials Reviewed

Declaration of Eric A. Langberg in Support of Plaintiffs' Motion for Class Certification and Exhibits, May 3, 2010 (the "Langberg Report").

Handbook of Reliability Engineering and Management, Second Edition, W. Gran Ireson *et. al*, McGraw-Hill, ISBN 0-07-012750-6,1996 (the "Reliability Handbook").

PCI Express System Architecture, Ravi Budruk *et. al*, Mindshare, Inc., ISBN 0-321-15630-7, 2003.

Semiconductor Reliability Handbook, Rev. 1.01, Renesas Technology, ISBN REJ27L0001-0101, 2008 (the "Renesas Handbook").

The Circuit Designer's Companion, Tim Williams, Publisher Newnes/Elsevier, ISBN 97-0-7506-6370-0, 2005 (the "Companion").

PC Intern, The Encyclopedia of Systems Programming, Michael Tischer and Bruno Jennrich, Abacus, ISBN 1-55755-304-1, 1996 (the "PC Intern").

Deposition of Norma Nussbaumer and Exhibits, December 9, 2009 (the "Nussbaumer Depo.").

Deposition of Hunt Hodge and Exhibits, December 10, 2009 (the "Hodge Depo.")

Deposition of Stephen G. Shifflette and Exhibits, January 5, 2010 (the "Shifflette Depo.")

Deposition of Amy E. Fromkin and Exhibits, January 8, 2010 (the "A. Fromkin Depo.").

Deposition of Nathan Nygren and Exhibits, January 6, 2010 (the "Nygren Depo.").

Deposition of Jeanette Reuter-Fromkin and Exhibits, January 8, 2010 (the "J. Fromkin Depo.").

Atlantis 1.0, Apollo 1.0, Plan-of-Record Marketing, Hewlett-Packard Development Company, L.P., 10 pages, 2005, (the "HP-POR").

Atlantis 1.X Issues Summary, Product Engineering, October 17, 2007, HPNYGREN0004065-4121.

Atlantis/Apollo Block Diagram, Project AT8, 39 pages, Quanta Computer, Inc. May 10, 2006 (the "Quanta Block Diagram I").

Atlantis/Apollo Block Diagram, Project AT8, 39 pages, Quanta Computer, Inc. July 8, 2006 (the "Quanta Block Diagram II").

1

802.11G PCI Express Mini Card Wireless LAN, 395261, 24 pages, November 8, 2005, Hewlett-Packard (the "Wireless Specification I").

MDM, Minicard WLN80211ABG LJ, 395263, 28 pages, November 8, 2006, Hewlett-Packard (the "Wireless Specification II").

Maintenance and Service Guide, HP Pavilion dv 6000 Notebook PC, Document Part Number: 416618-002, Hewlett-Packard Development Company, L.P., August 2006 (the "Pavilion Guide").

HP Forum Posts

Product Specifications for HP notebook computers

Plaintiffs' Notice of Motion and Motion for Class Certification (and Exhibits), Northern District of California (San Jose), Case No. 07-05793, May 3, 2010, (the "Motion for Class Cert.").

E-mail Communications