HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>   v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>       Defendant. | Case No. 07-CV-05793 (JW)<br><br>**DECLARATION OF NORMA NUSSBAUMER IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:<br><br>Date:     May 24, 2010<br>Time:    9:00 a.m.<br>Before:   Honorable James Ware<br>Courtroom: No. 8, 4th Floor<br>           San Jose<br><br>Action Filed:   November 14, 2007<br>Trial:         October 5, 2010 |

I, Norma Nussbaumer, hereby declare as follows:

1.     I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration in Support of Hewlett-Packard Company's ("HP's") Opposition to Plaintiffs' Motion for Class Certification ("Declaration").  Since September 2006, I have been Manager of the Program Management team within the Notebook Quality, Service & Customer Experience division of HP's Personal System Group ("PSG") located in Houston, Texas.  I have been located in HP's Houston, TX facility for that entire time.  I am authorized to make this Declaration on HP's behalf.  Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration, and, if called to do so, would and could testify to the matters stated herein.

2.     HP's Program Management ("PM") team implements and administers customer support solution programs.  The PM team likewise is tasked with creating and disseminating any customer communication, description and notification efforts regarding such customer support programs.

3.     I understand that the plaintiffs have sued HP over its Atlantis and Apollo code-named computers.  In my capacity as Manager of the PM team, I supervised the planning, notification and execution of the Limited Warranty Enhancement Program (the "Program") HP implemented for those computers to provide free repairs to customers experiencing certain symptoms (including certain wireless failures) for two years following purchase.  The Program is described at www.hp.com.[1]  An explanation of the Program and events leading to the Program follows.

4.     HP continues to monitor its products after launch, and Atlantis and Apollo notebooks were treated no differently.

5.     Before the Program, HP released a BIOS update (F.3A) for Atlantis and Apollo notebooks.  On October 22, 2007, HP Total Care posted notice of the F.3A BIOS update on an HP on-line forum discussing Atlantis and Apollo wireless connectivity:

---

[1] *See* http://h10025.www1.hp.com/ewfrf/wc/document?docname=c01087277&lc=en&cc=us.

Case No. 07-05793 (JW)                      2              DECLARATION OF NORMA NUSSBAUMER ISO
                                                           HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
                                                           CLASS CERTIFICATION

1
2
3

> I'm sorry some of you are having trouble with your wireless WLAN not detecting your wireless network and not displaying in your device manager. The issue appears to be affecting AMD based Dv6000, v6000 and Dv9000 notebooks running Microsoft Windows Vista. *We've got a BIOS update and some instructions on getting this resolved.*

4
5
6

(emphasis added). The posted notice regarding the F.3A BIOS update was drafted and released in a collaborative effort from Texas, Oregon and other non-California locations.

7
8
9

6.     On November 3, 2007, HP Total Care posted an update to that forum explaining the F.3A BIOS update and instructing customers to contact HP's customer support hotline if it did not resolve their particular wireless failure:

***

10
11

> Now I realize that some of you have tried the BIOS fix that we have asked you to try and it has not worked in some cases.

12
13
14
15
16

> However, the reason we asked you to try the BIOS fix is because from conducting our own tests, we believe that some of the wireless problems may be solved by updating the BIOS with the Softpaq 36551. Now before some of you jump all over me, we completely recognize that not all issues may be resolved with this update (as some of you have pointed out), but it is important to try it as part of the troubleshooting process. So, we would really appreciate it if you would give it a try, especially if you believe your notebook to be affected by this issue.

17
18
19

> The reason for the BIOS fix is that the internal WLAN card may not work because the signal amplitude on the internal bus to the chipset is too low. As a result, the wireless card and the motherboard cannot communicate. By downloading Softpaq 36551, it is possible to boost the amplitude of the signals on this bus and thereby solve some WLAN issues.

