HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 07-CV-05793 (JW)<br><br>**DECLARATION OF TROY WILLIAMS IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:<br><br>Date: May 24, 2010<br>Time: 9:00 a.m.<br>Before: Honorable James Ware<br>Courtroom: No. 8, 4th Floor<br>San Jose<br><br>Action Filed: November 14, 2007<br>Trial: October 5, 2010 |

I, Troy Williams, hereby declare as follows:

Case No. 07-05793 (JW)     1     DECLARATION OF TROY WILLIAMS ISO HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Troy Williams, hereby declare as follows:

1. I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration in Support of Hewlett-Packard Company's ("HP's") Opposition to Plaintiffs' Motion for Class Certification ("Declaration"). I am the Manager of the North America Consumer Laptop Service Operations team under HP's Personal System Group ("PSG") and am authorized to make this Declaration on HP's behalf. I have held this position since March 1, 2004 and have been located in Houston, Texas the entire time. Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration, and, if called to do so, would and could testify to the matters stated herein.

2. As Manager of the North America Consumer Laptop Service Operations team, I monitor HP's North America based repair depots, including repair method, part consumption, and other quality control metrics. My duties over this time have included oversight of the Atlantis and Apollo model series notebook repair efforts.

3. U.S. customers submitting an Atlantis or Apollo notebook for a system repair – be it an in-warranty repair, a limited warranty enhancement program repair, or an out-of-warranty repair – would send their notebook to one of several depots within the United States.

4. Atlantis customers interfacing with HP for a repair submit their unit to Nashville, TN, representing approximately 98% of all Atlantis repairs. Apollo customers interfacing with HP for a repair submit their unit to Fremont, CA.

5. Atlantis and Apollo notebooks submitted for repair through one of HP's retail partners and/or authorized service providers may be routed either to Brooks, KY or Chino, CA, with fewer than 2% routed to certain other locations.

6. Approximately 76% of combined Atlantis and Apollo notebooks receiving a repair are repaired outside of California.

7. The standard practice is that motherboards removed from an Atlantis or Apollo notebook are returned to China for repair. Replacement motherboards likewise are received from China.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on April 9, 2010, at Houston, Texas.

_____
Troy Williams

**PROOF OF SERVICE**

I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **DECLARATION OF TROY WILLIAMS IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, previously filed under seal on April 13, 2010, to be electronically filed and served upon the persons named below via the ECF system. This document is available for review and downloading from the ECF system.

MICHAEL F. RAM
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

MARC H. EDELSON
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
Facsimile: 215-230-8735

JEFFREY L. KODROFF
jkodroff@srkw-law.com
JOHN A. MACORETTA
jmacoretta@srkw-law.com
SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

Attorneys for Plaintiffs

Dated: June 3, 2010      By:   /s/ Kristofor T. Henning
                                    Kristofor T. Henning

Case No. 07-05793 (JW)

PROOF OF SERVICE - REFILED WILLIAMS DECLARATION IN SUPPORT OF CLASS CERTIFICATION OPPOSITION