1   HOWARD HOLDERNESS (SBN 169814)
    MORGAN, LEWIS & BOCKIUS LLP
2   One Market, Spear Street Tower
    San Francisco, CA 94105
3   Telephone: 415.442.1000
    Facsimile: 415.442.1001
4   E-mail: hholderness@morganlewis.com
5
    KRISTOFOR T. HENNING (PAB 85047)
6   (Pro Hac Vice)
    FRANCO A. CORRADO (PAB 91436)
7   (Pro Hac Vice)
    MORGAN, LEWIS & BOCKIUS LLP
8   1701 Market Street
    Philadelphia, PA 19103
9   Telephone: 215.963.5000
    Facsimile: 215.963.5001
10  E-mail: khenning@morganlewis.com
    E-mail: fcorrado@morganlewis.com
11
12  Attorneys for Defendant
    HEWLETT-PACKARD COMPANY
13

14           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
15              SAN JOSE DIVISION

16  NATHAN NYGREN, STEPHEN          | Case No. 07-CV-05793 (JW)
17  SHIFFLETTE and AMY FROMKIN, on  |
    behalf of themselves and all others | **DECLARATION OF JAMES BRYAN
18  similarly situated,              | NORTON IN SUPPORT OF
                                     | DEFENDANT HEWLETT-PACKARD
19           Plaintiffs,            | COMPANY'S OPPOSITION TO
                                     | PLAINTIFFS' MOTION FOR CLASS
20      v.                          | CERTIFICATION**
21  HEWLETT-PACKARD COMPANY, a      | Hearing:
    Delaware corporation,            |
22                                  | Date:      May 24, 2010
            Defendant.              | Time:      9:00 a.m.
23                                  | Before:    Honorable James Ware
                                     | Courtroom: No. 8, 4th Floor
24                                  |            San Jose
25                                  | Action Filed:  November 14, 2007
                                     | Trial:         October 5, 2010
26
27
28

Case No. 07-05793 (JW)                    1         DECLARATION OF JAMES BRYAN NORTON ISO
                                                    HEWLETT-PACKARD COMPANY'S OPPOSITION TO
                                                    PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, James Bryan Norton, hereby declare as follows:

1.    I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration in Support of Hewlett-Packard Company's ("HP's") Opposition to Plaintiffs' Motion for Class Certification ("Declaration"). I am a Product Engineer Level 3 in the Category Support Group for Consumer Notebooks North America under HP's Personal System Group ("PSG") and am authorized to make this Declaration on HP's behalf. Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration, and, if called to do so, would and could testify to the matters stated herein.

2.    As a Product Engineer Level 3, my primary responsibilities include analyzing call center and field performance data, including for the Atlantis and Apollo series notebooks. I have held this role for almost 10 years and have been located in Houston, Texas that entire time.

3.    HP harvests this call center and field performance data from multiple sources. One such source is HP's customer call database.

4.    When an HP customer contacts HP's customer service hotline, a call entry is created within HP's customer call database. From July 2006 (when the first Atlantis/Apollo shipped) through August 2007, that database was known as iCare. Beginning August 2007, HP transitioned from iCare to the Astro database.

5.    I have analyzed the Atlantis and Apollo customer call case records from the Astro database for Atlantis and Apollo notebooks having received a motherboard replacement at any point to determine, of those units, the number that had lodged a call to HP's customer support hotline that was logged as a connectivity failure of any kind. As I would in the course of my normal business affairs, I asked Michael Anderson, HP IT Support, to extract all U.S. Atlantis and Apollo customer case records from the Astro database. This extraction yielded 1,3171,101[1] total case records.

6.    Then, using the same data mining techniques and applications that I regularly utilize in the ordinary course of my business (*i.e.*, using automated text mining to filter case records by subject matter), I was able to generate a search query separating out customer call case

---

[1]    This figure includes some case records originating from Canada.

Case No. 07-05793 (JW)                    2

records categorizing the customer's case as relating to connectivity (a category which is broader than internet failures and, in addition to wireless calls, also included calls relating to dial-up connections, LAN (*i.e.* plugged-in) connections and even Bluetooth connections, for instance). For all Atlantis and Apollo units, this resulted in 231,802 Atlantis connectivity related cases and 78,475 Apollo connectivity related cases dating back to August 2007. Multiple cases could be logged for some serial numbers.

7. Taking the set of unique Atlantis and Apollo serial numbers receiving at least one replacement motherboard from the Warranty Management System ("WMS") data extracted by Neil Rohr, I isolated all Astro call records corresponding to those unique serial numbers. I understand the technique that Mr. Rohr used to extract this data and regularly request similar extractions from him and other members of his team.

8. By taking the serial number corresponding to each call and filtering those serial numbers against the motherboard replacement data set discussed above, I was able to determine the number of units receiving a motherboard replacement that had ever been the subject of a call to HP's customer service hotline that was logged as one regarding connectivity. This returned 104,961 matches for Atlantis units and 35,151 matches for Apollo units for a total of 140,112.

9. Thus, of the 282,195 Atlantis/Apollo units that received a motherboard replacement, 140,112 of those units (or, 49.65% of 282,195) were the subject of calls to HP's customer service hotline that were logged as regarding *connectivity* – which itself is broader than wireless failures (or even internet failures of any kind) – since August 2007.

10. I understand from Mr. Gerald Larson, manager of the Notebooks Quality Business Intelligence team it is possible that the number of unique serial numbers receiving at least one motherboard replacement is understated by 22,363 units.

11. Assuming each of the 22,363 units is a unique serial number with a connectivity call in its history log, then the ratio described in ¶9 would rise to 53.34% (or, 162,475 with connectivity calls out of 304,558 unique serial numbers).

DECLARATION OF JAMES BRYAN NORTON ISO
HEWLETT-PACKARD COMPANY'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1      I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct to the best of my knowledge, information

3  and belief.  Executed on April 11, 2010, at Houston, Texas.

4

5

6                                      James Bryan Norton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-05793 (JW)                    4        DECLARATION OF JAMES BRYAN NORTON ISO
                                                   HEWLETT-PACKARD COMPANY'S OPPOSITION TO
                                                   PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1                                   **<u>PROOF OF SERVICE</u>**

2        I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing

3 document titled **DECLARATION OF JAMES BRYAN NORTON IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, previously filed under seal on April 13, 2010, to be electronically

4 filed and served upon the persons named below via the ECF system.  This document is available

5 for review and downloading from the ECF system.

6

7                            MICHAEL F. RAM

8                        mram@ramolson.com

                        RAM & OLSON LLP

9             555 Montgomery Street, Suite 820

                 San Francisco, CA 94111

10               Telephone: 415-433-4949

               Facsimile:  415-433-7311

11                    MARC H. EDELSON

12              medelson@edelson-law.com

           EDELSON & ASSOCIATES, LLC

13               45 W. Court Street

             Doylestown, PA 18901

14            Telephone:  215-230-8043

           Facsimile:  215-230-8735

15

16              JEFFREY L. KODROFF

             jkodroff@srkw-law.com

17             JOHN A. MACORETTA

           jmacoretta@srkw-law.com

18     SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.

         1818 Market Street, Suite 2500

19             Philadelphia, PA 19103

           Telephone: 215-496-0300

20           Facsimile:  215-496-6611

21 Attorneys for Plaintiffs

22

23 Dated:  June 3, 2010          By:   /s/ Kristofor T. Henning   

24                          Kristofor T. Henning

25

26

27

28