HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 07-CV-05793 (JW)<br><br>**DECLARATION OF GERALD LARSON IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:<br><br>Date:     May 24, 2010<br>Time:    9:00 a.m.<br>Before:  Honorable James Ware<br>Courtroom: No. 8, 4th Floor<br>                  San Jose<br><br>Action Filed:  November 14, 2007<br>Trial:              October 5, 2010 |

I, Gerald Larson, hereby declare as follows:

Case No. 07-05793 (JW)            1            DECLARATION OF GERALD LARSON ISO HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Gerald Larson, hereby declare as follows:

1. I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration in Support of Hewlett-Packard Company's ("HP's") Opposition to Plaintiffs' Motion for Class Certification ("Declaration"). I manage the Quality Business Intelligence team within the Notebooks division of HP's Personal System Group ("PSG") and am authorized to make this Declaration on HP's behalf. Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration, and, if called to do so, would and could testify to the matters stated herein.

2. My responsibilities as the manager of the Notebooks Quality Business Intelligence team include analyzing notebook field performance and warranty data and statistics, including the Atlantis and Apollo series notebooks that are the subject of this litigation.

3. The vast majority of HP's notebooks are purchased from retailers or other third-parties, and so HP does not know the exact number of notebooks actually purchased within the United States. HP does, however, track the number of computers shipped to its business partners and distribution channels.

4. HP's customer install base ("CIB") for a particular computer is the difference between the total number of computers HP shipped and the number of computers returned to HP that have not been sold to end users. There are 1,776,951 Atlantis/Apollo units in HP's CIB, including 512,220 Apollo and 1,264,731 Atlantis computers. Of these, 1,723,096 are UMA (or 96.97%) and the remaining 53,855 (3.03%) are discrete. This data was retrieved from HP's Warranty Management System (WMS) which is the worldwide system of record for compiling and reporting computer repair information from the field.

5. If a customer call to one of HP's customer service centers generates a service event, meaning a repair or modification that required either hardware or labor beyond the call to resolve the issue, then that service event description is captured in a separate database. Atlantis and Apollo service events are recorded in HP's Newton database. Likewise, if a customer uses an Authorized Service provider, such as Best Buy, that repair information also is entered into Newton. Summarized repair information from Newton is uploaded to WMS on a monthly basis.

6. Repair information is captured in the Newton and WMS databases by identifying the unit serial number, the warranty code and the type and quantity of parts used to make the repair.

7. Repair information from WMS can be analyzed to determine the number of motherboards consumed for Atlantis and Apollo repairs for which the customer was not charged. This type of analysis is frequently conducted by my team and falls within the scope of my responsibility.

8. By analyzing the number of unique unit serial numbers that used a motherboard during a unit repair, the Newton/WMS data also can be filtered to estimate the number of unique units that had received one or more free repairs. My team also has performed this type of analysis and this too falls within the scope of my job responsibility.

9. To perform this analysis, all of the motherboard replacement data for Atlantis and Apollo was pulled from WMS. These motherboard replacements were repairs granted either under HP's warranty or under HP's Limited Warranty Enhancement Program ("the Program") for Atlantis and Apollo notebooks. In total, HP consumed 340,099 motherboards for free motherboard repairs on Atlantis and Apollo notebooks. Free repairs include in-warranty repairs and Program repairs.

10. The WMS data then was evaluated to identify the number of unique serial numbers that had received one of these free motherboard replacements. As I would in the course of my normal business affairs, I asked Scott Rohr, a quality analyst on my team, to analyze the WMS data for this data. I personally verified his extraction procedure and analysis.

11. The search identified that 282,195 unique Atlantis and Apollo notebooks had a motherboard replaced during the period from July 2006 through December 2009. Because of the manner in which HP maintains its warranty data, however, this figure may be understated by as many as 22,363[1] units (22,660 UMA; 1,703 discrete). Even assuming the number of unique serial

---

[1] This figure is comprised of the free motherboard repairs for which it cannot be determined whether the repair was a first-time repair or a subsequent repair. In any event, the 22,363 motherboards used for these repairs already have been factored into the 340,099 motherboards discussed above. For purposes of estimating the number of unique serial numbers receiving at least one repair, I will presume that each was used on a first time repair although the actual

numbers is understated by the full amount, that would mean approximately 304,558 unique Atlantis and Apollo units received at least one free motherboard replacement during this time.

