MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  hholderness@morganlewis.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,,<br><br>Defendant. | Case No. 07-05793 JW<br><br>**DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 14, 2010<br>Time:   9:00 a.m.<br>Place:  Courtroom 8, 4th Floor<br>Before: Honorable James Ware |

I, Kristofor T. Henning, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and am admitted Pro Hac Vice in this Court in the above-captioned

1. matter. I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for Defendant, Hewlett-Packard Company ("HP"). I make this declaration of my own personal knowledge.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the November 19, 2009 Order GRANTING in Part and DENYING in Part Defendant's Motion To Dismiss and DENYING Defendant's Motion to Strike in the Nvidia GPU Litigation.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of the May 28, 2009 Order GRANTING in Part and DENYING in Part Defendant's Motion to Dismiss.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of the October 24, 2008 Order GRANTING in Part and DENYING in Part Defendant's Motion to Dismiss With Leave to Amend.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of HP's Limited Warranty. This document is numbered HPNYGREN0020888 through HPNYGREN0020907.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of the Declaration of Norma Nussbaumer previously submitted in support of HP's Opposition to Plaintiffs' Motion for Class Certification (Docket Number 146).

7. Attached as Exhibit 6 to this declaration is a true and correct copy of the Declaration of Gerald Larson previously submitted in support of HP's Opposition to Plaintiffs' Motion for Class Certification (Docket Number 148).

8. Attached as Exhibit 7 to this declaration is a true and correct copy of excerpts of the December 9, 2009 deposition transcript of Norma Nussbaumer.

9. Attached as Exhibit 8 to this declaration is a true and correct copy of the Declaration of Richard Hunt Hodge previously submitted in support of HP's Opposition to Plaintiffs' Motion for Class Certification (Docket Number 147).

10. Attached as Exhibit 9 to this declaration is a true and correct copy of excerpts of the January 6, 2010 deposition transcript of Nathan Nygren.

11. Attached as Exhibit 10 to this declaration is a true and correct copy of excerpts of the January 5, 2010 deposition transcript of Stephen Shifflette.

12. Attached as Exhibit 11 to this declaration is a true and correct copy of Stephen Shifflette's receipt from CompUSA for the purchase of his HP Pavilion dv6000 series notebook computer.

13. Attached as Exhibit 12 to this declaration is a true and correct copy of excerpts of Plaintiffs' Response to Defendant Hewlett-Packard Company's First Set of Interrogatories to Plaintiffs Nathan Nygren, Stephen Shifflette and Amy Fromkin, dated August 31, 2009.

14. Attached as Exhibit 13 to this declaration is a true and correct copy of excerpts of the January 8, 2010 deposition transcript of Amy Fromkin.

15. Attached as Exhibit 14 to this declaration is a true and correct copy of Amy Fromkin's receipt from Circuit City for the purchase of her HP Pavilion notebook computer.

16. Attached as Exhibit 15 to this declaration is a true and correct copy of excerpts of the January 8, 2010 deposition transcript of Jeanette Fromkin.

17. Attached as Exhibit 16 to this declaration is a true and correct copy of the March 16, 2010 Order GRANTING HP's Motion to Dismiss in *Young v. Hewlett-Packard Company*, No. CV-09-0315 (C.D. Cal.).

18. Attached as Exhibit 17 to this declaration is a true and correct copy of the Complaint filed in *Perron v. Hewlett-Packard Company*, No. 10cv00695 (N.D. Cal.).

19. Attached as Exhibit 18 to this declaration is a true and correct copy of the February 22, 2010 Administrative Motion to Consider Whether *Perron v. Hewlett-Packard Company* Should Be Related Pursuant to Local Rule 3-12.

20. Attached as Exhibit 19 to this declaration is a true and correct copy of the Declaration of Troy Williams previously submitted in support of HP's Opposition to Plaintiffs' Motion for Class Certification (Docket Number 150).

21. Attached as Exhibit 20 to this declaration is a true and correct copy of excerpts of the March 19, 2010 deposition transcript of Eric Langberg.

22. Attached as Exhibit 21 to this declaration is a true and correct copy of the Pennsylvania 529 Investment Plan: Plan Disclosure Statement, Privacy Policy, and Participation Agreement (Pennsylvania Treasury Department January 1, 2008).

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2010 in Philadelphia, Pennsylvania.

/s/ Kristofor T. Henning
Kristofor T. Henning

**PROOF OF SERVICE**

I, Kristofor T. Henning, hereby certify that on June 3, 2010, I caused the foregoing document titled **DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF HEWLETT-PACKARD COMPANY'S MOTION FOR SUMMARY JUDGMENT**, previously filed under seal on April 19, 2010, to be electronically filed and served upon the persons named below via the ECF system.  This document is available for review and downloading from the ECF system.

MICHAEL F. RAM
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile:  415-433-7311

MARC H. EDELSON
medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone:  215-230-8043
Facsimile:  215-230-8735

JEFFREY L. KODROFF
jkodroff@srkw-law.com
JOHN A. MACORETTA
jmacoretta@srkw-law.com
SPECTOR, ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile:  215-496-6611

Attorneys for Plaintiffs

Dated:  June 3, 2010          By:    /s/ Kristofor T. Henning
                                     Kristofor T. Henning