**\*\* E-filed June 10, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN, STEPHEN SHIFFLETTE, and AMY FROMKIN, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>    v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>             Defendant. | No. C07-05793 JW (HRL)<br><br>**ORDER DENYING AS MOOT (1) HP's MAY 17, 2010 ADMINISTRATIVE MOTION, (2) PLAINTIFFS' MAY 18, 2010 MOTION TO UNSEAL ALL SEALED DOCUMENTS, AND (3) PLAINTIFFS' MAY 21, 2010 ADMINISTRATIVE MOTION**<br><br>[Re: Docket Nos. 193, 195 & 207] |

On June 2, 2010, the parties in the above-captioned matter submitted for this Court's approval a stipulation agreeing to the sealing or unsealing of documents at issue in this case. (Docket No. 235.) As this Court has approved the parties' stipulation, this Court hereby DENIES as moot HP's May 17, 2010 administrative motion (Docket No. 193), Plaintiffs' May 18, 2010 motion to unseal all sealed documents in this case (Docket No. 195), and Plaintiffs' May 21, 2010 administrative motion (Docket No. 207). This Court further VACATES the June 22, 2010 hearing on Plaintiffs' May 18, 2010 motion.

**IT IS SO ORDERED.**

Dated: June 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05793 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Daniel Emmett McGuire | dmcguire@morganlewis.com |
| David Felderman | dfelderman@srkw-law.com |
| Franco A Corrado | fcorrado@morganlewis.com |
| Howard Holderness | hholderness@morganlewis.com, cgreenblatt@morganlewis.com, mweiler@morganlewis.com |
| Jeffrey L. Kodroff | jkodroff@srkw-law.com |
| John A. Macoretta | jmacoretta@srk-law.com |
| Karl Olson | kolson@ramolson.com, awilliams@ramolson.com |
| Kristofor Tod Henning | khenning@morganlewis.com |
| Marc H. Edelson | medelson@edelson-law.com |
| Meredith Ann Galto | mgalto@morganlewis.com |
| Michael Francis Ram | mram@ramolson.com, awilliams@ramolson.com |
| Monique Olivier | molivier@sturdevantlaw.com, arocha@sturdevantlaw.com, bnuss@sturdevantlaw.com, kbecker@sturdevantlaw.com |
| Robert A. Particelli | rparticelli@morganlewis.com |
| Thomas R. Green | thomas.green@usdoj.gov, daniel.charlier-smith@usdoj.gov, lily.c.ho-vuong@usdoj.gov |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**