|   |   |
|---|---|
| 1 | HOWARD HOLDERNESS (SBN 169814)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 3 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 4 | E-mail: hholderness@morganlewis.com |
| 5 | Kristofor T. Henning (PAB 85047) *(Pro Hac Vice)*<br>MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 1701 Market Street<br>Philadelphia, PA  19103 |
| 7 | Tel: 215.963.5000<br>Fax: 215.963.5001 |
| 8 | E-mail: khenning@morganlewis.com |
| 9 | Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NYGREN and STEPHEN SHIFFLETTE, on behalf of themselves and all others similarly situated,, <br><br>    Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br>    Defendant. | Case No. 07-05793 (JW)<br><br>**WITHDRAWAL OF APPEARANCE OF ROBERT A. PARTICELLI, DANIEL E. MCGUIRE, MEREDITH A. GALTO AND THOMAS R. GREEN**<br><br>Honorable James Ware |

Defendant respectfully gives notice that Robert A. Particelli, Daniel E. McGuire, Meredith A. Galto and Thomas R. Green are no longer associated with the law firm of Morgan, Lewis & Bockius, and have withdrawn as counsel to Hewlett-Packard Company in this matter.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 07-05793 (JW)

WITHDRAWAL OF APPEARANCE

1    Defendant respectfully requests that Robert A. Particelli, Daniel E. McGuire, Meredith A.
2  Galto and Thomas R. Green be removed from the Court and counsel's service lists.

Dated:  February 16, 2010

    s/Kristofor T. Henning
Kristofor T. Henning
(Admitted *Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:  215.963.5000;  Fax:  215.963.5001
Email:  khenning@morganlewis.com

**Attorney for Hewlett-Packard Company**