20

> Here is the link: ftp://ftp.compaq.com/pub/softpaq/sp36501-37000/sp36551.exe

21
22
23
24

> If the issue does not stem from low amplitude, it could also be an issue between the system board and the wireless card as some have pointed out on this board. That said, it is unlikely that replacing the wireless card will solve the issue, so please do not do this. Historically it is more likely that a system board issue would cause this type of problem, than an issue with the wireless card. So, if Softpaq 36551 doesn't help, the next step is to call 800-HP-Invent for additional help.

25
26
27
28

> As mentioned earlier HP is working around the clock on this issue. Engineers are reading the posts and have actually printed them out to bring them into meetings to discuss them. So, please keep posting your feedback with as much detail as possible. The following information helps us recreate the problem and work on fixing it:
> - The exact model number (Examples of model numbers are: dv6001xx or

DECLARATION OF NORMA NUSSBAUMER ISO
HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

dv9090xx)
- The edition Vista or XP you are running
- The details of the problem

I hope you find this information helpful. I do want to point out that although this is an important issue and has a tremendous amount of attention inside of HP, it only affects a very small percentage of notebooks out in the market . . . .

The updated forum post notice regarding the F.3A BIOS update was drafted and released in a collaborative effort from Texas, Oregon and other non-California locations.

7.      HP decided to implement the Program on approximately October 31, 2007.

8.      On November 15, 2007, HP posted a description of the Program on its website (www.hp.com).  A copy of the November 15, 2007 description is attached as Exhibit "A" hereto.

9.      As of November 15, 2007, the Program provided for free repairs to Apollo units with a dv9000 model number between dv90xx and dv93xx within a certain serial number range (xxx630xxxx-xxx728xxxx) and Atlantis units with certain dv6000 model numbers (models between dv60xx and dv63xx) or V6000 (models between V60xx and V63xx) within a defined serial number range (xxx625xxxx through xxx726xxxx).  *See* Exhibit "A" at 2 (describing eligible models).  One of the symptoms covered under the Program as of November 15, 2007 was a wireless failure characterized by the computer's inability to detect wireless networks or the wireless adapter in the computer's Device Manager.  *See Id.* (listing "[t]he notebook does not detect wireless networks and the wireless adapter is not detected in the Device Manager" among covered symptoms).

10.     The development, planning, and decision-making regarding the Program occurred exclusively in Texas.   The language of the Program that was posted on HP's website on November 15, 2007 was drafted exclusively in Texas.

11.     On or about March 1, 2008, HP posted the expanded Program description to its website.  *See* Exhibit B (March 2008 Program description).  The following units were added (by product SKU) as of that date:

| Model Series | Product Number |
|---|---|
| dv9000 | GA354UA |
| | GA355UA |
| | GA356UA |
| | GA358UA |
| | GA359UA |
| | GA361UA |
| | GD545AV |
| | GD574AV |
| | GL880UA |
| | GL885UA |
| | GL886UA |
| | GL887UA |
| | GL888UA |
| | GL889UA |
| | GL890UA |
| | GL891UA |
| | GL892UA |
| | RX944AV |
| | |
| dv6000 | GA442UA |
| | GA443UA |
| | GA444UA |
| | GA445UA |
| | GA447UA |
| | GA448UA |
| | GA449UA |
| | GA450UA |
| | GA454UA |
| | GA456UA |
| | GA458UA |
| | GD661AV |
| | RX945AV |
| | RX946AV |
| | GN202AV |
| | KA249UA |
| | KA250UA |
| | GL896UA |
| | GL909UA |
| | GL910UA |
| | GL911UA |
| | GL912UA |
| | GL913UA |
| | GL914UA |
| | GL915UA |
| | GL916UA |
| | GL917UA |

DECLARATION OF NORMA NUSSBAUMER ISO
HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

| v6000 | GA462UA |
|-------|---------|
|       | GD662AV |
|       | GL925UA |
|       | GL926UA |
|       | RX947AV |
|       | RX948AV |
|       | RX950AV |
|       | RX951AV |

12.    The development, planning, and decision-making regarding the Program's expansion occurred exclusively in Texas.  The language of the Program's extension that was posted on HP's website on March 1, 2008 was drafted exclusively in Texas.