12. While 340,099 motherboards were used in free Atlantis/Apollo repairs, some units received a subsequent free repair. On average, 1.21 free motherboards were consumed per unique serial number receiving at least one repair assuming a baseline of 282,195 units (*i.e.*, 340,099/282,195). Adjusting for the potential 22,363 differential (as discussed in ¶11), the average falls to 1.12 motherboards per unique serial number (or, 340,099/304,558).

13. Thus, out of the 1,776,951 units in the Atlantis and Apollo CIB, between 1,472,393[2] (*i.e.*, 1,776,951 minus 304,558, or 82.86% of CIB) and 1,494,756[3] (*i.e.*, 1,776,951 minus 282,195, or 84.12% of CIB) units have never received a motherboard replacement (whether under the Program or otherwise) as of December 2009.

14. My team further examined the WMS repair data for both the UMA and the discrete Atlantis/Apollo configurations.

15. Out of 1,723,096 Atlantis/Apollo UMA units in HP's CIB, 262,642 (15.24% of UMA CIB; 14.78% of total CIB) received a free motherboard replacement. Only 22,322 UMA units (1.29% of UMA CIB; 1.25% Total CIB) ever received a subsequent motherboard replacement. Again, an additional 20,660 UMA repairs cannot be classified as either a first time or subsequent replacement (1.19% UMA CIB; 1.16% of total CIB).

16. Out of the 53,855 discrete Atlantis/Apollo units in HP's CIB, only 19,553 (or 36.30%) received at least one free motherboard replacement. 5,495 received more than one free motherboard replacement (*i.e.*, 28.10 % of repaired units; 10.20% of discrete CIB). Again, an additional 1,703 discrete Atlantis/Apollo repairs cannot be classified as either a first time or subsequent replacement (*i.e.*, 3.16% discrete CIB; 0.10% of total CIB).

17. I also sorted the above described WMS data to determine how many Atlantis/Apollo motherboard replacements occurred after a given point in time. Using this date filter, I was able to determine that over 240,000 first-time Atlantis/Apollo repairs have received a

---

number likely is far less.
[2] Presuming 304,558 received at least one motherboard repair (*see* ¶11).
[3] Presuming 282,195 received at least one motherboard repair (*see* ¶11).

free motherboard since December 7, 2007.[4]  Since that time, over 280,000 Atlantis/Apollo motherboards were used for free repairs.

18.  Since October 23, 2008, over 3,000 Atlantis/Apollo discrete units received a first-time free motherboard replacement.  Since that time, over 5,330 Atlantis/Apollo discrete motherboards were used for free repairs.

19.  Since December 7, 2008, over 105,000 Atlantis/Apollo UMA units received a first-time free motherboard replacement.  Since that time, approximately 117,000 Atlantis/Apollo UMA motherboards were used for free repairs.

20.  Since May 1, 2009, over 29,000 Atlantis motherboards have been replaced.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 10, 2010, at Houston, Texas.

*Gerald Larson*
Gerald Larson

---

[4] Conversely, around 32,000 received a motherboard before December 2007.

**PROOF OF SERVICE**

I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **DECLARATION OF GERALD LARSON IN SUPPORT OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, previously filed under seal on April 13, 2010, to be electronically filed and served upon the persons named below via the ECF system.  This document is available for review and downloading from the ECF system.

MICHAEL F. RAM
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile:  415-433-7311

MARC H. EDELSON
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone:  215-230-8043
Facsimile:  215-230-8735

JEFFREY L. KODROFF
jkodroff@srkw-law.com
JOHN A. MACORETTA
jmacoretta@srkw-law.com
SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile:  215-496-6611

Attorneys for Plaintiffs

Dated:  June 3, 2010           By:     /s/ Kristofor T. Henning
                                       Kristofor T. Henning

Case No. 07-05793 (JW)

PROOF OF SERVICE  - REFILED LARSON DECLARATION IN SUPPORT OF  CLASS CERTIFICATION OPPOSITION