13.    The Program provided for a free hardware repair (usually a motherboard replacement) and free shipping for twenty-four months after a customer's purchase. Exh. A at 2-3 ("If your notebook needs to be returned to HP for repair, the shipping costs are free.  HP will immediately send you a postage paid container in which to send in your computer, and we will pay the return shipping.").  *See* Exhibit "A" at 2-3.  If a customer who received a repair under the Program again experiences a covered wireless failure while still eligible under the Program, HP provides another free repair under the Program.  *Id.* (explaining the Program applies "for 24 months after the start of your original standard limited warranty, or 90 days after receiving your free repair, whichever is later").

14.    Under the Program, HP provides a free repair even if the wireless failure is determined not to be a motherboard issue.  So, if it is determined that the customer needed a new wireless card for instance, that customer would be given a free wireless card repair.

15.    In addition to the description on its website (Exhibit A), HP provided notice of the Program to its customers in several ways.

16.    On November 16, 2007, HP disclosed the Program on an on-line forum on its website where customers discussed Atlantis and Apollo wireless connectivity and included a link to the Program description:

> I just want to highlight that the program notice has been posted regarding this wireless issue.  If you are out of warranty and your product experiences the issue and falls in the defined product and serial number range, we will provide a repair at no charge in accordance with the following document.

http://h10025.www1.hp.com/ewfrf/wc/document?docname=c01087277&l

c=en&cc=us&dlc=en&product=1842189&lang=en

There is a list of FAQs in the program document. I would encourage you to read through those details. There is a special phone number for those of you who are out of warranty but now qualify for this service. This number is for US and Canada only. We have set aside special agents who can focus on this issue only, so we would expect a smoother experience for you if you fall into this category.

The content for the on-line post in one of its forums was drafted exclusively in Texas.

17.     In December 2007, HP – through a third-party vendor called YesMail – also sent a total of nearly 830,000 e-mails to Atlantis and Apollo customers who had registered their computer with HP providing notice of the Program.

18.     The first such e-mail was sent on December 3, 2007 to 237,328 registered customers within North America and included a link to the Program description on HP's website (Exhibit A):

*******************************************************************
                URGENT SUPPORT NOTIFICATION FROM HP
*******************************************************************

HP Limited Warranty Service Enhancement

HP has extended the existing service enhancement program[2] for certain HP Pavilion dv6000, HP Pavilion dv9000 and Compaq Presario V6000 series notebook PCs. You may be entitled to a free repair based on recent changes to this program.

HP records show that you have registered one of these products.
If you do own one of these products, HP suggests that you visit the web site below for additional details.

http://US-UrgentSupport.p08.com/u.d?yYGtvg1sal79YdnrK=0

*******************************************************************

19.     On December 14, 17 and 19, HP sent the following e-mail to more North American customers who had registered an Atlantis or Apollo unit:
*******************************************************************
                URGENT SUPPORT NOTIFICATION FROM HP
*******************************************************************
HP recently released a required new BIOS, version F.3d, in December for certain HP Pavilion dv6000, HP Pavilion dv9000 and Compaq Presario V6000 series

---

[2]     The Program first was launched in August of 2007 for an issue referred to internally as PQ1. The Program was expanded in November to include wireless failures.

DECLARATION OF NORMA NUSSBAUMER ISO
HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

notebook PCs. HP records show that you have registered one of these products. If you do own one or more of these products, the required new BIOS can be obtained by visiting:

http://US-UrgentSupport.p08.com/u.d?o4Gtvg1sakb9Ydk5l=30

HP Limited Warranty Service Enhancement

We also recently contacted you in reference to a service enhancement program for the above notebook PCs. If you have not yet reviewed the service enhancement program information, HP suggests that you visit the web site below for additional details.

http://US-UrgentSupport.p08.com/u.d?l4Gtvg1sakb9Ydk5q=0

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

20. The first link in the December 14, 17 and 19 e-mails; *i.e.*, http://US-UrgentSupport.p08.com/u.d?o4Gtvg1sakb9Ydk5l=30, allowed customers to interface with HP's website and input some basic information regarding their notebook (such as region and model number). Once that was completed, a download of BIOS update F.3D was made available to the customer.

21. The second link in the December 14, 17 and 19 e-mails; *i.e.*, http://US-UrgentSupport.p08.com/u.d?l4Gtvg1sakb9Ydk5q=0, routed the customer to the Program description attached as Exhibit "A" hereto.

22. The content of the e-mails sent in December 2007 was drafted exclusively in Texas.

23. The e-mail was sent to 198,339 registered customers on December 14, to 177,922 registered customers on December 17 and to 210,586 registered customers on December 19.

24. By the end of February 2008, HP sent another 141,073 e-mails to registered Atlantis and Apollo customers across North America disclosing the 2008 Program expansion:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                    URGENT SUPPORT NOTIFICATION FROM HP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HP recently released a required new BIOS, version F.3d, for certain HP Pavilion dv6000 and Compaq Presario v6000 series notebook PCs. To obtain important information about this new BIOS release, please visit the web site link at the bottom of this email.

Case No. 07-05793 (JW)                    8              DECLARATION OF NORMA NUSSBAUMER ISO
                                                         HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
                                                         CLASS CERTIFICATION

HP Limited Warranty Service Enhancement

HP has announced a service enhancement program for certain HP Pavilion dv6000, and Compaq Presario v6000 series notebook PCs.  Under certain conditions, you may be entitled to a free repair.

HP records show that you have registered one of these products.  If you do own one of these products, HP suggests that you visit the web site below for additional details about the HP Limited Warranty Service Enhancement and information on how to install the new BIOS release:

http://h10025.www1.hp.com/ewfrf/wc/genericDocument?lc=en&cc=us&dlc=en& docname=c01087277

25.    Like the prior e-mails, the embedded link routed customers to the Program description posted to HP.com at the time.

26.    During the week of March 11, 2008, HP sent another 89,284 e-mails to registered Atlantis and Apollo customers in North America providing a link to the Program and referencing the F.3D BIOS update:

*****************************************************************
URGENT SUPPORT NOTIFICATION FROM HP
*****************************************************************

HP recently released a required new BIOS, version F.3d, for certain HP Pavilion dv9000 series notebook PCs. To obtain important information about this new BIOS release, please visit the web site link at the bottom of this email.

HP Limited Warranty Service Enhancement
HP has announced a service enhancement program for certain HP Pavilion dv9000 series notebook PCs. Under certain conditions, you may be entitled to a free repair.

HP records show that you have registered one of these products. If you do own one of these products, HP suggests that you visit the web site below for additional details about the HP Limited Warranty Service Enhancement and information on how to install the new BIOS release:

Link:
http://h10025.www1.hp.com/ewfrf/wc/genericDocument?lc=en&cc=ca&dlc=en& docname=c01087277

27.    The content of the February and March 2008 e-mails was drafted exclusively in

1    Texas.

2         28.    Between the nearly 830,000 December 2007 e-mails and the more than 230,000

3    February 28 and March 11 e-mails, therefore, HP sent 1,054,532 e-mails to registered customers

4    providing notice of the Program.

5         29.    According to YesMail, a given e-mail address will receive one copy of a given e-

6    mail distribution even if that e-mail address appears in the list serve more than once. So, for each

7    distribution, the number of e-mails sent represents the number of unique e-mail addresses to

8    which the e-mail was sent. Some customers, however, may have received more than one of the e-

9    mails described above.

10        30.    I asked YesMail to determine the number of "bounce-backs" it received for

11   undeliverable e-mails. According to YesMail's records, delivery failed for a total of 112,900 e-

12   mails (approximately 10.7% of the more than 1.05 million e-mails sent between December 3,

13   2007 and March 11, 2008).

14        31.    YesMail's records confirm that an e-mail providing notice of the Program was

15   successfully sent to the e-mail address "Nate@astonishment.org" on December 3, 2007.  *See*

16   Exhibit "C" (e-mail from YesMail confirming delivery).

17        32.    HP also used tools called "HP Update" and "HP Instant Support" to provide notice

18   of the Program. The content of the language in the HP Updates and HP Instant Support was

19   drafted exclusively in Texas.

20        33.    HP Update is a software tool pre-equipped on HP's notebooks that finds the latest

21   updates needed for HP software, drivers, firmware, BIOS, tools, and utilities as well as technical

22   content and notices. The first time customers use the notebook, they will be asked if they wish to

23   receive "HP Updates." If the customer answers "yes," then HP Update will scan the person's

24   computer every six or seven days. With regard to the Program, HP Update was able to scan

25   Atlantis and Apollo notebooks to determine Program eligibility. If the unit was covered, a text

26   box appeared on the computer screen that, *inter alia*, provided a link to the Program description

27   on HP's website.

28        34.    HP Instant Support is a tool available through HP.com that allows customers to

Case No. 07-05793 (JW)                10    DECLARATION OF NORMA NUSSBAUMER ISO
                                            HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
                                            CLASS CERTIFICATION

1    scan their notebooks to determine whether any service issues have been identified for that model.

2    If a customer with a Program-eligible unit utilized HP Instant Support, a message with a link to

3    the Program description on HP's website would have displayed on his/her notebook screen.

4          35.    HP launched and expanded the Program to provide an additional level of repair to

5    customers beyond the repairs available under their HP Limited Warranty.

6          36.    Moreover, under the Program, the call centers for customers within the United

7    States were mainly located outside the United States, primarily in India. In any event, there were

8    no customer call centers located in California.

9          37.    Plaintiff Nathan Nygren's telephone calls to HP regarding his notebook computer

10   were routed to consumer call centers in Idaho and India.

11         38.    Plaintiff Stephen Shifflette's telephone calls to HP regarding his notebook

12   computer were routed to consumer call centers outside of the United States, including in India,

13   Canada, and the Philippines.

14         39.    Plaintiff Amy Fromkin's telephone calls to HP regarding his notebook computer

15   were routed to consumer call centers outside of the United States, namely to call centers in India.

16         40.    Since November 2007, the Program descriptions posted to www.hp.com registered

17   over 4.8 million "hits" and, the BIOS F.3D update had been downloaded 379,342 times as of

18   February 1, 2010.

19         I declare under penalty of perjury under the laws of the United States of America and the

20   State of California that the foregoing is true and correct. Executed on April 12, 2010, at Houston,

21   TX.

22

23

24                                                    Norma Nussbaumer

25

26

27

28

Case No. 07-05793 (JW)                      11        DECLARATION OF NORMA NUSSBAUMER ISO
                                                      HP'S OPPOSITION TO PLAINTIFFS' MOTION FOR
                                                      CLASS CERTIFICATION

1

**PROOF OF SERVICE**

2

    I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **DECLARATION OF NORMA NUSSBAUMER IN SUPPORT OF**

3

**HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, previously filed under seal on April 13, 2010, to be electronically

4

filed and served upon the persons named below via the ECF system.  This document is available for review and downloading from the ECF system.

5

6

MICHAEL F. RAM

7

mram@ramolson.com

RAM & OLSON LLP

8

555 Montgomery Street, Suite 820

San Francisco, CA 94111

9

Telephone: 415-433-4949

Facsimile:  415-433-7311

10

11

MARC H. EDELSON

medelson@edelson-law.com

12

EDELSON & ASSOCIATES, LLC

45 W. Court Street

13

Doylestown, PA 18901

Telephone:  215-230-8043

14

Facsimile:  215-230-8735

15

JEFFREY L. KODROFF

16

jkodroff@srkw-law.com

JOHN A. MACORETTA

17

jmacoretta@srkw-law.com

SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.

18

1818 Market Street, Suite 2500

19

Philadelphia, PA 19103

Telephone: 215-496-0300

20

Facsimile:  215-496-6611

21

Attorneys for Plaintiffs

22

23

Dated:  June 3, 2010            By:   /s/ Kristofor T. Henning    

24

                                Kristofor T. Henning

25

26

27

28